**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

Thomas Richards                                    §
               *Plaintiff*                          §
                                                    §
                                                    §
               v.                                   §     Case No. ____3:25-cv-00916-x_____
                                                    §
                                                    §
                                                    §
X Corp.                                             §
               *Defendant*                          §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**      Applicant is an attorney and a member of the law firm of (or practices under the name of)

LWR Law Offices                                                                    , with offices at

2045 S Pleasant Valley Rd. #1098
(Street Address)

Winchester                                          VA                    22601
(City)                                              (State)               (Zip Code)

(202) 981-2059                                      **(703) 857 8531**
(Telephone No.)                                     (Fax No.)

**II.**     Applicant will sign all filings with the name  Lisa Weingarten Richards                    .

**III.**    Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Thomas Richards

to provide legal representation in connection with the above-styled matter now pending before the United

States District Court for the Northern District of Texas.

IV.    Applicant is a member in good standing of the bar of the highest court of the state of

_____Virginia_____, where Applicant regularly practices law.

Bar license number: _96671_____    Admission date: _June 2021_____

For Court Use Only.
Bar StatusVerified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.    Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| New York Court of Appeals, 3rd Div | February, 2011 | Active |
| Western District of Virginia (WDVA) | April 2024 | Active |
| | | |
| | | |

VI.    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

VII.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

VIII.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.**    Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:           Case No. And Style:

_____    _____

_____    _____

_____    _____

(If necessary, attach statement of additional applications.)

**X.**    Local counsel of record associated with Applicant in this matter is

 none. see accompanying motion                                                              , who has offices at

_____
(Street Address)

_____    _____    _____
(City)                                                     (State)              (Zip Code)

_____    _____
(Telephone No.)                                       (Facsimile No.)

**XI.**    Check the appropriate box below.

For Application in a **Civil Case**

☑    Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐    Applicant has read and will comply with the local criminal rules of this court.

**XII.**    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   \_\_13\_\_ day of \_April_____, \_2025\_\_\_\_.

Lisa Weingarten Richards
_____
Printed Name of Applicant

/s/ Lisa Weingarten Richards
_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.