UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THOMAS RICHARDS,<br><br>　*Plaintiff,*<br><br>v.<br><br>X CORP.,<br><br>　*Defendant.* | §<br>§<br>§<br>§<br>§ Civil Action No. 3:25-CV-0916-X<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Plaintiff Thomas Richards filed this case, seeking injunctive relief and filed an emergency motion for a temporary restraining order (Doc. 4) and a motion for preliminary injunction (Doc. 5). However, venue is improper before this Court. Pursuant to Defendant X Corporation's Terms of Service, as noted by Richards, venue is proper in Tarrant County, Texas. Therefore, this Court **DENIES WITHOUT PREJUDICE** the motion for a temporary restraining order (Doc. 4) and motion for preliminary injunction (Doc. 5). Further, after 21 days of the date of this Order, the Court **TRANSFERS** this case to the Fort Worth Division of the Northern District of Texas, unless there is an objection filed within 14 days of the date of this Order.

**IT IS SO ORDERED** this 14th day of April, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1