UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THOMAS RICHARDS, § § *Plaintiff,* § § v. § § X CORP., § § *Defendant.* § § § | Civil Action No. 3:25-CV-0916-X |

### ORDER

The Court requests expedited briefing on Plaintiff Thomas Richards's objection and emergency motion for reconsideration (Doc. 11). Within 24 hours of this Order, Richards is **ORDERED** to serve his complaint, his motion (Doc. 11), and this Order on Defendant X Corp, and file a return of service to the docket. X Corp. is **ORDERED** to file a response to the motion (Doc. 11) on or before April 28, 2025, pursuant to the objection deadline previously set in the Court's transfer order at Doc. 10.

**IT IS SO ORDERED** this 15th day of April, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1