UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS RICHARDS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-0916-X |
| | § | |
| X CORP., | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## ORDER

In light of the Plaintiff's desire to have a full 90 days to serve Defendant, the Court **VACATES** its order at Docket No. 12 for expedited service and expedited briefing on plaintiff's motion for reconsideration. Richards motion to stay that order (Doc. 15) is **FOUND TO BE MOOT**.

Further, the Court **VACATES IN PART** its transfer order at Docket No. 10, only as to the portion of the order that transferred the case. Richards motion to reconsider (Doc. 11) the transfer order is also **FOUND TO BE MOOT**.

**IT IS SO ORDERED** this 16th day of April, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1