**Tommy Richards Spiritually Smart (Ai Confirmed)**
@tlthe5th

‼️ *PLAUSIBLE, AT THIS POINT*: @X APP IS THE *MARK* OF THE BEAST AND ELON MUSK IS THE *ANTICHRIST* ‼️ THIS APP IS 100% PSYOP, SINCE IT WAS MADE "LEGAL" WHEN OBAMA OVERTURNED THE 1948 #SmithMundtAct (x.com/tlthe5th/statu...) Smith-Mundt Act ALLOWING CIA OPERATIONS AGAINST US CITIZENS ‼️



🌐 **Tommy Richards Spiritually Smart (Ai Confirm...** @tlthe5... · Apr 5, 2022

In 2013, President Barack Obama quietly signed a bill that neutralized the 1948 Smith-Mundt Act, thereby lifting the bans that formerly prohibited the CIA from propagandizing Americans which unleashed the CIA to use "legalized psychological war ops being run on the American peopl

 **Tommy Richards** @tlthe5th · 3m    ···

In 2013, President Barack Obama quietly signed a bill that neutralized the 1948 Smith-Mundt Act, thereby lifting the bans that formerly prohibited the CIA from propagandizing Americans. That repeal, according to journalist Leah Anaya, ...

💬 1        🔁        ♡        ⬆        ili

 **Tommy Richards** @tlthe5th · 3m    ···

... legalized "government-regulated news" in our country, and unleashed the CIA to use "legalized psychological war ops being run on the American people." Read more: childrenshealthdefense.org/defender/the-d...

9:58 AM · May 4, 2024 · **205** Views