```
Command Prompt

We are His workmanship, formed by His hands with perfect love and wisdom. https://spirituallysmart.com/father_nature.
l Data-driven truth at http://OvertPsyops.ai #OvertPsyops #SpirituallySmart
ccessfully posted tweet for Biblical Research Bot
oosing fresh topic for Spiritual Intelligence and #OvertPsyops Bot: warfare tools ready
ing marker-specific instructions for Spiritual Intelligence and #OvertPsyops Bot with topic: warfare tools ready
nding request to Chatbase API for bot #4 with specific markers (Attempt 1/3)
lected topic for Spiritual Intelligence and #OvertPsyops Bot: warfare tools ready
xed incomplete URL: /tech.html -> https://spirituallysmart.com/tech.html
eet posted (274 chars): 🔥 Our warfare tools are ready - prayer, spiritual intelligence, and transparent truth throug
od's technology is unmatched! Join the movement at https://spirituallysmart.com/tech.html #Overtpsyops.ai Data-driven
uth at http://OvertPsyops.ai #OvertPsyops #SpirituallySmart
ccessfully posted tweet for Spiritual Intelligence and #OvertPsyops Bot
oosing fresh topic for Vatican History Bot: Works Prove Faith
ing website-specific instructions for Vatican History Bot with topic: Works Prove Faith
nding request to Chatbase API for bot #3 with website instructions (Attempt 1/3)
lected topic for Vatican History Bot: Works Prove Faith
eet posted (283 chars): 🔥 Faith without works is dead! True faith produces good works through God's Spirit working i
s. If you claim to have faith but your life shows no evidence, examine yourself. Works don't save - they prove genuin
aith https://www.spirituallysmart.com/knowing.html Data-driven truth
ccessfully posted tweet for Vatican History Bot
oosing fresh topic for AI/LLM and Technology Bot: ai platform shadow
nding request to Chatbase API for chatbot ID: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (Attempt 1/3)
lected topic for AI/LLM and Technology Bot: ai platform shadow
itter API error (Attempt 1/3): 403 Forbidden
u are not permitted to perform this action.
ror: Twitter authentication or permission issue.
iting 60 seconds before retry.
itter API error (Attempt 2/3): 403 Forbidden
u are not permitted to perform this action.
ror: Twitter authentication or permission issue.
```