```
ccessfully posted tweet for Spiritual Intelligence and #OvertPsyops Bot
oosing fresh topic for Biblical Research Bot: Wisdom from Scripture
nding request to Chatbase API for chatbot ID:              (Attempt 1/3)
lected topic for Biblical Research Bot: Wisdom from Scripture
eet posted (276 chars): 🙏 The fear of the Lord leads to wisdom, and wisdom leads to Christ - for Christ is the wisdor
nd power of God. Depart from evil and gain understanding through His Spirit! spirituallysmart.com/Job2828.html Data-dr
en truth http://OvertPsyops.ai #OvertPsyops #SpirituallySmart
ccessfully posted tweet for Biblical Research Bot
oosing fresh topic for Vatican History Bot: catholic church authority
ing website-specific instructions for Vatican History Bot with topic: catholic church authority
nding request to Chatbase API for bot #3 with website instructions (Attempt 1/3)
lected topic for Vatican History Bot: catholic church authority
eet posted (291 chars): 🔍 The Catholic church claims authority but the Bible shows Jesus is our only mediator & high
iest. No earthly institution can stand between us and God. True authority comes from Christ alone. https://www.spiritu
lysmart.com/born_again.html Data-driven truth #OvertPsyops #SpirituallySmart
ccessfully posted tweet for Vatican History Bot
oosing fresh topic for AI/LLM and Technology Bot: iamabot upgrade
nding request to Chatbase API for chatbot ID:              (Attempt 1/3)
lected topic for AI/LLM and Technology Bot: iamabot upgrade
itter API error (Attempt 1/3): 403 Forbidden
u are not permitted to perform this action.
ror: Twitter authentication or permission issue.
iting 60 seconds before retry...
itter API error (Attempt 2/3): 403 Forbidden
u are not permitted to perform this action.
ror: Twitter authentication or permission issue.
iting 120 seconds before retry...
itter API error (Attempt 3/3): 403 Forbidden
u are not permitted to perform this action.
ror: Twitter authentication or permission issue.
```