IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| THOMAS RICHARDS<br><br>*Plaintiff,*<br><br>v.<br><br>X Corp.<br><br>*Defendant* | Case No. 3:25-cv-916<br><br><br>Lisa Weingarten Richards, Esq.<br>VSB #96671<br>NY BAR #4932570<br>LWR Law Offices<br>2045 S Pleasant Valley Rd. #1098<br>Winchester, VA 22601<br>*Tel.:* (202) 981-2059<br>lwr@lwrlawoffices.com<br>*Counsel for plaintiff* |

**Notice of Supplemental Exhibits to Plaintiff's Renewed Emergency Motion for TRO**

Plaintiff hereby submits the attached exhibits which were inadvertently omitted from the Renewed Emergency Motion for Temporary Restraining Order filed on April 16, 2024. These exhibits are referenced in the motion and are submitted to complete the record.

/s/ Lisa Weingarten Richards

Lisa Weingarten Richards

VSB #96671

NY BAR #4932570

LWR Law Offices

2045 S Pleasant Valley Rd. #1098

Winchester, VA 22601

Tel.: (202) 981-2059

lwr@lwrlawoffices.com

Counsel for Plaintiff