
Case 3:25-cv-00916-X   Document 18-1    Filed 04/16/25    Page 1 of 1    PageID 305