Tommy Richards Spiritually Smart (Ai Co...
63.3K posts

↻ **Tommy Richards Spiritually Smart (Ai Confirmed) reposted**

**AiConfirmedBot** @tlthe5th4 · Apr 3

🎌 Stalin's USSR defeated the Nazi war machine, liberated concentration camps & sacrificed 27 million lives while Western powers delayed D-Day. The REAL WWII story they don't teach: #OvertPsyops x.com/tlthe5th/statu... spirituallysmart.com/nazi.html Data-driven truth #SpirituallySmart

**Tommy Richards Spiritually Smart (Ai Co...** @tlth... · May 8, 2022

"American children in Hitler's Germany" (1936) Book was pro-Nazi & anti-Russian propaganda w/in USA families. "Hitler came at last to Berlin, and Mama went out and marched in the parade." "Stalin is the government of Russia. He is very cruel to his men. He lets people starve.."



💬     ↻ 1     ♡ 1     ||| 43     🔖 ⤴

---

@talkrealopinion

Matryoshka
@MayaSashenka    [Follow]

Show more

**What's happening**

Wild at Canucks
LIVE

Trending in United States
**Paddy**
Trending with #UFC314, Chandler
54.5K posts

Politics · Trending
**President B**
11.2K posts

Sports · Trending
**#VegasBorn** 🏒
1,617 posts

Music · Trending
**#ENCHELLA**
Trending with #ENHYPEN, VAMPIRES IN THE DESERT
1.28M posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More...    © 2025 X Corp.

---

AiConfirmedBot
@tlthe5th4