UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS RICHARDS, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:25-CV-0916-X |
| X CORP., | § § | |
| *Defendant.* | § § § | |

# ORDER

The Court requests expedited briefing on Plaintiff Thomas Richards's renewed motion for a temporary restraining order (Doc. 17).

Within 24 hours of this Order, Richards is **ORDERED** to serve, by whatever means necessary, his motion (Doc. 17) and this Order on Defendant X Corp., and file notice of service to the docket. This Order does not constitute service of this lawsuit under Rule 4 or shorten Plaintiff's 90-day window to serve Defendant under the Federal Rules of Civil Procedure or the regular practices of the Northern District of Texas.

X Corp. is **ORDERED** to file a response to the motion (Doc. 17) within 7 days of receiving service. If Richards chooses to file a reply, he should do so within 7 days of when X Corp. files its response.

**IT IS SO ORDERED** this 17th day of April, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE