# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

# DALLAS DIVISION

| | |
|---|---|
| THOMAS RICHARDS<br><br>*Plaintiff,*<br><br>v.<br><br>X Corp.<br><br>*Defendant* | Case No. 3:25-cv-916-x<br><br>Lisa Weingarten Richards, Esq.<br>VSB #96671<br>NY BAR #4932570<br>LWR Law Offices<br>2045 S Pleasant Valley Rd. #1098<br>Winchester, VA 22601<br>*Tel.:* (202) 981-2059<br>lwr@lwrlawoffices.com<br>*Counsel for plaintiff* |

**NOTICE OF SERVICE OF PLAINTIFF'S RENEWED EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

COMES NOW Plaintiff Thomas Richards ("Plaintiff"), by and through undersigned counsel, and hereby files this Notice of Service in compliance with the Court's April 17, 2025 Order (Doc. 20) requiring service of Plaintiff's Renewed Emergency Motion for Temporary Restraining Order (Doc. 17) and the Court's Order (Doc. 20).

Pursuant to the Court's directive to accomplish service "by whatever means necessary," the following steps were taken to ensure Defendant X Corp. received these documents:

1. On April 17, 2025, at approximately 12:00 PM Central Time, Plaintiff's counsel contacted CT Corporation System, the Registered Agent for X Corp. in Texas, at their registered office located at 1999 Bryan Street, Dallas, TX 75201, via telephone at (214) 979-1172.

2. Plaintiff's counsel spoke with Edisa, a representative of CT Corporation System, who provided the appropriate email address for service of documents: [sopinquiries@wolterskluwer.com](mailto:sopinquiries@wolterskluwer.com).

3. At 12:38 PM Central Time on April 17, 2025, Plaintiff's counsel sent an email to [sopinquiries@wolterskluwer.com](mailto:sopinquiries@wolterskluwer.com) containing the following documents: a. Plaintiff's Renewed Emergency Motion for Temporary Restraining Order (Doc. 17); b. Exhibits to Plaintiff's Renewed Emergency Motion (Doc. 17 and 18); and c. This Court's April 17, 2025 Order regarding expedited briefing (Doc. 20).

4. Copies of these documents were also CC'ed via email to Adam Mehes, Senior Director of Legal at X Corp. ([amehes@x.com](mailto:amehes@x.com)) and to X Corp.'s legal department ([legal@x.com](mailto:legal@x.com)), who have previously been contacted regarding this matter.

5. The email transmission was successful, and no error messages or delivery failures were received.

Plaintiff has thus complied with the Court's order to serve these documents on Defendant X Corp. within 24 hours of the Court's Order.

Respectfully submitted,

April 17, 2025

/s/ Lisa Weingarten Richards
Lisa Weingarten Richards
VSB #96671
NY BAR #4932570
LWR Law Offices
2045 S Pleasant Valley Rd. #1098
Winchester, VA 22601
Tel.: (202) 981-2059
lwr@lwrlawoffices.com
Counsel for Plaintiff