

**Certified as a true copy and issued as the mandate on Apr 16, 2025**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals for the Fifth Circuit

No. 25-10522

United States Court of Appeals
Fifth Circuit
**FILED**
April 16, 2025
Lyle W. Cayce
Clerk

IN RE THOMAS RICHARDS,

*Petitioner.*

---

Petition for a Writ of Mandamus
to the United States District Court
for the Northern District of Texas
USDC No. 3:25-CV-916

---

<u>UNPUBLISHED ORDER</u>

Before SOUTHWICK, WILLETT, and OLDHAM, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that the petition for writ of mandamus is DENIED.

    IT IS FURTHER ORDERED that petitioner's motion to direct the district court to vacate its orders is DENIED.

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 16, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 25-10522   In re: Thomas Richards
                     USDC No. 3:25-CV-916

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Casey A. Sullivan, Deputy Clerk
                        504-310-7642

cc w/encl:
    Ms. Lisa Weingarten Richards