you with a courtesy copy of the Renewed Emergency Motion for Temporary Restraining Order that I have just filed on behalf of my client, Thomas Richards, in Case No. 3:25-cv-916 in the Nor

ttached motion, we have documented the ongoing pattern of content suppression and removals that have continued even after our previous legal communications. The motion includes exhibit agement metrics without algorithmic suppression.

any further content manipulation, deletion, or suppression related to my client's account during the pendency of these proceedings may constitute spoliation of evidence. All content, account d count should be preserved in their current state.

expedited hearing on this matter given the ongoing irreparable harm to my client's First Amendment rights.

ds, Esq.

VR LAW OFFICES

5 S Pleasant Valley Road #1098
chester, VA 22601
RLawOffices.com

Scanned by Gmail ⓘ

 wall ends april 3 2...
 6000 media and i...
 example of shado...
 example of shado...
 plaintiff catholic ...


