Apr 17, 2025, 1:38 PM

...lawoffices.com>
...egal, me

... X Corp's Registered Agent to ensure proper receipt of these court documents as ordered by Judge Starr. I have CC'ed X Corp's Senior Director of Legal, Adam Mehes (amehes@x.com), and X ...
...e previously received communications regarding this matter but have not acknowledged receipt.

...ls

...R LAW OFFICES
... S Pleasant Valley Road #1098
...hester, VA 22601
...LawOffices.com

...canned by Gmail


 Starr 4.17.25 Orde...
 plaintiff catholic ...
 musk at CIA head...
 bible bots throttle...
 shadowbanned p...
 bible...

 6000 media and i...
 wall ends april 3 2...
 example of shado...

Apr 17, 2025, 4:58 PM
...hes@x.com, legal@x.com