NT - Confirmation of Receipt Required: Court-Ordered Service of TRO Motion (Case No. 3:25-cv-916)   External   Inbox

hards <lwr@lwrlawoffices.com>
, legal, me

Thu, Apr 17, 5:09 PM (17 hours ag

and X Corp. Legal Department,

g to request formal confirmation of receipt of the following documents, which I previously emailed to you both yesterday and again today:

's Renewed Emergency Motion for Temporary Restraining Order (Doc. 17);
to Plaintiff's Renewed Emergency Motion (Doc. 17, 18); and
rt's April 17, 2025 Order regarding expedited briefing (Doc. 20).

has ordered service of these documents "by whatever means necessary" within 24 hours of its Order. I initially attempted service through X Corp.'s registered agent, CT Corporation System, but was just informed (be rvice via email.

rt's Order, X Corp. is required to file a response to the motion within 7 days of receiving service. Please confirm receipt of these documents immediately so I can accurately inform the Court of successful service.

confirm receipt will be noted in my filing to the Court, and I will proceed on the basis that service has been accomplished through my multiple attempts at notification.

for your prompt attention to this matter.

garten Richards
71
4932570
981-2059
woffices.com

**LWR LAW OFFICES**

2045 S Pleasant Valley Road #1098
Winchester, VA 22601

LWRLawOffices.com

pr 17, 2025 at 4:58 PM SOPInquiries <SOPInquiries@wolterskluwer.com> wrote:
cess or communication that you have attempted to deliver to C T Corporation System has not been taken by CT, nor forwarded to any party. You have directed your communication to a general email address. That a