**AFFIDAVIT OF SERVICE**

United States District Court

Northern District of Texas

Dallas Division

Civil Action No. 3:25-CV-0916-X

Thomas Richards, Plaintiff(s) vs X Corp, Defendant(s)

Received this Order, Plaintiff's Renewed Emergency Motion for Temporary Restraining Order, and various exhibits on the 17th day of April, 2025 at 7:51 PM to be served on **X Corp to its registered agent C T Corporation System at 1999 Bryan St, Suite 900, Dallas, TX 75201.**

I, Caleb Malone, do hereby affirm that on the **18th day of April, 2025 at 8:30 AM**, I:

delivered in person to **X Corp to its registered agent C T Corporation System to fulfillment manager Brett Bagwell** a true copy of the Order, Plaintiff's Renewed Emergency Motion for Temporary Restraining Order, and various exhibits at the address of: **1999 Bryan St, Suite 900, Dallas, TX 75201**, in the county of **Dallas**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, not a party to, nor have any interest in the outcome of the above numbered suit. I am certified to deliver citations and other notices.

*[signature]*

Caleb Malone, PSC 1574, exp. 10/31/2025

County of Dallas

April 18, 2025