Skip to main content

Help Center (https://help.x.com/en)

- Using X (https://help.x.com/en/using-x)
- Managing your account (https://help.x.com/en/managing-your-account)
- Safety and security (https://help.x.com/en/safety-and-security)
- Rules and policies (https://help.x.com/en/rules-and-policies)
- Resources
    - New user FAQ (https://help.x.com/en/resources/new-user-faq)
    - Glossary (https://help.x.com/en/resources/glossary)
    - A safer X (https://help.x.com/en/resources/a-safer-twitter)
    - Accessibility (https://help.x.com/en/resources/accessibility)

    - Our rules (https://help.x.com/en/resources/rules)
    - My privacy (https://help.x.com/en/resources/how-you-can-control-your-privacy)
    - How we address misinformation on X (https://communitynotes.twitter.com/guide/en/about/introduction)
    - Recommender Systems (https://help.x.com/en/resources/recommender-systems)

OvertPsyopsBot2

@tlthe5th5

- Go to X (https://twitter.com)
- Sign out (https://x.com/logout?redirect_after_logout=https%3A%2F%2Fhelp.x.com%2Fen%2Fresources%2Fnew-user-faq)



Contact Us (https://help.x.com/forms.html)

# New user FAQ

## Posting

## What is X?

X is a service for friends, family, and coworkers to communicate and stay connected through the exchange of quick, frequent messages. People post posts, which may contain photos, videos, links, and text. These messages are posted to your profile, sent to your followers, and are searchable on X search.

# Do I need anything special to use it?

All you need to use X is an internet connection or a mobile phone. Join us here! Once you're in, begin finding and following accounts whose posts interest you. We'll recommend great accounts once you're signed up.

# What's a post?

A post is any message posted to X which may contain photos, videos, links, and text. Click or tap the **post** button to post the update to your profile. Read our Posting a post article for more information.

# How can I send updates to X?

Read our article about how to post a post. You can post from twitter.com, a mobile device, or an application.

# What's a Repost?

A repost is a post that you forward to your followers.

**How do I post a picture to X?**

Uploading and sharing images on X is easy! Find step-by-step instructions and FAQs on how to post a picture on X.

# Can I edit a post once I've posted it?

Editing posts is a feature available to X Premium subscribers. If you're not a subscriber you won't be able to edit a post once you've posted it, but you will be able to delete your post.

# How to customize your view

To manage your font size, text color and background mode via X.com, click on **More** ••• then select **Display** from the menu. Choose your preferred font size and color. Use the radio buttons to choose between the default white background or the two dark mode options **Dim** and **Lights Out**. Dark mode options are also available on X for iOS and X for Android.

# Who reads my updates?

Your followers read your posts. If your posts are public, anyone who runs a search for a keyword in your post may be able to see that message. Your posts are public by default; if you're hesitant to have people you may not know read your updates, protect your posts to approve followers and keep your updates out of search.

# Why can't I see all my posts? Are they lost?

We store all your posts. Navigate to your profile to view up to 3,200 of your most recent posts in your profile timeline. To view more, you can download your X Archive and browse a snapshot of your X information, starting with your first post.

# Can I put my X updates on my blog?

Yes! Put a X widget on your blog or website – anywhere that accepts Javascript or HTML.

# Following

# What does it mean to follow someone on X?

Following someone means you've chosen to subscribe to their X updates. When you follow someone, every time they post a new message, it will appear on your X Home timeline.

# How do I find people to follow?

When you create an account, you can search for people (https://twitter.com/#!/who_to_follow/suggestions) by name or username, import friends (https://twitter.com/#!/who_to_follow/import) from other networks, or invite friends via email (https://twitter.com/#!/who_to_follow/import).

## How do I know who I'm following?

After you click or tap the **Follow** button on someone's profile, you're following them. See a list of people you're following by clicking on the following (https://twitter.com/#!/following) link on your profile page or on your home page's sidebar.

## How do I know who is following me?

X sends you a notification when someone new follows you. Set up your email preferences and mobile push notifications to notify you when you have a new follower. The Followers (https://twitter.com/followers) link on your profile page will also tell you who is following you.

## What are follow limits?

X has follow and update limits for stability and abuse control. Learn more about follow limits.

# Replies

## What are replies?

A reply is a response to another person's post. Click or tap the **reply** icon 💬 on another person's post to reply to it. Please note that if your posts are protected, people who are not following you will not see your replies or mentions.

