# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

# DALLAS DIVISION

| | |
|---|---|
| THOMAS RICHARDS<br><br>*Plaintiff,*<br><br>v.<br><br>X Corp.<br><br>*Defendant* | Case No. 3:25-cv-916<br><br><br><br>Lisa Weingarten Richards, Esq.<br>VSB #96671<br>NY BAR #4932570<br>LWR Law Offices<br>11166 Fairfax Blvd. Suite 500 #1344<br>Fairfax, VA 22030<br>*Tel.:* (202) 981-2059<br>lwr@lwrlawoffices.com<br>*Counsel for plaintiff* |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Thomas Richards hereby submits this Notice of Supplemental Authority to bring to the Court's attention Executive Order 14149 issued on January 20, 2025, entitled "Restoring Freedom of Speech and Ending Federal Censorship" that is relevant to Plaintiff's pending Renewed Emergency Motion for Temporary Restraining Order.

This Executive Order is directly relevant to Plaintiff's arguments regarding Elon Musk's status as a federal official in his capacity as head of the Department of Government Efficiency (DOGE). The Executive Order establishes that it is the policy of the United States to "ensure that no Federal Government officer, employee, or agent engages in or facilitates any conduct that would unconstitutionally abridge the free speech of any American citizen" (Section 2(b)).

A true and correct copy of the Executive Order is attached as Exhibit C.

Respectfully submitted,

/s/ Lisa Weingarten Richards
Lisa Weingarten Richards
VSB #96671
NY BAR #4932570
LWR Law Offices
11166 Fairfax Blvd. Suite 500
#1344
Fairfax, VA 22030
Tel.: (202) 981-2059
lwr@lwrlawoffices.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2025, a true and correct copy of the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and was transmitted to Defendant's counsel via ECF.

/s/ Lisa Weingarten Richards

Lisa Weingarten Richards