UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| THOMAS RICHARDS, | § | |
|---|---|---|
| *Plaintiff,* | § § § | |
| | § | Civil Action No. 3:25-CV-0916-X |
| v. | § § | |
| X CORP., | § § | |
| *Defendant.* | § § § | |

## ORDER

The Court **ORDERS** both Plaintiff Thomas Richards and Defendant X Corp. to appoint local counsel, in accordance with Local Rule 83.10, or to file a motion to proceed without local counsel, by June 13, 2025.

**IT IS SO ORDERED** this 14th day of May, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE