UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS RICHARDS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:25-cv-0916-X |
| | § | |
| X CORP., | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## **ORDER**

Before the Court is Lisa Weingarten Richards's, counsel for Plaintiff Thomas Richards, application for admission *pro hac vice* (Doc. 3) and motion for *pro hac vice* admission without local counsel (Doc. 3-1).  Local Rule 83.10 requires local counsel "where any attorney appearing in a case does not reside or maintain the attorney's principal office in this district."  The motion to proceed without local counsel (Doc. 3-1) is **DENIED**.  However, as the Court recognizes counsel has undertaken efforts to obtain counsel within this district, the Court will accept any counsel located and licensed within the State of Texas, not just within the Northern District of Texas. Pursuant to the Court's previous order (Doc. 30), the deadline to appoint local counsel remains June 13, 2025.

Because Richards has filed an amended application, the application for *pro hac* admission (Doc. 3) is **MOOT**.

1

**IT IS SO ORDERED** this 15th day of May, 2025.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE