UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS RICHARDS, | § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | Civil Action No. 3:25-CV-0916-X |
| X CORP., | | |
| *Defendant.* | | |

# ORDER

Plaintiff Thomas Richards filed an application for admission pro hac vice and a motion to proceed without local counsel (Doc. 3). The Court ordered both parties to appoint local counsel or move to proceed without local counsel. (Doc. 30). Richards had already moved to proceed without local counsel, and the Court denied Richards pending motion and instructed Richards to obtain local counsel. (Doc. 32). In that order, the Court allowed for Richards to obtain local counsel anywhere in Texas, not just limited to the Northern District. (Doc. 32). Richards now files a motion for reconsideration objecting to this Court's ruling and the Court's expansion of local counsel in this case. (Doc. 33).

Richards must have local counsel, therefore, the Court **DENIES** the motion for reconsideration at Docket No. 33. Since Richards objects to the Court's expansion of local counsel to any attorney in Texas—Richards has 30 days from the date of this

1

order to obtain local counsel "who reside[s] or maintain[s] the attorney's principal office in this district."[1]

**IT IS SO ORDERED** this 21st day of May, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[1] Local Rule 83.10(a).