**AFFIDAVIT OF COUNSEL AUTHENTICATING EMAIL EVIDENCE**

I, Lisa Weingarten Richards, being duly sworn, depose and state:

1. I am a licensed attorney in good standing admitted to practice before this Court (Virginia Bar #96671; New York Bar #4932570) and serve as counsel of record for Plaintiff Thomas Richards.

2. On June 2, 2025, at 9:19 PM, I sent an email communication to my client Thomas Richards from my Gmail account (lwr2357@gmail.com) to his AOL account regarding legal strategy in this matter.

3. Attached hereto as Exhibit A is a true and accurate screenshot of that email communication as it appears in my Gmail account.

4. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 6th day of July, 2025.

/s/ Lisa Weingarten Richards

Lisa Weingarten Richards Attorney for Plaintiff

