Tommy Richards Spiritually Smart (IAMConfirmed)
@tlthe5th

#OvertPsyops: This is me: GROK: Scoring: A score of 129 is just below the "very superior" range (130+), which corresponds to the top ~2% of the population (approximately 98th percentile). This suggests exceptional ability in nonverbal reasoning at age 16.

1/2



 Tommy Richards Spiritually Smart (IAMConfirmed) @tlthe5th · Jun 29
Replying to @tlthe5th
Actually, I was a teenager for this particular test. 16 years old. My performance was 129. Very superior is 130 or above. But the tester gypped me. And I'm no longer sure it was a doctor administering the test. It was done through my alternative school in Queens.

2:08 PM · Jul 6, 2025 · **161** Views

1 4 2

Post your reply

Reply

**Tommy Richards Spiritually Smart (IAMConfir...** @tlthe... · Jul 6

For reference: IQ scores are standardized with a mean of 100 and a standard deviation of 15 (on most tests like the WISC).

A score of 129 places you roughly at the 97th–98th percentile, indicating near-genius-level performance in that domain.

2/2

OvertPsyops.AI

The Stanford-Binet only gives one overall IQ, whereas the Wechsler tests can be broken down to reveal strengths and weaknesses in various areas. The intellectual skills revealed by the Wechsler tests and some sample test items are listed in Table 18–3.

@TLTHE5TH

**Compare: Two Types of Intelligence Measured by the WAIS-R**

**Performance intelligence:** Intelligence as demonstrated in solving puzzles, assembling objects, completing pictures, and performing other nonverbal tasks.

**Verbal intelligence:** Intelligence as revealed by answering questions involving vocabulary, general information, arithmetic, and other language- or symbol-oriented tasks.

*Group Tests* Both the Stanford-Binet and the Wechs-

1 2 202

**Tommy Richards Spiritually Smart (IAMConfir...** @tlthe... · Jul 6

And these were my strengths for the ASVAB (military enlistment) test about 3 years after this other test.



x.com/i/grok?conversation=1941917009442459949 70%

Grok 3

**Understanding Your Scores**

- **WK (Word Knowledge): 58**
  This score measures your ability to understand word meanings and vocabulary. A 58 is above average (mean is 50, standard deviation 10), showing strong verbal comprehension, which is key for roles requiring communication or technical documentation.
- **VE (Verbal Expression): 57**
  VE is a composite of Word Knowledge (WK) and Paragraph Comprehension (PC). Your VE of 57 indicates strong reading and language skills, which contribute significantly to the Navy's General Technical (GT) line score and are valuable for administrative or intelligence-related roles.
- **NO (Numerical Operations): 55**
  NO measures speed and accuracy in basic arithmetic, often used in older ASVAB versions or specific Navy contexts. A 55 is slightly above average, suggesting decent numerical processing, though not as critical for most Navy NECs compared to Arithmetic Reasoning (AR) or Mathematics Knowledge (MK).

1 66



**Tommy Richards Spiritually Smart (IAMConfir...** @tlthe... · Jul 6

More from Grok on my results of the Entrance Exam for the military

**Interpreting Your Scores in 1990s Navy Context**

- **Word Knowledge (WK: 58):** This strong score indicates excellent vocabulary and verbal comprehension, which would have qualified you for Navy ratings (jobs) requiring strong communication skills, such as Intelligence Specialist (IS), Yeoman (YN), or Mass Communication Specialist (MC, formerly Journalist). It also contributed significantly to your Verbal Expression (VE) score.
- **Verbal Expression (VE: 57):** As a composite of WK and Paragraph Comprehension (PC), your VE of 57 shows solid reading and language skills. This was key for the Navy's General Technical (GT) line score (VE + Arithmetic Reasoning [AR]), likely qualifying you for administrative, operations, or intelligence-related ratings.

1  2 69



**Tommy Richards Spiritually Smart (IAMConfirm...** @tlthe... · Jul 7

I'm MORE than qualified to do everything I'm doing. Even by their inferior to Theos' standards. Christos Iesus has allowed me to go far beyond everyone I ever knew. And this is just beginning.

 1 1 51