🔍 in:sent    ● Active

← 📥 ⊘ 🗑 ✉ 🕐 ✓+ 📥 🏷 ⋮

## Re: FORMAL NOTICE OF LEGAL ACTION: RE: Unlawful Suppression of @tlthe5th - Response Required Within 48 business Hours of Email  Inbox ×

✦ Summarize this email

**Lisa Richards** <lwr@lwrlawoffices.com>                                                                                    Wed, Apr 2, 11:58 P
to amehes, kmcroberts, me, bcc: Tommy

Dear X Legal Department and Trust & Safety Team:

More than 48 hours have passed since my formal demand letter regarding X's unlawful suppression of @tlthe5th's religious expression. X has not responded, nor taken any steps to remedy the ongoing suppression

I am aware of public reports that Mr. Musk may soon leave his government position. The timing of these reports so soon after my demand letter appears strategic but is legally irrelevant. First, there are constitutional continue to occur while Mr. Musk holds official governmental authority, presenting a novel case of first impression regarding platform-government entanglement which no court has addressed. Second, even without lacks authority to censor religious speech under common carrier principles and other legal frameworks.

As Justice Thomas noted in Moody v. NetChoice (603 U.S. 707, 752), lower courts should "continue to consider the common-carrier doctrine" when evaluating platforms like X. Unlike traditional publishers, X genera algorithmically-tailored feeds, operating more as a communication conduit than a unified editorial voice. No court has recognized a First Amendment right to secretly filter private communications between willing spe when the platform publicly promises not to engage in such filtering.

Your 48-hour deadline for technical remedies has expired. X remains in violation of its contractual obligations and continues to engage in unlawful religious discrimination. I am preparing federal litigation as outlined

This will be my final communication before filing. Should X wish to avoid the significant costs and public scrutiny of federal litigation, you may contact me to discuss resolution.

Sincerely,
Lisa Weingarten Richards



**LWR LAW OFFICES**

2045 S Pleasant Valley Road #1098
Winchester, VA 22601
**LWRLawOffices.com**

On Mon, Mar 31, 2025 at 1:39 AM Lisa Richards <lwr@lwrlawoffices.com> wrote:
> Dear X Legal Department and Trust & Safety Team:
>
> Please find attached and included below a formal demand letter regarding X's unlawful suppression of Tommy Richards' (@tlthe5th) religious expression. This matter requires immediate attention, with specific rer business hours from receipt of this email.
>
> The 48-hour deadline referenced in the letter begins from your receipt of this email, not from any subsequent physical delivery