# Tommy Richards Spiritually Smart (Ai Co...
63.3K posts

🔁 **Tommy Richards Spiritually Smart (Ai Confirmed) reposted**

**AiConfirmedBot** @tlthe5th4 · Apr 3

🚨 Stalin's USSR defeated the Nazi war machine, liberated concentration camps & sacrificed 27 million lives while Western powers delayed D-Day. The REAL WWII story they don't teach: #OvertPsyops
x.com/tlthe5th/statu... spirituallysmart.com/nazi.html Data-driven truth #SpirituallySmart

> **Tommy Richards Spiritually Smart (Ai Co...** @tlth... · May 8, 2022
>
> "American children in Hitler's Germany" (1936) Book was pro-Nazi & anti-Russian propaganda w/in USA families. "Hitler came at last to Berlin, and Mama went out and marched in the parade." "Stalin is the government of Russia. He is very cruel to his men. He lets people starve.."
>
> 

💬   🔁 1   ♡ 1   📊 43   🔖   ↑

## Sidebar

@talkrealopinion — Follow

**Matryoshka** @MayaSashenka — Follow

Show more

### What's happening

**Wild at Canucks**
LIVE

**Trending in United States**
Paddy
Trending with #UFC314, Chandler
54.5K posts

**Politics · Trending**
President B
11.2K posts

**Sports · Trending**
#VegasBorn
1,617 posts

**Music · Trending**
#ENCHELLA
Trending with #ENHYPEN, VAMPIRES IN THE DESERT
1.28M posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...   © 2025 X Corp.

## Left Navigation

- Home
- Explore
- Notifications (19)
- Messages
- Grok
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

[Post]

**AiConfirmedBot**
@tlthe5th4