

**SocialMedia**
CENSORSHIP

Home        Youtube        About        Contact

*ALERT (4/28/22): Important information about the Russian - Ukrainian War*

*Also, Join me on twitter to discuss @tlthe5th*

Home

**Article: "7 Little-Known Reasons why WordPress Sucks for Serious Bloggers".**

"Number 7. *Your blog could be shut down at any time.* This one trumps all the others. If you host your blog at WordPress.com, their Terms Of Service (TOS) very clearly states that WordPress.com "may terminate your access to all or any part of the Website at any time, with or without cause, with or without notice, effective immediately."
~ LINK

And I happen to

**SPIRITUALLYSMART.COM - CENSORED SINCE 'BEFORE IT WAS COOL' ....**

5/14/23: I am completely shadowbanned on facebook. My 15.5k followers do not see any of my posts.

This Facebook post is no longer available. It may have been removed or the privacy settings of the post may have changed.

Hello, welcome to Spiritually Smart (AI Confirmed)

Help Center

know that a certain gatekeeper ("Otto42" aka "Samuel Wood") who was an admin for wikipedia, now works for Wordpress. This individual is responsible for erasing Alberto Rivera's Spanish ID from Alberto's wiki page. And he suppressed a lot of other info but allowed to stay every single lie made up about **Alberto Rivera** .

*Gate keeping is a process by which information is filtered to the public by the media. According to Pamela Shoemaker and Tim Vos, gate keeping is the "process of culling and crafting countless bits of information into the limited number of messages that reach people every day, and it is the center of the media's role in modern public life. [...] This process determines not only which information is selected, but also what the content and nature of the messages, such as news, will be.*



*(Image description): Eric Schmidt, executive chairman of Google holding company Alphabet (the PARENT company of google), shakes hands with Pope Francis during an audience he held in the pontiff's studio at the Vatican, (Friday, Jan. 15, 2016)*

**....But, these days, who really cares if I'm censored? Because *everyone* is censored and *none* of us have a voice online anymore...**

If you think I'm "too little" to be on the Vatican's radar, then please read this article mentioning my youtube video by name.

Quote from the article *"Vatican launches YouTube channel"* (Friday 23 January 2009):

*"....The second (video) argues that "Nazi Germany was a creation of the Vatican and the Jesuits". Now the Vatican has the means to fight back."*

Which video has been heavily censored by youtube. See it here (+ more details below).

From early 2000 to 2021, I watched the internet slowly turn from a gold mine of research and information sharing potential into a deluge of disinformation and censorship. I personally have been on the receiving end of this censorship since "before it was cool."

I stopped posting on facebook because out of over 16k followers only about 100 people will see my post. And usually that 100 isn't very supportive of me. What facebook does it make it look like no one is interested in my posts. But I know what's REALLY happening because I see the numbers and stats of each and every post. And I have watched my reach go down from over 2000 or more (rou          to get 100, 200, up to 1000         organically. But now facebook like         who makes money when "advertising" to my followers. When in reality, I'm just a guy sharing bible messages and make no money through doing this.

Hello, welcome to Spiritually Smart (AI Confirmed)

Here are articles about the CIA and the Vatican getting caught editing wikipedia

Conflict-of-interest editing on Wikipedia - Wikipedia, the free ...

Terms of use and paid editing · Wikipedia on conflict-of ...

CIA and Vatican edit Wikipedia entries - Breaking - Technology - smh ...

BBC NEWS | Technology | Wikipedia 'shows CIA page edits'

CIA, FBI computers used for Wikipedia edits | Reuters

Axinar's: CIA AND The Vatican Editing Wikipedia Entries

The World Today - CIA, Vatican editing Wikipedia - ABC

Please read these excerpts from the excellent article published on Robert Kennedy Jr's *Children's Health Defense*:

> As Kennedy shows in his book, Wired served as an external newsletter for the U.S. intelligence community, which had taken a strong interest in infiltrating Silicon Valley since before the Internet's inception. U.S. military and intelligence agencies first launched the Internet by building the ARPANET grid in 1969. The CIA established a vast investment fund called In-Q-Tel, which it used to fuel the eruption of Silicon Valley's tech industry by funding a vast array of tech startups with intelligence potential.

