AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-916

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __X Corp.__
was received by me on *(date)* __7/9/25__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __fulfillment manager Brett Baswell__, who is designated by law to accept service of process on behalf of *(name of organization)* __CT Corporation System__ on *(date)* __7/10/25__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __7/10/25__

_____
*Server's signature*

__Caleb Malone, Process Server__
*Printed name and title*

__PO Box 720040, Dallas TX 75372__
*Server's address*

Additional information regarding attempted service, etc: