UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS RICHARDS, | § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | Civil Action No. 3:25-CV-0916-X |
| X CORP., | | |
| *Defendant.* | | |

## ORDER

Before the Court is Plaintiff Thomas Richards' motion for reconsideration and clarification (Doc. 31). The portion of the motion requesting clarification on local counsel is now **MOOT**. The Court **DENIES** the rest of the motion. The Court's order (Doc. 29) adequately addressed procedure for seeking a preliminary injunction before this Court.

**IT IS SO ORDERED** this 21st day of July, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1