

Lisa Richards <lwr@lwrlawoffices.com>

## Federal Court Documents - Case 3:25-cv-00916-X

**Lisa Richards** <lwr@lwrlawoffices.com>  Tue, Jul 22, 2025 at 5:59 PM
To: Dan Freeman <dan.freeman@maralagoclub.com>

Who then is authorized? Over the phone today you said I could send it to you. Also I understand that my process server provided you a complaint the other day and you stated at that time that you are authorized to accept on his behalf. If it is not you, then please provide me a lawyer's name or other contact who can accept service.

Thank you,
Lisa Weingarten Richards, Esq.
(202) 981 2059



**LWR LAW OFFICES**
CONSTITUTIONAL LAW & CIVIL RIGHTS
Virginia Bar #96671 • New York Bar #4932570

3060 Williams Dr. Ste 300 #510        Tel: (202) 981-2059
Fairfax, VA 22031                     Email: LWR@lwrlawoffices.com        LWRLawOffices.com

On Tue, Jul 22, 2025, 5:54 PM Dan Freeman <dan.freeman@maralagoclub.com> wrote:
> Mrs. Richard's I am not authorized to accept legal documents on behalf of Donald Trump.
>
> On Tue, Jul 22, 2025 at 9:57 AM Lisa Richards <lwr@lwrlawoffices.com> wrote:
>> Hello Mr. Freeman,
>>
>> We just spoke over the phone. I am providing you the Emergency TRO and Court order for Thomas Richards v. X Corp. and Donald J. Trump, Case No. 3:25-cv-00916-X (N.D. Tex.).
>>
>> Please confirm that you are authorized to receive legal documents on behalf of Donald Trump in his personal capacity and please confirm receipt of these documents.
>>
>> Attached Documents:
>> - Court Order requiring expedited briefing (Doc. 62)
>> - Emergency Motion for Temporary Restraining Order (Doc. 52)
>>
>> Thank you for your assistance.
>>
>> Lisa Weingarten Richards, Esq.
>> VSB #96671, NY BAR #4932570
>> LWR Law Offices
>> Tel.: (202) 981-2059
>> lwr@lwrlawoffices.com



**LWR LAW OFFICES**

CONSTITUTIONAL LAW & CIVIL RIGHTS

Virginia Bar #96671 • New York Bar #4932570

3060 Williams Dr. Ste 300 #510  
Fairfax, VA 22031

Tel: (202) 981-2059  
Email: LWR@lwrlawoffices.com

LWRLawOffices.com