IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| THOMAS RICHARDS<br><br>*Plaintiff,*<br><br>v.<br><br>X CORP. and<br>DONALD J. TRUMP, Individually,<br><br>*Defendants* | Case No. 3:25-cv-916<br><br><br><br>Lisa Weingarten Richards, Esq.<br>VSB #96671<br>NY BAR #4932570<br>LWR Law Offices<br>3060 Williams Dr<br>Ste 300 #510<br>Fairfax, VA 22031<br>*Tel.:* (202) 981-2059<br>lwr@lwrlawoffices.com<br>*Counsel for plaintiff* |

**NOTICE OF COMPLETED SERVICE OF COURT'S ORDER (DOC. 62) ON DEFENDANT DONALD J. TRUMP**

Plaintiff Thomas Richards notifies this Court that service of the Court's expedited briefing Order (Doc. 62) on Defendant Donald J. Trump has been successfully completed, and events that transpired prove it was completed by email July 22, 2025.

**SERVICE COMPLETION**

On July 23, 2025, at 9:48 AM, professional process server ABC Legal Services successfully served this Court's Order (Doc. 62) and Emergency TRO Motion (Doc. 52) -- as a courtesy -- on Defendant Donald J. Trump through Dan Freeman, Director of Security at Mar-a-Lago, located at 1100 S Ocean Blvd, Palm Beach, FL 33480.

Freeman accepted service without objection or claim of lack of authority, directly contradicting his written denial of authority sent via email to Plaintiff's counsel at 5:54 PM on July 22, 2025 (explained in detail in Doc. 65 -- Supplemental Notice Regarding Court's order 62 on Defendant Donald J. Trump).

**DOCUMENTATION**

Attached as Exhibit A is documentation from process server ABC Legal Services confirming successful service on Dan Freeman on behalf of Donald J. Trump at the specified time and location.

**RESPONSE DEADLINE**

Pursuant to this Court's Order (Doc. 62), Defendant Donald J. Trump's response to Plaintiff's Emergency Motion for Temporary Restraining Order (Doc. 52) is due within 7 days of receiving service of this Order.

Trump received actual notice of this Court's Order on July 22, 2025, when Freeman received Plaintiff's email containing Doc. 62 (and Doc. 52) and replied (albeit falsely denying authority). (Exhibit B). Freeman's reply sent 8 hours later, "Mrs. Richard's I am not authorized to accept legal documents on behalf of Donald Trump." (sic) proves Trump's organization received and reviewed the Court's Order. Therefore, the 7-day response period began running on July 22, 2025, making Trump's response deadline **July 29, 2025**.

## CONTRADICTION OF PRIOR OBSTRUCTION

This successful service definitively proves that Freeman's July 22, 2025 email denial of authority was false, as he accepted service normally less than 16 hours later. This contradiction supports Plaintiff's claims regarding systematic obstruction of judicial proceedings documented in Plaintiff's Supplemental Notice (Doc. 65).

Respectfully submitted,

/s/ Lisa Weingarten Richards
**Lisa Weingarten Richards**
LWR Law Offices
3060 Williams Dr
Ste 300 #510
Fairfax, VA 22031
Tel.: (202) 981-2059
lwr@lwrlawoffices.com
VA BAR # 96671
NY BAR #4932570
*Counsel for Plaintiff*

**DATE:** July 23, 2025

---

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2025, a true and correct copy of the foregoing document was

electronically transmitted to the Clerk of Court using the ECF System for filing, and was transmitted to X's counsel via ECF.

/s/ Lisa Weingarten Richards

Lisa Weingarten Richards
LWR Law Offices
3060 Williams Dr
Ste 300 #510
Fairfax, VA 22031
*Tel.:* (202) 981-2059
lwr@lwrlawoffices.com
VA BAR # 96671
NY BAR #4932570
*Counsel for plaintiff*