





**noreply@abclegal.com**  
to me

| | |
|---|---|
| from: | **noreply@abclegal.com** |
| to: | LWR@lwrlawoffices.com |
| date: | Jul 23, 2025, 10:22 AM |
| subject: | Service Effected for Reference ID 123 |
| mailed-by: | abclegal.com |
| signed-by: | abclegal.com |
| security: | 🔒 Standard encryption (TLS)  Learn more |

10:22 AM (3 hours ago)



Great news, Donald Trump has been served.

You will receive an email from ABC Legal once the signed proof is available. Typically proofs are signed within two business days.

In the meantime, we have posted a preview of your unsigned proof in your secure account.

**Please Note:**

- If the court requires wet ink original proofs, allow up to two weeks.
- Notarized proofs can also take up to two weeks to finalize.
- GPS Coordinates and photos can be found on the Case Details page in the Case Activity section.

*If you have questions about what to do with your proof or need guidance on how or where to file it, please visit our* Understanding Proof of Service *page to learn more.*

---

**Reference ID:** 123  
**Case #:** 3:25-cv-00916-X  
**Person(s) To Be Served:** Donald Trump  
**Served To:** DAN FREEMAN  
**Date / Time:** July 23 2025 09:48 AM  
**Address:** 1100 S Ocean Blvd, Palm Beach, FL 33480

---

ABC Legal Services, 1099 Stewart St, Suite 700, Seattle, WA 98101  
(206) 521-9000 | This is a transactional email.

Manage your **email notifications** from your profile settings.