**Yesterday**

12:25 PM  **Outgoing Call**
30 seconds

12:06 PM  **Outgoing Call**
28 seconds

11:49 AM  **Outgoing Call**
27 seconds

11:43 AM  **Outgoing Call**
26 seconds

11:43 AM  **Outgoing Call**
2 seconds

11:19 AM  **Outgoing Call**
26 seconds