IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| THOMAS RICHARDS<br><br>*Plaintiff,*<br><br>v.<br><br>X CORP. and<br>DONALD J. TRUMP, Individually,<br><br>*Defendants* | Case No. 3:25-cv-916<br><br><br><br><br><br><br>Lisa Weingarten Richards, Esq.<br>VSB #96671<br>NY BAR #4932570<br>LWR Law Offices<br>3060 Williams Dr<br>Ste 300 #510<br>Fairfax, VA 22031<br>*Tel.:* (202) 981-2059<br>lwr@lwrlawoffices.com<br>*Counsel for plaintiff* |

**PLAINTIFF'S SUPPLEMENTAL EXHIBIT IN SUPPORT OF EMERGENCY MOTION FOR SANCTIONS**

Plaintiff Thomas Richards submits this supplemental exhibit in support of the pending Emergency Motion for Sanctions (Doc. 67) and Notice of Completed Service (Doc. 66).

## SUPPLEMENTAL DOCUMENTATION

Attached hereto as **Exhibit A** is the official AO 440 Proof of Service form completed by process server Matthew Pryor, providing formal court documentation of the successful service on Dan Freeman at 9:48 AM on July 23, 2025.

## SIGNIFICANCE TO PENDING MOTION

This official proof of service form provides additional sworn documentation that:

1. **Freeman's Identity Confirmed**: Process server Matthew Pryor confirms Freeman "identified themselves as the director of security at mar-a-lago with identity confirmed by subject saying yes when named."

2. **Willing Acceptance**: Freeman "accepted service with direct delivery" without any claim of lack of authority, directly contradicting his July 22, 2025 email denial.

3. **Physical Description**: The detailed physical description (gray-haired white male, 55-65 years of age, 6'0"-6'2" tall, weighing 200-240 lbs with glasses) confirms this was the same individual who had previously accepted service and denied authority.

4. **Sworn Statement**: This documentation is provided under penalty of perjury by a professional process server, making Freeman's contradiction undeniable.

5. **Timeline Confirmation**: The 9:48 AM service time on July 23, 2025, occurred less than 16 hours after Freeman's false denial at 5:54 PM on July 22, 2025.

**CONCLUSION**

This official court documentation completes the evidentiary record proving Freeman's perjurious obstruction of this Court's expedited service order and supports all requested sanctions in the pending Emergency Motion for Sanctions.

Respectfully submitted,

/s/ Lisa Weingarten Richards

**Lisa Weingarten Richards**

LWR Law Offices

3060 Williams Dr

Ste 300 #510

Fairfax, VA 22031

Tel.: (202) 981-2059

lwr@lwrlawoffices.com

VA BAR # 96671

NY BAR #4932570

*Counsel for Plaintiff*

**DATE:** July 23, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2025, a true and correct copy of the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and was transmitted to X's counsel via ECF.

 /s/ Lisa Weingarten Richards

Lisa Weingarten Richards

LWR Law Offices

3060 Williams Dr

Ste 300 #510

Fairfax, VA 22031

*Tel.:* (202) 981-2059

lwr@lwrlawoffices.com

VA BAR # 96671

NY BAR #4932570

*Counsel for plaintiff*