Civil Action No.   **3:25-cv-00916-X**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Donald Trump** was recieved by me on **7/22/2025:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☒  I left the summons at the individual's residence or usual place of abode with **DAN FREEMAN**, a person of suitable age and discretion who resides at **1100 S Ocean Blvd, Palm Beach, FL 33480**, on **07/23/2025 at 9:48 AM**, and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 140.00** for services, for a total of **$ 140.00**.

I declare under penalty of perjury that this information is true.

Date:   07/23/2025

*Server's signature*

**Matthew Pryor**
*Printed name and title*

**4001 Spruce Avenue**
**West Palm Beach, FL 33407**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, ORDER; PLAINTIFF'S SECOND RENEWED EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER, to DAN FREEMAN who identified themselves as the director of security at mar-a-lago with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 6'0"-6'2" tall and weighing 200-240 lbs with glasses.**




Tracking #: **0178971226**