IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THOMAS RICHARDS,

    Plaintiff,

v.

X CORP., *et al.*,

    Defendants.

Civil Action No. 3:25-CV-916-X

## NOTICE OF ATTORNEY APPEARANCE

The undersigned Assistant United States Attorney hereby enters an appearance as counsel for Defendant, President Donald J. Trump.

Dated: July 29, 2025

    Respectfully submitted,

    NANCY E. LARSON
    ACTING UNITED STATES ATTORNEY

    */s/     Kenneth G. Coffin*
    KENNETH G. COFFIN
    Assistant United States Attorney
    Texas Bar No. 24076986
    1100 Commerce Street, Third Floor
    Telephone:  214-659-8646
    Facsimile:  214-659-8807
    Kenneth.coffin@usdoj.gov

    Attorneys for Defendant
    President Donald J. Trump

Certificate of Service

On July 29, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/     Kenneth G. Coffin
Assistant United States Attorney