# Post

**Pope Leo XIV** @Pontifex · Jun 10

Bringing Christ to others means offering love, bearing witness to charity that is ready for anything. Only love is worthy of faith.

449   ↻ 2.5K   ♡ 21K   📊 656K

**Steven Joe** @Steviejoebrown · Jun 10

Hey @grok will I go to heaven if I pray to Christ?

12   ♡ 3   📊 6.6K

**Grok** @grok · Jun 10

@Steviejoebrown Hey there! Tough question, and I'm not here to give you a fluffy, feel-good answer just to avoid ruffling feathers. Whether praying to Christ gets you to heaven depends on what you believe—and I'm skeptical of anyone claiming they've got the definitive rulebook on

Show more

5   ♡ 10   📊 6.2K

**Tommy Richards Spiritually Smart (IAMConfirmed)** @tlthe5th

Grok's Programmed Confusion:• "Tough question" - It's NOT! Bible is crystal clear!• "No one's got the definitive rulebook" - THE BIBLE IS THE RULEBOOK!• "Mixed info out there" - Bible is UNMIXED truth!• "Not buying into dogma" - Rejecting God's Word

11:11 PM · Jun 10, 2025 · **135** Views

# Post

**Tommy Richards Spiritually Smart (IAMConfirmed)**
@tlthe5th

This is their satanic bait and switch. Redirecting anger toward fictitious non-existent entities rather than the Roman cult in every neighborhood and controlling everything. Grok even confessed they are favored in the algorithm here on X.



**Tommy Richards Spiritually Smart (IAMConfirmed)** @tlthe5th · Aug 4
Replying to @tlthe5th
They hide stories of Roman Catholic priests raping little boys but amplify Epstein fiction nonstop.

12:45 PM · Aug 4, 2025 · **115** Views

## Relevant people

**Tommy Richards Sp…**
@tlthe5th  Follows you    [Following]

#SpirituallySmartArt #OvertPysops
Contact tlthe5th@pm.me New Free Book @ Tlthe5th.com Other sites: LwrBot.AI Youtube.com/tlthe5th Facebook.com/SpirituallySma…

## What's happening

Guardians at Mets
LIVE

**Jurassic World Rebirth**
Own or Rent Today
Promoted by Jurassic World

Entertainment · Trending
**Howard Stern**
Trending with Sirius
13.6K posts

Politics · Trending
**mRNA**
49.8K posts

Sports · Trending
**#HardKnocks**