UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS RICHARDS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-0916-X |
| | § | |
| X CORP. and DONALD J. TRUMP, Individually, | § | |
| | § | |
| *Defendants*. | § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Plaintiff Thomas Richards's motion asking the Court to reconsider its order denying Richards's request for a temporary restraining order (Doc. 77). Motions for reconsideration serve "to correct manifest errors of law or fact or to present newly discovered evidence."[1] They are not a vehicle for relitigating issues already resolved or for raising arguments that could have been presented earlier.[2]

Richards presents no new facts that were unavailable to him at the time of his repeated requests for temporary restraining orders. And "[i]t is well settled that motions for reconsideration should not be used . . . to re-urge matters that have already been advanced by a party."[3] His main argument hinges on the idea that the Court ceases work at 5:00 PM. Richards filed his second reply in support of his

---

[1] *Templet v. HydroChem Inc.*, 367 F.3d 473, 479 (5th Cir. 2004) (cleaned up).

[2] *Simon v. United States*, 891 F.2d 1154, 1159 (5th Cir. 1990).

[3] *Helena Labs. Corp. v. Alpha Sci. Corp.*, 483 F. Supp. 2d 538, 539 (E.D. La. 2007) (citing *Browning v. Navarro*, 894 F.2d 99, 100 (5th Cir. 1990)).

1

request for a temporary restraining order at 8:45 PM on August 5, 2025, and the Court's order, dated August 5, 2025, was docketed around noon on August 6, 2025. Richards insists this means the Court did not properly consider his second reply but had its outcome predetermined.

While the Court appreciates Richards's vision of confining the workday to an agreeable nine-to-five schedule, that is not the reality for the hard workers of the Northern District of Texas. Just as Richards himself filed his reply in the evening, so the Court was hard at work in the waning hours of the day[4]—hence the order's next-day docket entry. And regardless, Richards is not entitled to multiple reply briefs.[5]

Therefore, the Court **DENIES** Richards's motion for reconsideration.

**IT IS SO ORDERED** this 13th day of August, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[4] After all, "a little sleep, a little slumber, a little folding of the hands to rest, and poverty will come upon you like a robber, and want like an armed man." Proverbs 6:10–11.

[5] *See.* Local Rule 7.1(f) ("Unless otherwise directed by the presiding judge, a party who has filed an opposed motion may file *a reply brief* within 14 days from the date the response is filed." (emphasis added)).

2