IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THOMAS RICHARDS,<br><br>   Plaintiff,<br><br>v.<br><br>X CORP. and<br>DONALD J. TRUMP, Individually,<br><br>   Defendants. | Civil Action No. 3:25-cv-00916-X |

**[PROPOSED] ORDER GRANTING DEFENDANT X CORP.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES**

  Pending before the Court is Defendant X Corp.'s Motion to Dismiss Plaintiff's Amended Complaint For Injunctive Relief and Damages. Having considered X Corp.'s Motion, any other submissions, the applicable law, and the arguments of counsel, if any, the Court determines that X Corp.'s Motion should be GRANTED. Accordingly, the Court hereby

  ORDERS that Defendant X Corp.'s Motion to Dismiss Plaintiff's Amended Complaint for Injunctive Relief and Damages is GRANTED and the above-captioned case as to X Corp. is hereby DISMISSED with prejudice.

  SIGNED this ___ day of _____, 2025.

                 _____
                 UNITED STATES DISTRICT JUDGE