Help Center > Following and unfollowing > Following FAQs

# Following FAQs

**What is following?**

Following someone on Twitter means:

- You are subscribing to their Tweets as a follower

- Their updates will appear in your Home timeline

- That person is able to send you Direct Messages

**What are followers?**

Followers are people who receive your Tweets. If someone follows you:

- They'll show up in your followers list

- They'll see your Tweets in their Home timeline whenever they log in to Twitter

- You can start a private conversation with them