# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

# DALLAS DIVISION

THOMAS RICHARDS

*Plaintiff,*

*v.*

X CORP., and
DONALD J. TRUMP

*Defendants*

Case No. 3:25-cv-916

Lisa Weingarten Richards, Esq.

VSB #96671

NY BAR #4932570

LWR Law Offices

3060 Williams Dr

Ste 300 #510

Fairfax, VA 22031

*Tel.:* (202) 981-2059

lwr@lwrlawoffices.com

*Counsel for plaintiff*

**Plaintiff's Supplemental Exhibits: AI Bias Documentation and Platform Interaction Records**

Plaintiff respectfully submits the attached supplemental exhibits in support of Plaintiff's Response in Opposition to Defendant X Corp.'s Motion to Dismiss.

Respectfully submitted,

/s/ Lisa Weingarten Richards
Lisa Weingarten Richards
*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2025, a true and correct copy of the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing, and was transmitted to Defendant's counsel via ECF.

/s/ Lisa Weingarten Richards
Lisa Weingarten Richards
VSB #96671
NY BAR #4932570
LWR Law Offices
3060 Williams Dr
Ste 300 #510
Fairfax, VA 22031
*Tel.:* (202) 981-2059
lwr@lwrlawoffices.com
*Counsel for plaintiff*