## What is the difference between a reply and a Direct Message?

A reply is a public message sent regardless of follow-ship. Anyone can view it (if your posts are public). A Direct Message is a private message, and can only be seen by the sender and intended recipients.

## Direct Messages

## What are Direct Messages?

Direct Messages are private messages sent from one X account to other X account(s), and they do not appear in public for anyone else to read. You can start a conversation with anyone who follows you.

## X policies and reporting

## Why are accounts suspended?

Accounts are suspended for Terms of Service violations or spam investigation. Read more about account suspension.

**How do I report spam?**

Read our article about how to report spam on X. We encourage you to always block any spammers you find.

## Where can I find out more information about X's Terms of Service?

Read X's Terms of Service and the X Rules for more information.

## How do I submit a complaint about copyright, impersonation, trademark, or other Terms of Service issues?

Review our Terms of Service section to find out what constitutes a violation, and how to go about fixing a related problem.

© 2025 X Corp.

Cookies (https://help.x.com/rules-and-policies/twitter-cookies)

Privacy (https://x.com/privacy)

Terms and conditions (https://x.com/tos)

English

Help Center (https://help.x.com/en)

- [English](https://help.x.com/en/resources/new-user-faq)
- [Español](https://help.x.com/es/resources/new-user-faq)
- [日本語](https://help.x.com/ja/resources/new-user-faq)
- [한국어](https://help.x.com/ko/resources/new-user-faq)
- [Português](https://help.x.com/pt/resources/new-user-faq)
- [Deutsch](https://help.x.com/de/resources/new-user-faq)
- [Türkçe](https://help.x.com/tr/resources/new-user-faq)
- [Français](https://help.x.com/fr/resources/new-user-faq)
- [Italiano](https://help.x.com/it/resources/new-user-faq)
- [العربية](https://help.x.com/ar/resources/new-user-faq)
- [Nederlands](https://help.x.com/nl/resources/new-user-faq)
- [Bahasa Indonesia](https://help.x.com/id/resources/new-user-faq)
- [Русский](https://help.x.com/ru/resources/new-user-faq)
- [हिंदी](https://help.x.com/hi)
- [தமிழ்](https://help.x.com/ta)
- [עברית](https://help.x.com/he)
- [简体中文](https://help.x.com/zh-cn)
- [繁體中文](https://help.x.com/zh-tw)
- [ภาษาไทย](https://help.x.com/th)
- [Tiếng Việt](https://help.x.com/vi)
- [Melayu](https://help.x.com/ms)
- [ইংরেজি](https://help.x.com/bn/resources/new-user-faq)
- [Filipino](https://help.x.com/fil)
- [فارسی](https://help.x.com/fa)
- [Dansk](https://help.x.com/da)
- [Suomi](https://help.x.com/fi)
- [Svenska](https://help.x.com/sv)
- [Norsk](https://help.x.com/no)
- [Polski](https://help.x.com/pl)
- [Magyar](https://help.x.com/hu)
- [Română](https://help.x.com/ro)
- [Українська](https://help.x.com/uk)
- [मराठी](https://help.x.com/mr)
- [ગુજરાતી](https://help.x.com/gu/resources/new-user-faq)
- [Български](https://help.x.com/bg)
- [Català](https://help.x.com/ca)
- [Hrvatski](https://help.x.com/hr)
- [Српски](https://help.x.com/sr)
- [Slovenčina](https://help.x.com/sk)
- [ಕನ್ನಡ](https://help.x.com/kn)

- [پښتو (https://help.x.com/ps)](https://help.x.com/ps)
- [Dari (https://help.x.com/fa-af)](https://help.x.com/fa-af)
- [Oromo (https://help.x.com/om)](https://help.x.com/om)
- [Tigrinya (https://help.x.com/ti)](https://help.x.com/ti)
- [English (https://help.x.com/ckb)](https://help.x.com/ckb)
- [Lietuvių (https://help.x.com/lt)](https://help.x.com/lt)
- [Latviešu (https://help.x.com/lv)](https://help.x.com/lv)
- [Malti (https://help.x.com/mt)](https://help.x.com/mt)
- [Slovenščina (https://help.x.com/sl)](https://help.x.com/sl)
- [Gaeilge (https://help.x.com/ga)](https://help.x.com/ga)
- [Lus Hmoob (https://help.x.com/hmn)](https://help.x.com/hmn)
- [Հայերեն (https://help.x.com/hy)](https://help.x.com/hy)
- [ខ្មែរ (https://help.x.com/km)](https://help.x.com/km)