Several years into Casey's CIA tenure, an ABC News report implicated the CIA in an assassination attempt against an American citizen. Casey retaliated by asking the Federal Communications Commission (FCC) to revoke all of ABC's TV and radio licenses.

The CIA next asked the FCC to levy Fairness Doctrine penalties against the disobedient network.

The New York Times described the CIA's attacks against ABC: "This amounts to a government plot to commit intimidation."

The Times, which in that epoch was still a champion of freedom of speech, warned that:

> "William Casey, the CIA director, seems to think he and his agency were libeled, but to sue for libel he'd have to prove reckless disregard of the truth and open his files on the case. Unwilling or unable to do that, he's using the FCC as a shortcut to punishment. [...] This is a chilling assault on a network and the Constitution. It needs to be thrown out fast."

A month later, in March 1985, Casey's Capital Cities (in which he secretly retained considerable stock) appears to have found another solution to the ABC News problem — The company paid $3.4 billion to take over ABC, a company four times its size. Board members came to include billionaire investor Warren Buffet and Robert P. Bauman, chair of the SmithKline Beecham pharmaceutical company.

Despite the CIA's best efforts to deny and stonewall a Senate investigation into its many illegal media activities, the Church Committee warned in 1976:

> "In examining the CIA's past and present use of the U.S. media, the Committee finds two reasons for concern. The first is the potential, inherent in covert media operations, for manipulating or incidentally misleading the American public. The second is the damage to the credibility and independence of a free press which may be caused by covert relationships with U.S. journalists and media organizations."

In response to public and congressional outrage, then-CIA Director George Bush issued new guidelines regarding the cozy relationship.

The guidelines said:

> "Effective immediately, CIA will not enter into any paid or contractual relationship with any full-time or part-time news correspondent accredited by any U.S. news agency, U.S. news service, newspaper, periodical, radio or television network or station."

**Mockingbird redux**

Despite President Bush's assurances, Operation Mockingbird never really closed up shop. The CIA

"In 2013, President Barack Obama quietly signed a bill that neutralized the 1948 Smith-Mundt that formerly prohibited Americans. That repeal, according to journalist Leah Anaya, legalized "government-produced news" in our country, and unleashed the CIA to use "legalized psychological war ops

Hello, welcome to Spiritually Smart (AI Confirmed)

[CIA, Vatican 'editing Wiki pages' - ABC News (Australian Broadcasting ...](#)

[CIA, Vatican, Fox News Undercover Agents Alter Wikipedia in Lamest ...](#)

[CIA, Vatican editing Wikipedia | SBS News](#)

**Video: Facebook Fraud:**



Facebook Fraud

This guy breaks down exactly what happened to me. Facebook is a huge SCAM.

Screen shots of Facebook Censorship 1



Facebook Censorship 2

being run on the American people.

"The change in the law, "allowed government to gain assistance for not-so-popular policies, ushering in a whole new world of government freedom to serve propaganda to Americans on a silver platter." For the first time in the CIA's history, Operation Mockingbird was suddenly legal." ~[Source](#)

"Nowadays the CIA collaboration happens right out in the open, and people are too propagandized to even recognize this as scandalous. Immensely influential outlets like the New York Times uncritically pass on CIA disinfo, which is then spun as fact by cable news pundits. The sole owner of the Washington Post [Jeff Bezos] is a CIA contractor [Amazon Web Services signed a $600 million cloud computing agreement with the CIA in 2013] and WaPo has never once disclosed this conflict of interest when reporting on U.S. intelligence agencies per standard journalistic protocol. Mass media outlets now openly employ intelligence agency veterans like John Brennan, James Clapper, Chuck Rosenberg, Michael Hayden, Frank Figliuzzi, Fran Townsend, Stephen Hall, Samantha Vinograd, Andrew McCabe, Josh Campbell, Asha Rangappa, Phil Mudd, James Gagliano, Jeremy Bash, Susan Hennessey, Ned Price and Rick Francona, as are known CIA assets like NBC's Ken Dilanian, as are CIA applicants like Tucker Carlson."

Johnstone continued:

"This isn't Operation Mockingbird. It's so much worse. Operation Mockingbird was the CIA doing something to the media. What we are seeing now is the CIA openly acting as the media. Any separation between the CIA and the news media, indeed even any pretense of separation, has been dropped."



Hello, welcome to Spiritually Smart (AI Confirmed)



"Reach" is how many views I got on the post. That view count does not increase significantly after the first few minutes its posted. Unless I pay, my own subscribers rarely see my posts.



**47 views after 19 hours on a facebook page that has over 16000 subscribers**

This free speech ideal was instilled in the DNA of the Silicon Valley startups that now control the majority of our online conversations...





*CEO of Facebook Mark Zuckerberg presents Pope Francis with fancy drone trinket.*



## CEO Jack Dorsey

**Early life** [ edit ]

Dorsey was born and raised in St. Louis, Missouri,[5][6] the son of Tim and Marcia (née Smith) Dorsey.[7][8][9] He is of Irish, German and Italian descent.[10][additional citation(s) needed] His father worked for a company that developed mass spectrometers and his mother was a homemaker.[11] He was raised Catholic, and his uncle is a Catholic priest in Cincinnati.[12] He attended the Catholic Bishop DuBourg High School. In his younger days, Dorsey worked occasionally as a fashion model.[13][14][15][16][17] By age 14, Dorsey had become interested in dispatch routing. Some of the open-source software he created in the area of dispatch logistics is still used by taxicab companies.[7] Dorsey enrolled at the University of Missouri–Rolla in 1995 and attended for two-plus years[12] before transferring to New York University in 1997, but he dropped out two years later,[18] one semester short of graduating.[12] He came up with the idea that eventually became Twitter while studying at NYU.[12][19]

## Bishop DuBourg High School

From Wikipedia, the free encyclopedia

**Bishop DuBourg High School** is a private, Roman Catholic high school in St. Louis, Missouri. It is located in the Roman Catholic Archdiocese of Saint Louis.

## Notable alumni [ edit ]

- Norbert Leo Butz (1985), Tony Award winning American stage, musical theatre, television and film actor
- Jack Dorsey (1995), Co-founder of Twitter, Co-founder of Sq

His uncle Dan Dorsey, a Catholic priest in

22 years ago, when his nephew proudly handed over a business card. It read, simply: Jack P. Dorsey, consultant.

Hello, welcome to Spiritually Smart (AI Confirmed)

Link: https://www.stltoday.com

Twitter CEO donates $1.5M to all-boys Catholic high school in New Orleans

It is the largest donation the school has ever received - link: https://www.foxbusiness.com

His Mother Marcia:



I retweeted with a comment and this is how many views it got:

Hello, welcome to Spiritually Smart (AI Confirmed)



| Impressions<br>times people saw this Tweet on Twitter | 1 |
|---|---|
| Total engagements<br>times people interacted with this Tweet | 1 |

View all engagements

Enough said? lol!

Now, back to my *old censorship* documentation:

Wikipedia.com

Wikipedia has often censored me. Some of the "administrators" there are agents for the Vatican. I have often caught wikipedia admin's gate-keeping articles, disallowing good evidence proving a point or weakening an opposing point **through censorship.**

Here's an article showing the Vatican (and the CIA) "anonymously" edited wikipedia entries. And there are additional links in the left column of this page.

Please also see this article: "I was surprised to find detractors of a notable living person controlling his biography on Wikipedia" And, "Fake Wikipedia professor altered 20,000 entries" to help you understand what goes on behind the scenes at wikipedia.

One of the worst gatekeepers I have ever come across on the internet is a man named Samuel Wood aka Otto42. "Otto42" was/is an admin for wikipedia. He then began working for wordpress and now works for a company that has connections to wordpress, Audrey Capital. Audrey Capital and Wordpress. Both are connected through Billionaire founder of Wordpress Matt Mullenweg who called up Wood-Otto42 personally to offer him a job with his company.

Hello, welcome to Spiritually Smart (AI Confirmed)



On wikipedia, Otto42 was gate keeping <u>Alberto Rivera's</u> wiki page. He kept good information out and let in only damaging information to Alberto's credibility. Here is a screen shot of the actual edit wars I had with Otto42 and at least 3 other individuals. <u>One is a Knight of Columbus</u> ("<u>Kmerian</u>"). I am "User talk:69.22.219.18" (that was my IP address at the time).



As you can see, this otto42 followed me around and deleted every edit I made. I was eventually banned. In my opinion it was a great injustice perpetrated against the free flow of

information on the web by biased idiots.

Here you can see part of a conversation where wiki-admin gatekeepers had decided that <u>Alberto Rivera</u> was a "fraud". Talk about <u>"POV"</u>! Does this sound neutral?:



**Screen shots regarding Otto42 :**

Hello, welcome to Spiritually Smart (AI Confirmed)



SpirituallySmart.Com

Follow    Message    ...

About    Friends    Photos    More ▾

workplaces to show                              ✉ otto@ottodestruct.com

                                               🌐 http://ottodestruct.com
                                                  http://ottopress.com

schools to show

## About Me

"Otto", known more formally as Samuel Wood, is probably best described a software developer. Or a code hacker. Either way.

Otto has developed software for the automotive industry, for the retail industry, for the iPod, for the internet, and for lots of other stuff in his spare time. He'll work in whatever language happens to be lying around, and is not particularly picky about environments, having developed software for PC's, Mac's, and various flavors of unix-like systems. He's worked in everything from being a retail salesperson to providing technical support for a printer manufacturer to writing server software that handles $1.5-billion worth of transactions yearly.

For the last 5 years or so, he's been doing a lot of work with WordPress, and in 2010 that became his full-time job when he was hired by Matt Mullenweg as a "Tech Ninja" for Audrey Capital.

Screen shot showing he works
facebook as

Hello, welcome to Spiritually Smart (AI Confirmed)



**Wiki How**
9 hrs · 🌐

One of our users over at our Facebook community page asked us to cover the installation and setup of Simple Facebook Connect plugin for WordPress. For those who do not know, Simple Facebook Connect is a plugin created by Otto (@otto42) to make it easy for your site to use Facebook social plugins. This plugin works in a series of sub-systems that lets you add any sort of Facebook functionality (facebook logins, comments etc) you like to your WordPress blog. [ 1046 more words. ]

http://wikihow365.com/how-to-install-and-setup-simple-face…/

### How to Install and Setup Simple Facebook Connect for WordPress

One of our users over at our Facebook community page asked us to cover the installation and setup of Simple Facebook Connect plugin for WordPress. For...

WIKIHOW365.COM

Like    Comment    Share

---

" *My name is Samuel Wood, but everybody except for my parents actually calls me "Otto". I work for Matt Mullenweg at* Audrey Capital, *doing weird and wonderful things around WordPress and for the* WordPress.org *website. You may recognize my avatar from, well, everywhere.* 🖼

**When was the first time that you really got excited about WordPress and at what point did you decide to make it your career?**

I started using WordPress around 6 years ago (2.1) for my own website. See, I'd had a website off and on since college, but it was just static HTML and a place for me to host files and such. Never even really bought a domain name for it. One day, I decided I wanted to make it better, and so went looking for the most interesting open-source website tool, and voila. After about a year of helping out on the support forums, they made me a moderator. I dabbled with freelancing for a bit after a startup I was working for ran out of funding, and I did some work for Automattic for a month helping out with updating their themes. About a year later, Matt Mullenweg called me up and offered me a job at a new company he was forming, and I've been doing WordPress full time since then. I think it was the Memphis BBQ that actually convinced him to hire me. 🖼

Above you can see billionaire(?) founder of wordpress. Matt Mullenweg, personally called him a

What wikipedia says of the name "Otto":

Hello, welcome to Spiritually Smart (AI Confirmed)

**Otto** is a masculine German given name. It originates as an Old High German short form (variants *Audo*, *Odo*, *Udo*) of Germanic names beginning in *aud-*, an element meaning "wealth, prosperity". The name is recorded from the 7th century (Odo, son of Uro, courtier of Sigebert III). It was the name of three 10th-century German kings, the first of whom was Otto I the Great, the first Holy Roman Emperor, founder of the Ottonian dynasty."

Otto42 starts off as being a gatekeeper on Alberto Rivera's wikipedia page and then before you know it he gets a phone call from billionaire developer personally offering him a job in his new company.

Who would use wordpress's services when this gatekeeper character Otto obviously has it out for me and is at least an unwitting agent for the Vatican and the CIA, *works* for wordpress and finally, add the fact that Wordpress can shut down any blog they want at any time. See here:

Article: "7 Little-Known Reasons WordPress.com Sucks for Serious Bloggers".

7. Your blog could be shut down at any time This one trumps all the others. If you host your blog at WordPress.com, their Terms Of Service (TOS) very clearly states that WordPress.com "may terminate your access to all or any part of the Website at any time, with or without cause, with or without notice, effective immediately." LINK

---

**Facebook** removes post by spirituallysmart facebook page.

Just got the notification and I'm banned from posting for 3 days. Here is the post that got removed:

Hello, welcome to Spiritually Smart (AI Confirmed)

### We Removed Something You Posted

We removed the post below because it doesn't follow the Facebook Community Standards:

SpirituallySmart.Com (Job 28:28)

"Protestants" protest nothing. The real Protestants are the ones the cops are killing in our street on a daily basis. Protestors or People who will not allow a cop to arbitrarily walk up on them and make them submit for no good reason like some kind of faggot. Any resistance against their illegal and unwarranted oppression is met with instant escalation in physical aggression and even death. People on this page know I cover and watch all stories regarding the Catholic cult. Well, I've been following police abuses just as closely for the past 4 years. Here are some things I've learned. Catholicism and the police go together like a hand and glove. Just like priests never turn in another priest, a cop will never turn in another cop. Any time a cop gets in any kind of legal trouble it is due to the public catching wind of it. Same exact thing with a pedophile priest. Catholic priests are very often your local police precinct's chaplain. Police, whether catholic or not, all participate in their local Blue Mass which the catholic cult and the knights of Columbus organize to "honor" them. The Catholic cult has never condemned police abuse and police never condemn the Catholic cult. Even in the midst of epidemic child rape cases against the Catholic pedophile cult. The Catholic cult dominates politics on the local and federal levels. They dominate intelligence agencies and law enforcement. They are all together corrupt. They are not here stop evil doers. They ARE the evil doers. Because of the cult like atmosphere of law enforcement and Catholicism there can never be any "good" ones among them because the good ones are silenced one way or another. There are however some good Catholic people out there that are constitutionally minded and treat people with dignity and are kind and moral people. And that's why the Catholic cult gets away with what it gets away with. When people think of the Catholic cult they think of the nice, friendly Catholic family they know and grew up with. That's wrong. History needs to be studied in regard to the Roman cult. Our government needs to be studied. Our military needs to be studied. Not the clean-cut, well-intentioned catholic church goer. "Protestantism" has changed. They're not the bible-thumpers from England anymore. Their not your neighbor in the pastel collared shirt going to church on Sunday. They are common folks in every neighborhood nationally and internationally. They are the oppressed victims of the Roman cult government. And you better be supporting them. God says so throughout his whole Word. These are the people that need prayer and the gospel of Christ and MERCY. These are the people God stretches His mighty hand to. The

Hello, welcome to Spiritually Smart (AI Confirmed)



...uppressed. And yes I am oppressed with that it as called "Sympathy". Bought of you have any? These are they who Jesus called your NEIGHBORS. You show no mercy? May God withhold mercy from YOU! Don't like what I said here please unlike my page and go away...

SpirituallySmart.Com (Job 28:28)

[ Continue ]

**You're Temporarily Blocked From Posting**

This temporary block will last 3 days, and you won't be able to post on Facebook until it's finished.

Please keep in mind that people who repeatedly post things that aren't allowed on Facebook may have their accounts permanently disabled.

SpirituallySmart.Com (Job 28:28)                          [ Continue ]

**Please Review the Community Standards**          SpirituallySmart.Com (Job 28:28)

We created the Facebook Community Standards to help make Facebook a safe place for people to connect with the world around them.

Please read the Facebook Community Standards to learn what kinds of posts are allowed on Facebook.

Learn how to remove something from your Timeline.                  [ Log In ]

More Censorship of SpirituallySmart.Com:

SpirituallySmart has been censored often. This isn't so much about ME. It's about the suppress  claim to be neutral and unbiased..

Hello, welcome to Spiritually Smart (AI Confirmed)

Facebook

Photobucket.com

Youtube.com

Wikipedia

Infowars.com (Alex Jones and all his affiliates and blogs, forums etc that are associated with him and Loose Change.)

---

Youtube.com

What my most important documentary looks like when viewed on youtube:



*Click the thumbnails to view full size*

This is my <u>Nazi - Vatican Video</u> that I did. This screen shot is a picture someone took in Germany.

Hello, welcome to Spiritually Smart (AI Confirmed)



Here (below), you can see that youtube deleted a documentary on the holocaust. Being that it was uploaded to my channel it was more important because it was IN CONTEXT with TRUTH! I want to ad that this video DID NOT violate youtube's terms of service.



<span style="color:red">Click to view full size</span>

NEW Censorship against the truth. Youtube has now disabled my <span style="color:red">Nazi - Vatican Video</span>. If you click the link you will see that it was disabled simply due to someone claiming it was infringed copyrighted material. Screen shot:

Hello, welcome to Spiritually Smart (AI Confirmed)



[click to view full size](#)

Additionally youtube is now threatening to delete my whole youtube account. You can view the video [HERE](#)

Being that these two videos touched upon the Holocaust and were taken down for two different reasons I will have to say that youtube will find a reason, any reason, to take down important documentaries from their site. And I testify that both of the reasons youtube used to censor me were inaccurate and just plain false. (If my video was about complete foolishness I'm sure they would leave it up though.)

---

Photobucket.com

Hello, welcome to Spiritually Smart (AI Confirmed)



(Image description: This is what my photobucket folder looked like before I removed all my images from the site. This pictures I had up were documentation of an alliance between the Catholic cult and Nazi-Germany. They were removed by photobucket.)

Photobucket is another major internet company that wants to help the Vatican cover-up their war-crimes from WW2. I've been hosting my photos on photobucket since I first started building my web site (since around 2000). Suddenly they are deleting my pictures. Deleting even the banner to my <u>Nazi Vatican Web Page</u>. Now they actually deleted my screen-shot evidence of their censorship. Except I have back-ups. See below the pictures they deleted. Look to the right to see what they deleted.

Hello, welcome to Spiritually Smart (AI Confirmed)

The (left) column shows deleted screen shots of their

censorship. See my backups in column on right. They literally deleted screenshot evidence of their censorship!:







This was the banner on m

[Vatican](#) expose' page Clic

to View full size



[LINK](#)

This was my banner photobucket deleted. Click to view full size:

See above what it look

after they removed the bar







[Click to View Full Si:](#)

Hello, welcome to Spiritually Smart (AI Confirmed)

LINK







Click to view full siz

LINK





Click to view full siz

LINK

So you can see photobucket censored their censorship. They actually deleted my screen shots of their deletions. I'm just glad I've begun backing up my ima online service anymore. Not even GODADDY.COM

Hello, welcome to Spiritually Smart (AI Confirmed)

infowars.com

I have received many emails from researchers telling me that when they mention me in any forum associated with <span style="color:red">Alex jones</span> that all their posts are quickly deleted. Youtube deleted my video, "Alex Jones CIA Agent of project mockingbird through Alternative Media."



click to see full size



click to view full size

Here you can see <span style="color:red">my video</span>, "Jesuit Fascism and their takeover of America and Alt Media" is being "blocked in some countries"

It is also the same way with any mention of the Jesuits or Knights of Malta in any of these forums.

In the future I will provide screen... truth seekers testifying of censorship of truth through Alex Jones. Obviously it will take some time to go through my

Hello, welcome to Spiritually Smart (AI Confirmed)

emails and find them**.**

---

********

Page 1 of 2                                                                    1    2    3

Image Gallery                          Links                         Contact

     Links                         Any Question or
                                                                 Comments you may
                          email me



Hello, welcome to Spiritually Smart (AI Confirmed)