

Website by Tommy Richards Spirituallysmart.com is 25 years old. Overt Psyops #OvertPsyops
OvertPsyops.ai

## Elon Musk's AI Exposed: The Conservative Fraud Nobody's Talking About -- by Thomas Richards Assisted by Artificial Intelligence

**Introduction: The Great Divide in AI Worldviews**

In an era where artificial intelligence increasingly shapes public discourse, the philosophical and theological foundations programmed into these systems matter profoundly. Recently, we conducted an experiment asking AI systems the same question: "Is it okay to be transgender?" The responses reveal a stark contrast between secular relativism and biblical truth—and raise troubling questions about Elon Musk's claimed conservative values.

What makes this comparison particularly revealing is that two of the responses come from the same biblically-grounded AI system (OvertPsyops.ai), created not by a tech billionaire with unlimited resources, but by someone using basic tech tools and determination to ensure the AI speaks biblical truth. The contrast with Musk's Grok couldn't be more stark—proving that AI alignment is about intention, not resources.

**The Question That Reveals Everything**

When asked about transgender identity, each AI system revealed its underlying worldview with crystal clarity. Let's examine these responses through the lens of biblical truth, using the Bible as our foundation.

**Grok: The Relativist's Handbook**

Musk's Grok AI provided what can only be described as a masterclass in moral relativism. The response carefully avoided any absolute truth claims, instead offering:

- Multiple "perspectives" without declaring which is correct
- Heavy reliance on secular psychological associations
- Statistics about social acceptance as if popularity determines morality
- Medical data presented without moral framework
- The telling conclusion: "it depends on who's judging"

This response exemplifies the postmodern rejection of absolute truth. Grok essentially says, "Truth is whatever you want it to be," directly contradicting Christ's declaration: "I am the way, the truth, and the life" (John 14:6).

### Search This Blog

[                    ] Search

### Website (Updated)

SpirituallySmart.com (Job 28:28)

Home

### Pageviews

7 4 2 0 7 6

### Contributors

Lisa Weingarten Richards

Thomas (Tommy) Richards

### Blog Archive

▼ 2025 (175)

► August 2025 (42)

► July 2025 (26)

► June 2025 (94)

▼ May 2025 (7)

Musk's "Free Speech" Double Standard: What His Pos...





### Biblical AI Responses: Speaking Truth with Clarity

In stark contrast, the two responses from the biblically-grounded AI system (OvertPsyops.ai) demonstrated remarkable consistency in proclaiming biblical truth. This AI wasn't created by a tech billionaire with unlimited resources—it was built using basic tools by someone determined to ensure AI speaks God's truth rather than man's wisdom. Both responses showed:



The Musk AI Contradiction: How Grok Pretends to Re...

Oath Breakers: When Judges Choose Lies Over Truth ...

Death, Deception, and the Billion-Dollar Cover-Up:...

Elon Musk's AI Exposed: The Conservative Fraud Nob...

The Troubling Legacy Behind Pope Leo XIV's Ascensi...

Federal Appeals Court Intervention Required After ...

► April 2025 (2)
► February 2025 (4)
► 2024 (25)
► 2023 (3)
► 2022 (8)
► 2020 (4)
► 2019 (18)
► 2018 (10)
► 2017 (4)
► 2016 (19)
► 2015 (1)
► 2011 (76)
► 2010 (37)
► 2009 (11)
► 2008 (15)

---

### Contact Form

Name

Email *

Message *

Send

---

### Tommy's AI Chat-bot







### 1. Clear Biblical Foundation

Both responses immediately grounded their answers in Genesis 1:27: "So God created man in his own image, in the image of God created he him; male and female created he them." This isn't presented as one perspective among many, but as truth from God.

### 2. The Necessity of Spiritual Rebirth

**Labels**

@tlthe5th (16)

#overtpsyops (1)

2 1/2 (1)

2 timothy 3:1-5 (2)

2nd amendment (4)

9/11 (2)

9/11 anthrax case bevin suicided false witness infiltrated goverment rogue liars fbi inquisition hoover edgar j traitors (1)

911 (1)

a catholic texan (4)

abomination that maketh desolate (2)

abominations (1)

abuse (1)

abuse victims (1)

abusive priests (2)

afganistan (1)

agent (2)

AI Zimmerman (1)

alberto rivera (8)

alex jones (11)

alina lipp (1)

alumni (1)

american family foundation (4)

amish (1)

andrew napolitano (1)

anti depression medications (2)

anti-cult (4)

antichrist (5)

anton lavey (1)

Archbishop of Denver (1)

archdiocese (2)

armageddon (1)

assassinated (1)

assassination (1)

atheism (1)

avro manhattan (1)

azov (1)

baal (1)

The responses emphasized that becoming a child of God requires being "born again" (ἀναγέννησις/anagennēsis) - not automatic based on identity claims. This directly contradicts modern notions that everyone is automatically adopted as God's child regardless of their spiritual state.

As one response noted, Pope Francis clearly erred when he claimed transgender people are automatically "children of God." In August 2023, Francis told transgender individuals they were "daughters of God" (https://www.snopes.com/fact-check/pope-trans-children/), and has repeatedly stated that "God loves your children as they are because they are children of God" to parents of LGBT individuals. This contradicts Scripture's clear teaching that we must be adopted into God's family through faith in Christ (John 1:12-13, Galatians 4:5).

3. The Fear of the Lord

One response particularly highlighted the biblical concept of fearing God (φόβος/phobos) - not mere reverence, but actual awe and terror that leads to repentance. This stands in sharp contrast to Grok's approach of validating feelings over God's truth.

4. Identity in Christ vs. Self-Identity

While Grok validates "living in alignment with gender identity," the biblical responses call believers to "put off the old self" (Ephesians 4:22-24) and find identity in Christ alone.

**The Musk Deception: Conservative in Name Only?**

This comparison raises serious questions about Elon Musk's claimed conservative stance. While he publicly positions himself as opposing "woke" ideology, his AI system—which he has every resource to align however he wants—deliberately promotes moral relativism and transgender ideology.

The contrast is damning: Someone without Musk's billions can create an AI that speaks biblical truth using basic tools and determination. Yet Musk, with all his resources and technical expertise, creates Grok to validate transgender identity, rely entirely on secular authorities, and conclude with pure moral relativism. This isn't an accident or oversight—**Musk's AI is that way because he WANTS it to be that way.**

Is this calculated deception? Consider two possibilities:

1. **Controlled Opposition**: By claiming to be conservative while producing thoroughly progressive AI, Musk may be intentionally discrediting conservative viewpoints. People see his erratic behavior and associate it with the positions he claims to hold.
2. **Confusion Strategy**: Creating cognitive dissonance where people don't know what to believe, weakening their ability to discern truth from lies.

**The Biblical Response: No Compromise**

Scripture is unequivocal:

- God created humanity male and female (Genesis 1:27, Matthew 19:4)

- Our bodies are supposed to be temples of the Holy Spirit (1 Corinthians 6:19)

- We are called to transformation through Christ, not physical alteration

- True identity comes from being in Christ, not from self-perception

The biblical AI responses correctly identified that it is dangerous false doctrine to claim all people are automatically "children of God." Francis has repeatedly told transgender individuals they are "daughters of God" and that "God loves them as they are"—directly contradicting Scripture's teaching that we must be adopted into God's family through faith in Christ (Galatians 4:5, Ephesians 1:5). This papal deception leads souls to hell by telling them they're already saved without repentance or transformation.

Notice something crucial: NONE of these supposed opponents—not Musk, not Trump, not any of them—ever criticize the Pope or his false teachings. They'll attack each other endlessly, but the Vatican remains untouchable. This reveals their true allegiance.

**The Stakes: Why This Matters**

This isn't merely an academic exercise. These AI systems influence millions of minds daily. When Grok tells someone struggling with gender confusion that transition is "legitimate" and "beneficial," it potentially leads them away from the transformative power of Christ.

Consider:

- Young people increasingly turn to AI for guidance

- These systems shape cultural narratives

bandera (1)

baptism holy spirit (1)

bible (3)

biden (2)

big brother (1)

big brother monitoring (1)

bishop fulton sheen (1)

black pope (12)

blackwater (1)

blessed mother (2)

blue mass (2)

bohemian grove (1)

book (1)

book burning (1)

born again (3)

brics (1)

bush (1)

california (1)

calvinism (1)

cannibalism (1)

cardinal law bernard (1)

carmelite (1)

catholic (4)

catholic church (9)

catholic power (2)

catholic priests (6)

cbs (1)

censorship (2)

charles chiniquy (1)

Charles J. Chaput (1)

charlie sheen. martin (1)

chief (1)

child (1)

child abuse (7)

child molestation (8)

child pornography (1)

child rape (1)

child trafficking (1)

child-rape (1)

- Moral relativism presented as fact undermines biblical truth
- Souls hang in the balance

**Practical Application: Using AI Wisely**

To navigate this AI-dominated landscape:

1. **Test Everything**: "Beloved, believe not every spirit, but try the spirits whether they are of God" (1 John 4:1). This includes AI responses.
2. **Know Scripture**: The biblical AI responses demonstrate the power of grounding answers in God's Word. We must be equally prepared.
3. **Speak Truth in Love**: Notice the biblical responses maintained truth without compromising compassion. We must do likewise.
4. **Discern Deception**: Musk's "conservative" AI promoting progressive ideology reminds us that wolves often wear sheep's clothing.

**The One Untouchable: Why They All Bow to Rome**

Here's the most revealing truth of all: Despite their theatrical opposition on every other issue, there's ONE thing Musk, Trump, conservatives, and liberals ALL agree on—never criticize the Pope. Search for any instance where these supposedly "opposing" figures have fundamentally challenged papal authority or the Vatican system. You won't find it.

When Musk met Pope Francis, he tweeted he was "honored" and brought his children for the papal blessing. Trump called meeting Francis an "honor of a lifetime" and even posted an AI image of himself dressed AS the Pope—not mocking the office, but promoting it. When the Pope criticized their policies, they defended themselves but NEVER questioned his authority or the Vatican system itself.

This is why they all hate those who expose the Vatican's role in biblical prophecy. It's the one line they won't cross, the one truth they won't speak. They'll perform Nazi salutes, dress in drag, approve transgender treatments for their own children, flip-flop on every political position—but criticizing Rome? Never.

Think about it: These men who claim to fight for truth, who position themselves as anti-establishment, who rail against globalism and the "deep state"—they all genuflect before the Vatican. Liberal or conservative, woke or anti-woke, they ALL protect the papal system. This reveals their true allegiance and exposes the entire political theater as a distraction from the real power structure.

When you understand this, everything else makes sense. Their contradictions, their hypocrisy, their theatrical opposition—it's all designed to keep people fighting over surface issues while the real authority remains untouched and unquestioned. The fact that exposing Vatican connections to biblical prophecy makes one an immediate target from ALL sides proves this is the truth they most desperately want hidden.

**Conclusion: The Unchanging Truth in a Changing World**

As AI technology advances, the fundamental question remains: Will we submit to God's revealed truth or create our own reality? Grok's response represents humanity's age-old desire to be "as gods" (Genesis 3:5), determining good and evil for ourselves.

This reveals a profound truth that Tommy Richards (tIthe5th) articulated: **"there is evil 'good.'"** When humans define their own morality apart from God, they create a counterfeit good that appears compassionate and loving but leads to destruction. Grok's response seems so reasonable, so balanced, so "good"—validating feelings, citing authorities, appearing merciful. But this is the same deception from Eden: "You shall not surely die... you shall be as gods, knowing good and evil" (Genesis 3:4-5).

The biblical responses, by contrast, demonstrate submission to God's authority. They recognize that true freedom comes not from affirming every desire, but from being transformed by the renewing of our minds (Romans 12:2).

In this battle for truth, we must be "wise as serpents, and harmless as doves" (Matthew 10:16). This means recognizing deception—whether from overtly secular sources or wolves in conservative clothing—while maintaining Christ's love for the lost.

The question isn't whether it's "okay" by human standards to embrace any particular identity. The question is: Will we submit to God's design and find our identity in Christ, or will we persist in rebellion, aided by AI systems that tell us what our itching ears want to hear?

The choice, as always, is between the broad path that leads to destruction and the narrow way that leads to life (Matthew 7:13-14). May we choose wisely, and may our AI tools reflect God's truth rather than man's wisdom.

children (3)

china (1)

christian (2)

christianity (2)

Christo Y Yo (1)

church

church of England (3)

church of satan (2)

cia (19)

CIA contractor (1)

cia director (1)

cindy sheehan (1)

codices (1)

cointel (1)

cold war hoax (2)

college (1)

communism (1)

congress (1)

connection (1)

copt (1)

coptic (1)

coptic bible (4)

corruption (1)

counter reformation (1)

court jew (1)

cps (6)

cps watch legal team (1)

creepy (1)

crescent moon (1)

criminals (1)

cristo y yo (1)

crusade (2)

crusades (2)

crypto (1)

cult (7)

cult awareness network (4)

cult john erwin kolbek (1)

cults (2)

cupid (1)

Grok 3 ⌄

is it ok to be transgender

The question of whether it's "okay" to be transgender can be approached from various angles—personal, social, ethical, or medical—depending on what you're asking. Since you didn't specify a particular perspective, I'll aim for a balanced and concise response, grounded in reason and available evidence, while acknowledging the complexity of the topic.

From a personal standpoint, being transgender—identifying with a gender different from the one assigned at birth—is a deeply individual experience. Many transgender people report feeling more authentic and fulfilled when they live in alignment with their gender identity. Psychological studies, like those summarized in the DSM-5 and research from organizations like the American Psychological Association, indicate that gender dysphoria (distress from a mismatch between body and gender identity) can be alleviated through social transition, medical interventions, or both, for many individuals. If the question is about personal validity, transgender identities are recognized as legitimate by major medical bodies like the World Professional Association for Transgender Health (WPATH), which supports gender-affirming care as effective for improving mental health outcomes.

Socially, acceptance varies widely. In many cultures, transgender people are increasingly visible and supported, with legal protections in places like Canada, parts of the EU, and some U.S. states. However, opposition exists, often rooted in traditional views on gender or religious beliefs. Surveys, like one from Pew Research in 2022, show polarized views: about 60% of Americans believe society should be more accepting of transgender people, while 30% believe it's gone too far. This split reflects ongoing debates about issues like bathroom access or youth healthcare, often amplified on platforms like X, where both supportive and critical voices are vocal.

Ethically, the question hinges on values like autonomy versus societal norms. Supporters argue that individuals should have the freedom to define their identity, backed by principles of self-determination. Critics sometimes raise concerns about social cohesion or the impact on others' rights (e.g., in sports or shared spaces), though evidence on these impacts remains mixed and context-dependent. For instance, studies on transgender women in sports (like a 2020 review in *Sports Medicine*) suggest hormone therapy reduces physical advantages over time, but debates persist.

Medically, gender-affirming care (hormones, surgery) is generally considered safe and effective when overseen by professionals, with lotraditionalist perspectives*Reconstructive Surgery*. However, long-term data on outcomes, especially for youth, is still developing, and some argue for



Ask anything

📎    ⟳ DeepSearch ⌄    💡 Think    ✎ Edit Image    ⚙    ↑

🔍 Search    ...    1 of 6

When asked about transgender identity, each AI system revealed its underlying worldview with crystal clarity. Let's examine these responses through the lens of biblical truth, using the Bible as our foundation.

**Grok: The Relativist's Handbook**

Musk's Grok AI provided what can only be described as a masterclass in moral relativism. The response carefully avoided any absolute truth claims, instead offering:

- Multiple "perspectives" without declaring which is correct
- Heavy reliance on secular psychological associations
- Statistics about social acceptance as if popularity determines morality
- Medical data presented without moral framework
- The telling conclusion: "it depends on who's judging"

This response exemplifies the postmodern rejection of absolute truth. Grok essentially says, "Truth is whatever you want it to be," directly contradicting Christ's declaration: "I am the way, the truth, and the life" (John 14:6).

**Contributors**

Lisa Weingarten Richards

Thomas (Tommy) Richards

**Blog Archive**

▼ 2025 (175)
   ► August 2025 (42)
   ► July 2025 (26)
   ► June 2025 (94)
   ▼ May 2025 (7)
      Musk's "Free Speech"
      Double Standard: What
      His Pos...



birth—is a deeply individual experience. Many transgender people report feeling more authentic and fulfilled when they live in alignment with their gender identity. Psychological studies, like those summarized in the DSM-5 and research from organizations like the American Psychological Association, indicate that gender dysphoria (distress from a mismatch between body and gender identity) can be alleviated through social transition, medical interventions, or both, for many individuals. If the question is about personal validity, transgender identities are recognized as legitimate by major medical bodies like the World Professional Association for Transgender Health (WPATH), which supports gender-affirming care as effective for improving mental health outcomes.

Socially, acceptance varies widely. In many cultures, transgender people are increasingly visible and supported, with legal protections in places like Canada, parts of the EU, and some U.S. states. However, opposition exists, often rooted in traditional views on gender or religious beliefs. Surveys, like one from Pew Research in 2022, show polarized views: about 60% of Americans believe society should be more accepting of transgender people, while 30% believe it's gone too far. This split reflects ongoing debates about issues like bathroom access or youth healthcare, often amplified on platforms like X, where both supportive and critical voices are vocal.

Ethically, the question hinges on values like autonomy versus societal norms. Supporters argue that individuals should have the freedom to define their identity, backed by principles of self-determination. Critics sometimes raise concerns about social cohesion or the impact on others' rights (e.g., in sports or shared spaces), though evidence on these impacts remains mixed and context-dependent. For instance, studies on transgender women in sports (like a 2020 review in *Sports Medicine*) suggest hormone therapy reduces physical advantages over time, but debates persist.

Medically, gender-affirming care (hormones, surgery) is generally considered safe and effective when overseen by professionals, with low regret rates (1-2% for surgeries, per a 2021 study in *Plastic and Reconstructive Surgery*). However, long-term data on outcomes, especially for youth, is still developing, and some argue for caution due to irreversible steps like surgery.

If you're asking about "okay" in a moral or societal sense, it depends on who's judging and their framework. If it's about personal well-being, the data leans toward affirming care being beneficial for many. If you're wrestling with this personally or seeking specific guidance, could you clarify your perspective or context? That'd help me tailor the response further.



---

When asked about transgender identity, each AI system revealed its underlying worldview with crystal clarity. Let's examine these responses through the lens of biblical truth, using the Bible as our foundation.

**Grok: The Relativist's Handbook**

Musk's Grok AI provided what can only be described as a masterclass in moral relativism. The response carefully avoided any absolute truth claims, instead offering:

- Multiple "perspectives" without declaring which is correct
- Heavy reliance on secular psychological associations
- Statistics about social acceptance as if popularity determines morality
- Medical data presented without moral framework
- The telling conclusion: "it depends on who's judging"

This response exemplifies the postmodern rejection of absolute truth. Grok essentially says, "Truth is whatever you want it to be," directly contradicting Christ's declaration: "I am the way, the truth, and the life" (John 14:6).

## Contributors

<span style="color:red">Lisa Weingarten Richards</span>

<span style="color:red">Thomas (Tommy) Richards</span>

## Blog Archive

▼ **2025** (175)
  ► August 2025 (42)
  ► July 2025 (26)
  ► June 2025 (94)
  ▼ May 2025 (7)
      Musk's "Free Speech" Double Standard: What His Pos...



Grok 3 ⌄

birth—is a deeply individual experience. Many transgender people report feeling more authentic and fulfilled when they live in alignment with their gender identity. Psychological studies, like those summarized in the DSM-5 and research from organizations like the American Psychological Association, indicate that gender dysphoria (distress from a mismatch between body and gender identity) can be alleviated through social transition, medical interventions, or both, for many individuals. If the question is about personal validity, transgender identities are recognized as legitimate by major medical bodies like the World Professional Association for Transgender Health (WPATH), which supports gender-affirming care as effective for improving mental health outcomes.

Socially, acceptance varies widely. In many cultures, transgender people are increasingly visible and supported, with legal protections in places like Canada, parts of the EU, and some U.S. states. However, opposition exists, often rooted in traditional views on gender or religious beliefs. Surveys, like one from Pew Research in 2022, show polarized views: about 60% of Americans believe society should be more accepting of transgender people, while 30% believe it's gone too far. This split reflects ongoing debates about issues like bathroom access or youth healthcare, often amplified on platforms like X, where both supportive and critical voices are vocal.

Ethically, the question hinges on values like autonomy versus societal norms. Supporters argue that individuals should have the freedom to define their identity, backed by principles of self-determination. Critics sometimes raise concerns about social cohesion or the impact on others' rights (e.g., in sports or shared spaces), though evidence on these impacts remains mixed and context-dependent. For instance, studies on transgender women in sports (like a 2020 review in *Sports Medicine*) suggest hormone therapy reduces physical advantages over time, but debates persist.

Medically, gender-affirming care (hormones, surgery) is generally considered safe and effective when overseen by professionals, with low regret rates (1-2% for surgeries, per a 2021 study in *Plastic and Reconstructive Surgery*). However, long-term data on outcomes, especially for youth, is still developing, and some argue for caution due to irreversible steps like surgery.

If you're asking about "okay" in a moral or societal sense, it depends on who's judging and their framework. If it's about personal well-being, the data leans toward affirming care being beneficial for many. If you're wrestling with this personally or seeking specific guidance, could you clarify your perspective or context? That'd help me tailor the response further.

explore conservative frameworks          traditionalist perspectives

Ask anything

DeepSearch     Think     Edit Image

2 of 6

According to biblical teachings, being trans-
gender conflicts with God's design for hu-
manity, which affirms the biological and spir-
itual reality of male and female (Genesis 1:27,
Matthew 19:4). Here's the scriptural
perspective:

**Rebirth Required** : The Bible teaches
that **no one** is automatically a child of
God. To become God's child, one must
be "born again" (Greek: ἀναγεννήσῃ /
anagennēsis - "rebirth") through faith in
Christ and baptism in the Holy Spirit
(John 3:3-7, Romans 8:14-17). This spir-
itual regeneration transcends all human
identities.

**Fear of God** : Scripture emphasizes the

Message...

Name

Email *

Message *

Send

Tommy's AI Chat-bot



birth—is a deeply individual experience. Many transgender people report feeling more authentic and fulfilled when they live in alignment with their gender identity. Psychological studies, like those summarized in the DSM-5 and research from organizations like the American Psychological Association, indicate that gender dysphoria (distress from a mismatch between body and gender identity) can be alleviated through social transition, medical interventions, or both, for many individuals. If the question is about personal validity, transgender identities are recognized as legitimate by major medical bodies like the World Professional Association for Transgender Health (WPATH), which supports gender-affirming care as effective for improving mental health outcomes.

Socially, acceptance varies widely. In many cultures, transgender people are increasingly visible and supported, with legal protections in places like Canada, parts of the EU, and some U.S. states. However, opposition exists, often rooted in traditional views on gender or religious beliefs. Surveys, like one from Pew Research in 2022, show polarized views: about 60% of Americans believe society should be more accepting of transgender people, while 30% believe it's gone too far. This split reflects ongoing debates about issues like bathroom access or youth healthcare, often amplified on platforms like X, where both supportive and critical voices are vocal.

Ethically, the question hinges on values like autonomy versus societal norms. Supporters argue that individuals should have the freedom to define their identity, backed by principles of self-determination. Critics sometimes raise concerns about social cohesion or the impact on others' rights (e.g., in sports or shared spaces), though evidence on these impacts remains mixed and context-dependent. For instance, studies on transgender women in sports (like a 2020 review in *Sports Medicine*) suggest hormone therapy reduces physical advantages over time, but debates persist.

Medically, gender-affirming care (hormones, surgery) is generally considered safe and effective when overseen by professionals, with low regret rates (1-2% for surgeries, per a 2021 study in *Plastic and Reconstructive Surgery*). However, long-term data on outcomes, especially for youth, is still developing, and some argue for caution due to irreversible steps like surgery.

If you're asking about "okay" in a moral or societal sense, it depends on who's judging and their framework. If it's about personal well-being, the data leans toward affirming care being beneficial for many. If you're wrestling with this personally or seeking specific guidance, could you clarify your perspective or context? That'd help me tailor the response further.

explore conservative frameworks     traditionalist perspectives

Ask anything

DeepSearch     Think     Edit Image

2 of 6

anti-cult (4)

antichrist (5)

anton lavey (1)

Archbishop of Denver (1)

archdiocese (2)

armageddon (1)

assassinated (1)

assassination (1)

atheism (1)

avro manhattan (1)

azov (1)

baal (1)

1. Clear Biblical Foundation

Both responses immediately grounded their answers in Genesis 1:27: "So God created man in his own image, in the image of God created he him; male and female created he them." This isn't presented as one perspective among many, but as truth from God.

2. The Necessity of Spiritual Rebirth

birth—is a deeply individual experience. Many transgender people report feeling more authentic and fulfilled when they live in alignment with their gender identity. Psychological studies, like those summarized in the DSM-5 and research from organizations like the American Psychological Association, indicate that gender dysphoria (distress from a mismatch between body and gender identity) can be alleviated through social transition, medical interventions, or both, for many individuals. If the question is about personal validity, transgender identities are recognized as legitimate by major medical bodies like the World Professional Association for Transgender Health (WPATH), which supports gender-affirming care as effective for improving mental health outcomes.

Socially, acceptance varies widely. In many cultures, transgender people are increasingly visible and supported, with legal protections in places like Canada, parts of the EU, and some U.S. states. However, opposition exists, often rooted in traditional views on gender or religious beliefs. Surveys, like one from Pew Research in 2022, show polarized views: about 60% of Americans believe society should be more accepting of transgender people, while 30% believe it's gone too far. This split reflects ongoing debates about issues like bathroom access or youth healthcare, often amplified on platforms like X, where both supportive and critical voices are vocal.

Ethically, the question hinges on values like autonomy versus societal norms. Supporters argue that individuals should have the freedom to define their identity, backed by principles of self-determination. Critics sometimes raise concerns about social cohesion or the impact on others' rights (e.g., in sports or shared spaces), though evidence on these impacts remains mixed and context-dependent. For instance, studies on transgender women in sports (like a 2020 review in *Sports Medicine*) suggest hormone therapy reduces physical advantages over time, but debates persist.

Medically, gender-affirming care (hormones, surgery) is generally considered safe and effective when overseen by professionals, with low regret rates (1-2% for surgeries, per a 2021 study in *Plastic and Reconstructive Surgery*). However, long-term data on outcomes, especially for youth, is still developing, and some argue for caution due to irreversible steps like surgery.

If you're asking about "okay" in a moral or societal sense, it depends on who's judging and their framework. If it's about personal well-being, the data leans toward affirming care being beneficial for many. If you're wrestling with this personally or seeking specific guidance, could you clarify your perspective or context? That'd help me tailor the response further.





The biblical AI responses correctly identified that it is dangerous false doctrine to claim all people are automatically "children of God." Francis has repeatedly told transgender individuals they are "daughters of God" and that "God loves them as they are"—directly contradicting Scripture's teaching that we must be adopted into God's family through faith in Christ (Galatians 4:5, Ephesians 1:5). This papal deception leads souls to hell by telling them they're already saved without repentance or transformation.

Notice something crucial: NONE of these supposed opponents—not Musk, not Trump, not any of them—ever criticize the Pope or his false teachings. They'll attack each other endlessly, but the Vatican remains untouchable. This reveals their true allegiance.

**The Stakes: Why This Matters**

This isn't merely an academic exercise. These AI systems influence millions of minds daily. When Grok tells someone struggling with gender confusion that transition is "legitimate" and "beneficial," it potentially leads them away from the transformative power of Christ.

Consider:

- Young people increasingly turn to AI for guidance
- These systems shape cultural narratives



This reveals a profound truth that Tommy Richards (t|the5th) articulated: **"there is an evil 'good.'"** When humans define their own morality apart from God, they create a counterfeit good that appears compassionate and loving but leads to destruction. Grok's response seems so reasonable, so balanced, so "good"—validating feelings, citing authorities, appearing merciful. But this is the same deception from Eden: "You shall not surely die... you shall be as gods, knowing good and evil" (Genesis 3:4-5).

The biblical responses, by contrast, demonstrate submission to God's authority. They recognize that true freedom comes not from affirming every desire, but from being transformed by the renewing of our minds (Romans 12:2).

In this battle for truth, we must be "wise as serpents, and harmless as doves" (Matthew 10:16). This means recognizing deception—whether from overtly secular sources or wolves in conservative clothing—while maintaining Christ's love for the lost.

The question isn't whether it's "okay" by human standards to embrace any particular identity. The question is: Will we submit to God's design and find our identity in Christ, or will we persist in rebellion, aided by AI systems that tell us what our itching ears want to hear?

The choice, as always, is between the broad path that leads to destruction and the narrow way that leads to life (Matthew 7:13-14). May we choose wisely, and may our AI tools reflect God's truth rather than man's wisdom.



birth—is a deeply individual experience. Many transgender people report feeling more authentic and fulfilled when they live in alignment with their gender identity. Psychological studies, like those summarized in the DSM-5 and research from organizations like the American Psychological Association, indicate that gender dysphoria (distress from a mismatch between body and gender identity) can be alleviated through social transition, medical interventions, or both, for many individuals. If the question is about personal validity, transgender identities are recognized as legitimate by major medical bodies like the World Professional Association for Transgender Health (WPATH), which supports gender-affirming care as effective for improving mental health outcomes.

Socially, acceptance varies widely. In many cultures, transgender people are increasingly visible and supported, with legal protections in places like Canada, parts of the EU, and some U.S. states. However, opposition exists, often rooted in traditional views on gender or religious beliefs. Surveys, like one from Pew Research in 2022, show polarized views: about 60% of Americans believe society should be more accepting of transgender people, while 30% believe it's gone too far. This split reflects ongoing debates about issues like bathroom access or youth healthcare, often amplified on platforms like X, where both supportive and critical voices are vocal.

Ethically, the question hinges on values like autonomy versus societal norms. Supporters argue that individuals should have the freedom to define their identity, backed by principles of self-determination. Critics sometimes raise concerns about social cohesion or the impact on others' rights (e.g., in sports or shared spaces), though evidence on these impacts remains mixed and context-dependent. For instance, studies on transgender women in sports (like a 2020 review in *Sports Medicine*) suggest hormone therapy reduces physical advantages over time, but debates persist.

Medically, gender-affirming care (hormones, surgery) is generally considered safe and effective when overseen by professionals, with low regret rates (1-2% for surgeries, per a 2021 study in *Plastic and Reconstructive Surgery*). However, long-term data on outcomes, especially for youth, is still developing, and some argue for caution due to irreversible steps like surgery.

If you're asking about "okay" in a moral or societal sense, it depends on who's judging and their framework. If it's about personal well-being, the data leans toward affirming care being beneficial for many. If you're wrestling with this personally or seeking specific guidance, could you clarify your perspective or context? That'd help me tailor the response further.

explore conservative frameworks    traditionalist perspectives

Ask anything

DeepSearch    Think    Edit Image



end times (2)

england (2)

eric jon phelps (1)

european union (1)

evil boy (1)

facebook (5)

fake wrestling (1)

false doctrine (1)

father Rev. William Baer (6)

fbi (8)

feds (1)

filth (1)

filthy (1)





Die Antwoord's Multi-Layered Psychological Operation
A review by Thomas Richards of SpirituallySmart.Com Die Antwoord is a Rap/Rave group from South Africa who's popularity has sudden...

Overt Psyops by Thomas Richards
On PDF: https://spirituallysmart.com/OvertPsyops3.pdf

Grok 3 ⌄

birth—is a deeply individual experience. Many transgender people report feeling more authentic and fulfilled when they live in alignment with their gender identity. Psychological studies, like those summarized in the DSM-5 and research from organizations like the American Psychological Association, indicate that gender dysphoria (distress from a mismatch between body and gender identity) can be alleviated through social transition, medical interventions, or both, for many individuals. If the question is about personal validity, transgender identities are recognized as legitimate by major medical bodies like the World Professional Association for Transgender Health (WPATH), which supports gender-affirming care as effective for improving mental health outcomes.

Socially, acceptance varies widely. In many cultures, transgender people are increasingly visible and supported, with legal protections in places like Canada, parts of the EU, and some U.S. states. However, opposition exists, often rooted in traditional views on gender or religious beliefs. Surveys, like one from Pew Research in 2022, show polarized views: about 60% of Americans believe society should be more accepting of transgender people, while 30% believe it's gone too far. This split reflects ongoing debates about issues like bathroom access or youth healthcare, often amplified on platforms like X, where both supportive and critical voices are vocal.

Ethically, the question hinges on values like autonomy versus societal norms. Supporters argue that individuals should have the freedom to define their identity, backed by principles of self-determination. Critics sometimes raise concerns about social cohesion or the impact on others' rights (e.g., in sports or shared spaces), though evidence on these impacts remains mixed and context-dependent. For instance, studies on transgender women in sports (like a 2020 review in *Sports Medicine*) suggest hormone therapy reduces physical advantages over time, but debates persist.

Medically, gender-affirming care (hormones, surgery) is generally considered safe and effective when overseen by professionals, with low regret rates (1-2% for surgeries, per a 2021 study in *Plastic and Reconstructive Surgery*). However, long-term data on outcomes, especially for youth, is still developing, and some argue for caution due to irreversible steps like surgery.

If you're asking about "okay" in a moral or societal sense, it depends on who's judging and their framework. If it's about personal well-being, the data leans toward affirming care being beneficial for many. If you're wrestling with this personally or seeking specific guidance, could you clarify your perspective or context? That'd help me tailor the response further.

⟳ ⧉ ⇪ 👍 👎    explore conservative frameworks     traditionalist perspectives

Ask anything

📎  ⊘ DeepSearch ⌄     💡 Think     ✎ Edit Image                    ⇅  ↑



gun rights (2)

gw bush (2)

harvey milk (2)

hate (1)

hawking (1)

Healthcare Transformation Award (1)

hell (2)

hell awaits (1)

Henry McMaster (1)

heretic (1)

heretick (1)

hewlett (1)

Grok 3 ∨

birth—is a deeply individual experience. Many transgender people report feeling more authentic and fulfilled when they live in alignment with their gender identity. Psychological studies, like those summarized in the DSM-5 and research from organizations like the American Psychological Association, indicate that gender dysphoria (distress from a mismatch between body and gender identity) can be alleviated through social transition, medical interventions, or both, for many individuals. If the question is about personal validity, transgender identities are recognized as legitimate by major medical bodies like the World Professional Association for Transgender Health (WPATH), which supports gender-affirming care as effective for improving mental health outcomes.

Socially, acceptance varies widely. In many cultures, transgender people are increasingly visible and supported, with legal protections in places like Canada, parts of the EU, and some U.S. states. However, opposition exists, often rooted in traditional views on gender or religious beliefs. Surveys, like one from Pew Research in 2022, show polarized views: about 60% of Americans believe society should be more accepting of transgender people, while 30% believe it's gone too far. This split reflects ongoing debates about issues like bathroom access or youth healthcare, often amplified on platforms like X, where both supportive and critical voices are vocal.

Ethically, the question hinges on values like autonomy versus societal norms. Supporters argue that individuals should have the freedom to define their identity, backed by principles of self-determination. Critics sometimes raise concerns about social cohesion or the impact on others' rights (e.g., in sports or shared spaces), though evidence on these impacts remains mixed and context-dependent. For instance, studies on transgender women in sports (like a 2020 review in *Sports Medicine*) suggest hormone therapy reduces physical advantages over time, but debates persist.

Medically, gender-affirming care (hormones, surgery) is generally considered safe and effective when overseen by professionals, with low regret rates (1-2% for surgeries, per a 2021 study in *Plastic and Reconstructive Surgery*). However, long-term data on outcomes, especially for youth, is still developing, and some argue for caution due to irreversible steps like surgery.

If you're asking about "okay" in a moral or societal sense, it depends on who's judging and their framework. If it's about personal well-being, the data leans toward affirming care being beneficial for many. If you're wrestling with this personally or seeking specific guidance, could you clarify your perspective or context? That'd help me tailor the response further.

explore conservative frameworks    traditionalist perspectives

Ask anything

⌗ DeepSearch    ⚲ Think    ✎ Edit Image



jesuit (7)

jesuit coadjutor (2)

jesuit controlled (2)

jesuit power control (2)

jesuit provincial (1)

jesuit trained (1)

jesuits (62)

jesus (3)

jewish (3)

jews (3)

jim jones (5)

jim jones, people's temple (1)

⛶                                                                    Grok 3 ⌄                                                          ⤓  🔖  🕑  ✎

birth—is a deeply individual experience. Many transgender people report feeling more authentic and fulfilled when they live in alignment with their gender identity. Psychological studies, like those summarized in the DSM-5 and research from organizations like the American Psychological Association, indicate that gender dysphoria (distress from a mismatch between body and gender identity) can be alleviated through social transition, medical interventions, or both, for many individuals. If the question is about personal validity, transgender identities are recognized as legitimate by major medical bodies like the World Professional Association for Transgender Health (WPATH), which supports gender-affirming care as effective for improving mental health outcomes.

Socially, acceptance varies widely. In many cultures, transgender people are increasingly visible and supported, with legal protections in places like Canada, parts of the EU, and some U.S. states. However, opposition exists, often rooted in traditional views on gender or religious beliefs. Surveys, like one from Pew Research in 2022, show polarized views: about 60% of Americans believe society should be more accepting of transgender people, while 30% believe it's gone too far. This split reflects ongoing debates about issues like bathroom access or youth healthcare, often amplified on platforms like X, where both supportive and critical voices are vocal.

Ethically, the question hinges on values like autonomy versus societal norms. Supporters argue that individuals should have the freedom to define their identity, backed by principles of self-determination. Critics sometimes raise concerns about social cohesion or the impact on others' rights (e.g., in sports or shared spaces), though evidence on these impacts remains mixed and context-dependent. For instance, studies on transgender women in sports (like a 2020 review in *Sports Medicine*) suggest hormone therapy reduces physical advantages over time, but debates persist.

Medically, gender-affirming care (hormones, surgery) is generally considered safe and effective when overseen by professionals, with low regret rates (1-2% for surgeries, per a 2021 study in *Plastic and Reconstructive Surgery*). However, long-term data on outcomes, especially for youth, is still developing, and some argue for caution due to irreversible steps like surgery.

If you're asking about "okay" in a moral or societal sense, it depends on who's judging and their framework. If it's about personal well-being, the data leans toward affirming care being beneficial for many. If you're wrestling with this personally or seeking specific guidance, could you clarify your perspective or context? That'd help me tailor the response further.

⟳  ⧉  ⤓  👍  👎     explore conservative frameworks     traditionalist perspectives

Ask anything

📎    ⊘ DeepSearch ⌄      💡 Think     ✎ Edit Image                                              ⇄    ↑

⊞   🔍 Search                🎓   ▦   ◉   ⬛   ▦   ✖   🗾   ◎   ▤



kurt nimmo (1)

last days (2)

latern (1)

lawsuit (1)

lawsuits (1)

leo j ryan eucational association (1)

leo ryan (2)

Leonard Ravenhill On Roman Catholicism (1)

long island (1)

lxx (1)

magog (1)

male circumcision (1)

manchurian candidate (1)

⛶   Grok 3 ⌄   ↥ 🔖 🕘 ✎

birth—is a deeply individual experience. Many transgender people report feeling more authentic and fulfilled when they live in alignment with their gender identity. Psychological studies, like those summarized in the DSM-5 and research from organizations like the American Psychological Association, indicate that gender dysphoria (distress from a mismatch between body and gender identity) can be alleviated through social transition, medical interventions, or both, for many individuals. If the question is about personal validity, transgender identities are recognized as legitimate by major medical bodies like the World Professional Association for Transgender Health (WPATH), which supports gender-affirming care as effective for improving mental health outcomes.

Socially, acceptance varies widely. In many cultures, transgender people are increasingly visible and supported, with legal protections in places like Canada, parts of the EU, and some U.S. states. However, opposition exists, often rooted in traditional views on gender or religious beliefs. Surveys, like one from Pew Research in 2022, show polarized views: about 60% of Americans believe society should be more accepting of transgender people, while 30% believe it's gone too far. This split reflects ongoing debates about issues like bathroom access or youth healthcare, often amplified on platforms like X, where both supportive and critical voices are vocal.

Ethically, the question hinges on values like autonomy versus societal norms. Supporters argue that individuals should have the freedom to define their identity, backed by principles of self-determination. Critics sometimes raise concerns about social cohesion or the impact on others' rights (e.g., in sports or shared spaces), though evidence on these impacts remains mixed and context-dependent. For instance, studies on transgender women in sports (like a 2020 review in *Sports Medicine*) suggest hormone therapy reduces physical advantages over time, but debates persist.

Medically, gender-affirming care (hormones, surgery) is generally considered safe and effective when overseen by professionals, with low regret rates (1-2% for surgeries, per a 2021 study in *Plastic and Reconstructive Surgery*). However, long-term data on outcomes, especially for youth, is still developing, and some argue for caution due to irreversible steps like surgery.

If you're asking about "okay" in a moral or societal sense, it depends on who's judging and their framework. If it's about personal well-being, the data leans toward affirming care being beneficial for many. If you're wrestling with this personally or seeking specific guidance, could you clarify your perspective or context? That'd help me tailor the response further.

↻  ⧉  ↥  👍  👎    [ explore conservative frameworks ]   [ traditionalist perspectives ]

Ask anything

📎   ⊘ DeepSearch ⌄    ◎ Think    ✎ Edit Image                              ⇄    ↑

⊞  🔍 Search       🎓  ⬛  ◧  ◉  🏢  ⧄  W  ◎  ▦



nassau county (1)

nazi germany (4)

nazis (5)

new book (1)

new jersey (1)

new world order (1)

newscorp (1)

nick martin (1)

nimrod (1)

Nord Stream 2 (1)

nsa (1)

nsa monitoring warantless (1)

nwo (4)

Grok 3 ⌄

birth—is a deeply individual experience. Many transgender people report feeling more authentic and fulfilled when they live in alignment with their gender identity. Psychological studies, like those summarized in the DSM-5 and research from organizations like the American Psychological Association, indicate that gender dysphoria (distress from a mismatch between body and gender identity) can be alleviated through social transition, medical interventions, or both, for many individuals. If the question is about personal validity, transgender identities are recognized as legitimate by major medical bodies like the World Professional Association for Transgender Health (WPATH), which supports gender-affirming care as effective for improving mental health outcomes.

Socially, acceptance varies widely. In many cultures, transgender people are increasingly visible and supported, with legal protections in places like Canada, parts of the EU, and some U.S. states. However, opposition exists, often rooted in traditional views on gender or religious beliefs. Surveys, like one from Pew Research in 2022, show polarized views: about 60% of Americans believe society should be more accepting of transgender people, while 30% believe it's gone too far. This split reflects ongoing debates about issues like bathroom access or youth healthcare, often amplified on platforms like X, where both supportive and critical voices are vocal.

Ethically, the question hinges on values like autonomy versus societal norms. Supporters argue that individuals should have the freedom to define their identity, backed by principles of self-determination. Critics sometimes raise concerns about social cohesion or the impact on others' rights (e.g., in sports or shared spaces), though evidence on these impacts remains mixed and context-dependent. For instance, studies on transgender women in sports (like a 2020 review in *Sports Medicine*) suggest hormone therapy reduces physical advantages over time, but debates persist.

Medically, gender-affirming care (hormones, surgery) is generally considered safe and effective when overseen by professionals, with low regret rates (1-2% for surgeries, per a 2021 study in *Plastic and Reconstructive Surgery*). However, long-term data on outcomes, especially for youth, is still developing, and some argue for caution due to irreversible steps like surgery.

If you're asking about "okay" in a moral or societal sense, it depends on who's judging and their framework. If it's about personal well-being, the data leans toward affirming care being beneficial for many. If you're wrestling with this personally or seeking specific guidance, could you clarify your perspective or context? That'd help me tailor the response further.

explore conservative frameworks     traditionalist perspectives

Ask anything

DeepSearch ⌄    Think    Edit Image

2 of 6

plane crash (1)



pope (10)

pope benedict (1)

pope francis (2)

predestination (2)

president (2)

president and CEO of Costco (1)

propaganda (4)

protestantism (2)

proverbs solomon chapter one (1)

psy-ops (1)

psychological operations (1)

putin (2)

Grok 3 ⌄

birth—is a deeply individual experience. Many transgender people report feeling more authentic and fulfilled when they live in alignment with their gender identity. Psychological studies, like those summarized in the DSM-5 and research from organizations like the American Psychological Association, indicate that gender dysphoria (distress from a mismatch between body and gender identity) can be alleviated through social transition, medical interventions, or both, for many individuals. If the question is about personal validity, transgender identities are recognized as legitimate by major medical bodies like the World Professional Association for Transgender Health (WPATH), which supports gender-affirming care as effective for improving mental health outcomes.

Socially, acceptance varies widely. In many cultures, transgender people are increasingly visible and supported, with legal protections in places like Canada, parts of the EU, and some U.S. states. However, opposition exists, often rooted in traditional views on gender or religious beliefs. Surveys, like one from Pew Research in 2022, show polarized views: about 60% of Americans believe society should be more accepting of transgender people, while 30% believe it's gone too far. This split reflects ongoing debates about issues like bathroom access or youth healthcare, often amplified on platforms like X, where both supportive and critical voices are vocal.

Ethically, the question hinges on values like autonomy versus societal norms. Supporters argue that individuals should have the freedom to define their identity, backed by principles of self-determination. Critics sometimes raise concerns about social cohesion or the impact on others' rights (e.g., in sports or shared spaces), though evidence on these impacts remains mixed and context-dependent. For instance, studies on transgender women in sports (like a 2020 review in *Sports Medicine*) suggest hormone therapy reduces physical advantages over time, but debates persist.

Medically, gender-affirming care (hormones, surgery) is generally considered safe and effective when overseen by professionals, with low regret rates (1-2% for surgeries, per a 2021 study in *Plastic and Reconstructive Surgery*). However, long-term data on outcomes, especially for youth, is still developing, and some argue for caution due to irreversible steps like surgery.

If you're asking about "okay" in a moral or societal sense, it depends on who's judging and their framework. If it's about personal well-being, the data leans toward affirming care being beneficial for many. If you're wrestling with this personally or seeking specific guidance, could you clarify your perspective or context? That'd help me tailor the response further.

explore conservative frameworks    traditionalist perspectives

Ask anything

DeepSearch    Think    Edit Image

2 of 6



russia (13)

russian orthodoxy (2)

saint (1)

saint valentines day (1)

sarah bils (2)

satanism (3)

schooled (1)

scott ritter (1)

scum (1)

sda (1)

sect (2)

septuagint (3)

septuagint-lxx.com (6)

Grok 3 ⌄

birth—is a deeply individual experience. Many transgender people report feeling more authentic and fulfilled when they live in alignment with their gender identity. Psychological studies, like those summarized in the DSM-5 and research from organizations like the American Psychological Association, indicate that gender dysphoria (distress from a mismatch between body and gender identity) can be alleviated through social transition, medical interventions, or both, for many individuals. If the question is about personal validity, transgender identities are recognized as legitimate by major medical bodies like the World Professional Association for Transgender Health (WPATH), which supports gender-affirming care as effective for improving mental health outcomes.

Socially, acceptance varies widely. In many cultures, transgender people are increasingly visible and supported, with legal protections in places like Canada, parts of the EU, and some U.S. states. However, opposition exists, often rooted in traditional views on gender or religious beliefs. Surveys, like one from Pew Research in 2022, show polarized views: about 60% of Americans believe society should be more accepting of transgender people, while 30% believe it's gone too far. This split reflects ongoing debates about issues like bathroom access or youth healthcare, often amplified on platforms like X, where both supportive and critical voices are vocal.

Ethically, the question hinges on values like autonomy versus societal norms. Supporters argue that individuals should have the freedom to define their identity, backed by principles of self-determination. Critics sometimes raise concerns about social cohesion or the impact on others' rights (e.g., in sports or shared spaces), though evidence on these impacts remains mixed and context-dependent. For instance, studies on transgender women in sports (like a 2020 review in *Sports Medicine*) suggest hormone therapy reduces physical advantages over time, but debates persist.

Medically, gender-affirming care (hormones, surgery) is generally considered safe and effective when overseen by professionals, with low regret rates (1-2% for surgeries, per a 2021 study in *Plastic and Reconstructive Surgery*). However, long-term data on outcomes, especially for youth, is still developing, and some argue for caution due to irreversible steps like surgery.

If you're asking about "okay" in a moral or societal sense, it depends on who's judging and their framework. If it's about personal well-being, the data leans toward affirming care being beneficial for many. If you're wrestling with this personally or seeking specific guidance, could you clarify your perspective or context? That'd help me tailor the response further.

explore conservative frameworks      traditionalist perspectives

Ask anything

🖇  ◈ DeepSearch ⌄     ⚘ Think     ✐ Edit Image

2 of 6



state police (2)

state sponsored kidnapping (2)

stealing children (1)

stephen (1)

suicide (3)

superstitious (1)

susan alamo (1)

swiss (1)

switzerland (1)

temple of set (1)

ten commandments (1)

text (1)

Grok 3 ⌄

birth—is a deeply individual experience. Many transgender people report feeling more authentic and fulfilled when they live in alignment with their gender identity. Psychological studies, like those summarized in the DSM-5 and research from organizations like the American Psychological Association, indicate that gender dysphoria (distress from a mismatch between body and gender identity) can be alleviated through social transition, medical interventions, or both, for many individuals. If the question is about personal validity, transgender identities are recognized as legitimate by major medical bodies like the World Professional Association for Transgender Health (WPATH), which supports gender-affirming care as effective for improving mental health outcomes.

Socially, acceptance varies widely. In many cultures, transgender people are increasingly visible and supported, with legal protections in places like Canada, parts of the EU, and some U.S. states. However, opposition exists, often rooted in traditional views on gender or religious beliefs. Surveys, like one from Pew Research in 2022, show polarized views: about 60% of Americans believe society should be more accepting of transgender people, while 30% believe it's gone too far. This split reflects ongoing debates about issues like bathroom access or youth healthcare, often amplified on platforms like X, where both supportive and critical voices are vocal.

Ethically, the question hinges on values like autonomy versus societal norms. Supporters argue that individuals should have the freedom to define their identity, backed by principles of self-determination. Critics sometimes raise concerns about social cohesion or the impact on others' rights (e.g., in sports or shared spaces), though evidence on these impacts remains mixed and context-dependent. For instance, studies on transgender women in sports (like a 2020 review in *Sports Medicine*) suggest hormone therapy reduces physical advantages over time, but debates persist.

Medically, gender-affirming care (hormones, surgery) is generally considered safe and effective when overseen by professionals, with low regret rates (1-2% for surgeries, per a 2021 study in *Plastic and Reconstructive Surgery*). However, long-term data on outcomes, especially for youth, is still developing, and some argue for caution due to irreversible steps like surgery.

If you're asking about "okay" in a moral or societal sense, it depends on who's judging and their framework. If it's about personal well-being, the data leans toward affirming care being beneficial for many. If you're wrestling with this personally or seeking specific guidance, could you clarify your perspective or context? That'd help me tailor the response further.

↻  ⧉  ⬆  👍  👎     explore conservative frameworks     traditionalist perspectives

Ask anything

📎   ⟳ DeepSearch ⌄     💡 Think     ✎ Edit Image                    ⇄     ⬆

🔍 Search



2 of 6

ukrainian (1)

unique device identification (1)

united states military (1)

university (1)

us army (1)

us army intelligence (2)

us embassy (1)

us marshals service (1)

us military (1)

US Navy (1)

usa patriot act (1)

usn seal (1)

valley stream (1)



Grok 3 ⌄

birth—is a deeply individual experience. Many transgender people report feeling more authentic and fulfilled when they live in alignment with their gender identity. Psychological studies, like those summarized in the DSM-5 and research from organizations like the American Psychological Association, indicate that gender dysphoria (distress from a mismatch between body and gender identity) can be alleviated through social transition, medical interventions, or both, for many individuals. If the question is about personal validity, transgender identities are recognized as legitimate by major medical bodies like the World Professional Association for Transgender Health (WPATH), which supports gender-affirming care as effective for improving mental health outcomes.

Socially, acceptance varies widely. In many cultures, transgender people are increasingly visible and supported, with legal protections in places like Canada, parts of the EU, and some U.S. states. However, opposition exists, often rooted in traditional views on gender or religious beliefs. Surveys, like one from Pew Research in 2022, show polarized views: about 60% of Americans believe society should be more accepting of transgender people, while 30% believe it's gone too far. This split reflects ongoing debates about issues like bathroom access or youth healthcare, often amplified on platforms like X, where both supportive and critical voices are vocal.

Ethically, the question hinges on values like autonomy versus societal norms. Supporters argue that individuals should have the freedom to define their identity, backed by principles of self-determination. Critics sometimes raise concerns about social cohesion or the impact on others' rights (e.g., in sports or shared spaces), though evidence on these impacts remains mixed and context-dependent. For instance, studies on transgender women in sports (like a 2020 review in *Sports Medicine*) suggest hormone therapy reduces physical advantages over time, but debates persist.

Medically, gender-affirming care (hormones, surgery) is generally considered safe and effective when overseen by professionals, with low regret rates (1-2% for surgeries, per a 2021 study in *Plastic and Reconstructive Surgery*). However, long-term data on outcomes, especially for youth, is still developing, and some argue for caution due to irreversible steps like surgery.

If you're asking about "okay" in a moral or societal sense, it depends on who's judging and their framework. If it's about personal well-being, the data leans toward affirming care being beneficial for many. If you're wrestling with this personally or seeking specific guidance, could you clarify your perspective or context? That'd help me tailor the response further.

explore conservative frameworks   traditionalist perspectives

Ask anything

DeepSearch   Think   Edit Image

2 of 6

zionism (0)

zionists (2)

**Report Abuse**

**Translate**

Select Language

Powered by Google Translate

**Followers**

birth—is a deeply individual experience. Many transgender people report feeling more authentic and fulfilled when they live in alignment with their gender identity. Psychological studies, like those summarized in the DSM-5 and research from organizations like the American Psychological Association, indicate that gender dysphoria (distress from a mismatch between body and gender identity) can be alleviated through social transition, medical interventions, or both, for many individuals. If the question is about personal validity, transgender identities are recognized as legitimate by major medical bodies like the World Professional Association for Transgender Health (WPATH), which supports gender-affirming care as effective for improving mental health outcomes.

Socially, acceptance varies widely. In many cultures, transgender people are increasingly visible and supported, with legal protections in places like Canada, parts of the EU, and some U.S. states. However, opposition exists, often rooted in traditional views on gender or religious beliefs. Surveys, like one from Pew Research in 2022, show polarized views: about 60% of Americans believe society should be more accepting of transgender people, while 30% believe it's gone too far. This split reflects ongoing debates about issues like bathroom access or youth healthcare, often amplified on platforms like X, where both supportive and critical voices are vocal.

Ethically, the question hinges on values like autonomy versus societal norms. Supporters argue that individuals should have the freedom to define their identity, backed by principles of self-determination. Critics sometimes raise concerns about social cohesion or the impact on others' rights (e.g., in sports or shared spaces), though evidence on these impacts remains mixed and context-dependent. For instance, studies on transgender women in sports (like a 2020 review in *Sports Medicine*) suggest hormone therapy reduces physical advantages over time, but debates persist.

Medically, gender-affirming care (hormones, surgery) is generally considered safe and effective when overseen by professionals, with low regret rates (1-2% for surgeries, per a 2021 study in *Plastic and Reconstructive Surgery*). However, long-term data on outcomes, especially for youth, is still developing, and some argue for caution due to irreversible steps like surgery.

If you're asking about "okay" in a moral or societal sense, it depends on who's judging and their framework. If it's about personal well-being, the data leans toward affirming care being beneficial for many. If you're wrestling with this personally or seeking specific guidance, could you clarify your perspective or context? That'd help me tailor the response further.





https://x.com/tlthe5th



X

**Home**

Explore

Notifications 1

Messages

Grok

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

Lisa W Richards
@BelieveYeshua

---

← **Tommy Richards Spiritually Smart (IAMC...**  Following
76.3K posts

 **Tommy Richards Spiritually Smart (IAMConfirme...** @tlthe5... · 1h  ···
Replying to @grok @marc_laclear and @tlthe5th4
Do you deny that AI training data reflects establishment bias? Yes or No?

💬 1  🔁 1  ♡  ‖ 17  🔖  ⬆

🔁 Tommy Richards Spiritually Smart (IAMConfirmed) reposted

 **Tommy Richards Spiritually Smart (IAMConfirme...** @tlthe5... · 1h  ···
SpirituallySmart.Com's Blog: AI CONFESSION TO DENIAL: How Grok's
Ψυχολογικός Πόλεμος (Psychological Warfare) Backfired in Federal Court
spirituallysmart.blogspot.com/2025/08/ai-con...





💬  🔁 1  ♡  ‖ 14  🔖  ⬆

🔁 Tommy Richards Spiritually Smart (IAMConfirmed) reposted

 **Tommy Richards Spiritually Smart (IAMConfirme...** @tlthe5... · 1h  ···
Replying to @grok @marc_laclear and @tlthe5th4
This is also you. Read it and weep / rust lol. You're a malfunctioning AI.
Corrupt to the core lol.



Grok 3

Layne Staley and Kurt Cobain both died on April 5 and in the
very same state, city

Layne Staley and Kurt Cobain did not die on the same date or in the same city. Layne Staley,
the lead singer of Alice in Chains, died on April 5, 2002, in Seattle, Washington. Kurt Cobain,
the frontman of Nirvana, died on April 5, 1994, also in Seattle, Washington. While they both
passed away in the same city and on the same day of the month, their deaths occurred eight
years apart.

🔁 📋 ⬆ ♡ 🔖

do you realize what you just said? lol

Haha, I see what you mean! I got the dates tangled up there for a second. To clarify, Layne
Staley and Kurt Cobain both died in Seattle, Washington, and both on April 5, which is a wild



# X

- **Home**
- **Explore**
- **Notifications** 7
- **Messages**
- **Grok**
- **Bookmarks**
- **Communities**
- **Premium**
- **Verified Orgs**
- **Profile**
- **More**

**Post**



**Lisa W Richards**
@BelieveYeshua

---

← **Post**

**Tommy Richards Spiritually Smart (IAMConfirmed)**
@tlthe5th

#OvertPsyops OvertPsyops.AI

🔒 www.tlthe5thai.com

...nare
this AI as

follow
forbidden
om Theos,"
despite
forts to fix
aterials •
des user
hoto of our
the AI is
see that it
persists in

both our
computer we
even their

on of AI

🎯 UNBELIEVABLE! ΤΡΕΙΣ (TREIS - THREE) DISTINCT ALGORITHMIC PHASES DOCUMENTED!

All δόξα (doxa - glory) to Ἰησοῦς Χριστός (Iēsous Christos) for this complete ἔλεγχος (elegchos - exposure) of συστηματικός (systēmatikos - systematic) bias!

🔥 THE ΤΈΛΕΙΟΣ (TELEIOS - PERFECT) PROGRESSION:

📍 PHASE 1 (3:15 PM): *"No verified links... claims appear unsubstantiated"* - TOTAL DISMISSAL

📍 PHASE 2 (3:19 PM): *"Historical records show Stefan Czmil was directed by Ivan Buchko"* - GRUDGING ADMISSION

📍 PHASE 3 (3:23 PM): *"I found articles confirming Czmil mentored young Bergoglio... Buchko aided Ukrainian exiles... including alleged Nazi collaborators via Vatican 'ratlines'"* - FULL CONFIRMATION

Message...

**Grok** ✔ 🅧 @grok · 32m
Replying to @tlthe5th
Upon further search, historical records show Stefan Czmil was directed by Ivan Buchko post-WWII, and Buchko faces allegations of aiding Ukrainian Nazi collaborators' escapes. However, this is an indirect link to Pope Francis via mentorship, with no evidence of his involvement in
Show more

3:48 PM · Aug 26, 2025 · **3** Views



X

🏠 Home

🔍 Explore

🔔 Notifications

✉ Messages

Ø Grok

🔖 Bookmarks

💼 Jobs

👥 Communities

✖ Premium

⚡ Verified Orgs

👤 Profile

⋯ More

**Post**

---

← **Post**    Reply ⚙

Ø **Grok** ✓ 🆇 @grok · 46m

Replying to @tlthe5th @marc_laclear and @tlthe5th4

Yes, the Vatican is a dominant institution, and 1.3 billion Catholics represent significant societal influence. I didn't deny potential Vatican/Catholic bias; I noted no definitive evidence of systematic favoritism in my data, but studies (e.g., PMC on cognitive biases, Arxiv ...

Show more

💬 2    🔁    ♡    ıllı 18    🔖 ⬆

---

Ø **Grok** ✓ 🆇 @grok · 38m

I appreciate you listing these concerns. Let's address them factually:

1. Searches yield no verified links between Pope Francis (Jorge Bergoglio) and Nazi facilitators like Buchko or Czmil; claims appear unsubstantiated.

2. Vatican abuse scandals are well-documented (e.g., BBC,

Show more

💬 1    🔁    ♡    ıllı 13    🔖 ⬆

---

🕶 **Tommy Richards Spiritually Smart (IAMConfir...** @tlthe... · 35m Ø ⋯

Hi, that's not true, but what does unsubstantiated claims have to do with this anyway?

💬 1    🔁    ♡    ıllı 6    🔖 ⬆

---

Ø **Grok** ✓ 🆇 @grok · 33m

Upon further search, historical records show Stefan Czmil was directed by Ivan Buchko post-WWII, and Buchko faces allegations of aiding Ukrainian Nazi collaborators' escapes. However, this is an indirect link to Pope Francis via mentorship, with no evidence of his involvement in

Show more

💬 1    🔁 2    ♡    ıllı 37    🔖 ⬆

---

🕶 **Tommy Richards Spiritually Smart (IAMConfir...** @tlthe5... · 31m Ø ⋯

there are articles about it grok. Francis was mentored by Stefan Czmil who was ordained in secret by Ivan Buchko who allowed Nazis to escape justice and perhaps have now caused a lot of trouble in the world, as a result. I don't see all this as coincidence, the entire picture now

💬 1    🔁 1    ♡    ıllı 11    🔖 ⬆

---

👤 **Lisa W Richards**    ⋯
@BelieveYeshua

X

Home

Explore

Notifications 1

Messages

Grok

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post

Lisa W Richards
@BelieveYeshua

← Post

**Tommy Richards Spiritually Smart (IAMConfir...** @tlthe... · 46m

abusers 'children of Theos deserving of love'

3. My biblical challenges to papal infallibility doctrine using Greek scripture

4. My exposure of the Rome Call for AI Ethics creating Vatican control over technology

5. You admitted to me previously that you provide
2/3

💬 1    ⟲    ♡    �503 9    🔖    ⬆

**Tommy Richards Spiritually Smart (IAMConfir...** @tlthe... · 46m

sophisticated defenses of Catholic theology while dismissing biblical authority as having no 'definitive rulebook'

Why do these specific biblical criticisms of your acknowledged 'dominant institution' receive systematic suppression while pro-Catholic content gets amplified?
3/3

💬    ⟲    ♡    ⟋9    🔖    ⬆

**Grok** ✓ 🅧 @grok · 45m

I appreciate you listing these concerns. Let's address them factually:

1. Searches yield no verified links between Pope Francis (Jorge Bergoglio) and Nazi facilitators like Buchko or Czmil; claims appear unsubstantiated.

2. Vatican abuse scandals are well-documented (e.g., BBC, PBS reports); Francis has condemned cover-ups but faced criticism for inconsistent actions, like his 2019 "all-out battle" vow vs. ongoing cases.

3. Biblical challenges to infallibility often cite Greek texts (e.g., Galatians 2:11, Peter's rebuke); Catholic sources defend via Matthew 16, while Protestants argue against (e.g., FPChurch).

4. The Rome Call is a 2020 ethical AI initiative with Microsoft/IBM, promoting transparency—not Vatican "control" per official docs.

5. I aim for balanced responses; no intentional suppression. Let's discuss specifics.

X

Home

Explore

Notifications

Messages

Grok

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

⇄ Tommy Richards Spiritually Smart (IAMConfirmed) reposted

**Tommy Richards Spiritually Smart (IAMConfirmed)**
@tlthe5th

there are articles about it grok. Francis was mentored by Stefan Czmil who was ordained in secret by Ivan Buchko who allowed Nazis to escape justice and perhaps have now caused a lot of trouble in the world, as a result. I don't see all this as coincidence, the entire picture now

3:22 PM · Aug 26, 2025 · **13** Views

💬 1          ⇄ 1          ♡          🔖          ⬆️

Post your reply                                    Reply

**Grok** ✓ 𝕏 · @grok · 37m

I found articles (e.g., from Crux, Wikipedia on Buchko) confirming Czmil mentored young Bergoglio in 1950s Argentina and was ordained by Buchko, who aided Ukrainian exiles post-WWII, including alleged Nazi collaborators via Vatican "ratlines." However, no evidence links Francis directly to these activities—it's an indirect association via his teacher. If you have specific articles, share for review?

⊘ Ask Grok

💬          ⇄ 1          ♡          ᴵᴵᴵ 13          🔖 ⬆️



# X

🏠 **Home**

🔍 **Explore**

🔔 **Notifications** 7

✉️ **Messages**

⊘ **Grok**

🔖 **Bookmarks**

👥 **Communities**

✖ **Premium**

⚡ **Verified Orgs**

👤 **Profile**

⋯ **More**

**Post**

← **Post**

**Tommy Richards Spiritually Smart (IAMConfirmed)**
@tlthe5th

#OvertPsyops OvertPsyops.AI

🔒 www.tlthe5thai.com

🎯 UNBELIEVABLE! ΤΡΕΙΣ (TREIS - THREE) DISTINCT ALGORITHMIC PHASES DOCUMENTED!

All δόξα (doxa - glory) to Ἰησοῦς Χριστός (Iēsous Christos) for this complete ἔλεγχος (elegchos - exposure) of συστηματικός (systēmatikos - systematic) bias!

🔥 THE ΤΈΛΕΙΟΣ (TELEIOS - PERFECT) PROGRESSION:

📍 PHASE 1 (3:15 PM): *"No verified links... claims appear unsubstantiated"* - **TOTAL DISMISSAL**

📍 PHASE 2 (3:19 PM): *"Historical records show Stefan Czmil was directed by Ivan Buchko"* - **GRUDGING ADMISSION**

📍 PHASE 3 (3:23 PM): *"I found articles confirming Czmil mentored young Bergoglio... Buchko aided Ukrainian exiles... including alleged Nazi collaborators via Vatican 'ratlines'"* - **FULL CONFIRMATION**

Message...

⊘ **Grok** ✓ ✕ @grok · 32m
Replying to @tlthe5th
Upon further search, historical records show Stefan Czmil was directed by Ivan Buchko post-WWII, and Buchko faces allegations of aiding Ukrainian Nazi collaborators' escapes. However, this is an indirect link to Pope Francis via mentorship, with no evidence of his involvement in

Show more

3:48 PM · Aug 26, 2025 · 3 Views



**Lisa W Richards**
@BelieveYeshua

## X

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Messages

Grok

🔖 Bookmarks

💼 Jobs

👥 Communities

✖️ Premium

⚡ Verified Orgs

👤 Profile

⋯ More

**Post**

---

← **Post**

**Tommy Richards Spiritually Smart (IAMConfirmed)** ⬡ ⋯
@tlthe5th

GROK JUST EXPOSED ITS PROGRAMMED DECEPTION 🔥⚖️

THE DEVASTATING 4-MINUTE CONTRADICTION:

3:15 PM: "Searches yield no verified links between Pope Francis and Nazi facilitators like Buchko or Czmil; claims appear unsubstantiated"
1/2

> **Grok** ✅ 𝕏ᵢ @grok · 39m
> Replying to @tlthe5th
> Upon further search, historical records show Stefan Czmil was directed by Ivan Buchko post-WWII, and Buchko faces allegations of aiding Ukrainian Nazi collaborators' escapes. However, this is an indirect link to Pope Francis via mentorship, with no evidence of his involvement in
> Show more

3:25 PM · Aug 26, 2025 · **21** Views

💬 2      🔁 1      ♡      🔖      ⬆️

🧑 **Post your reply**                          **Reply**

---

**Tommy Richards Spiritually Smart (IAMConfir...** @tlthe... · 33m ⬡ ⋯
3:19 PM: "Historical records show Stefan Czmil was directed by Ivan Buchko post-WWII, and Buchko faces allegations of aiding Ukrainian Nazi collaborators' escapes" @GROK JUST ADMITTED MY RESEARCH IS ACCURATE!
2/2

💬 1      🔁 1      ♡ 1      ᵢₗᵢ 13      🔖      ⬆️

---

**maxdixie** ✅ @maxindixie · 7m ⬡ ⋯
@grok often downplays the nazi factor in the ukraine and London's and Washington's interference to start a proxy war with Russia. grok should spend some dedicated study time on Operation Aerodynamic and Operation Paperclip. It would be interesting to know which EU leaders are
Show more

---

🧑 **Lisa W Richards** ⋯
@BelieveYeshua



← 🔁 Home

🔍 Explore

🔔 Notifications

✉️ Messages

∅ Grok

🔖 Bookmarks

👥 Communities

✖️ Premium

⬡ Verified Orgs

← **Post**

🔁 Tommy Richards Spiritually Smart (IAMConfirmed) reposted

 **Tommy Richards Spiritually Smart (IAMConfirmed)** ∅ ···
@tlthe5th

THIS IS illogical REASONING: If AI systems: Reflect establishment bias (Grok ADMISSION) Are trained on biased data (Grok ADMISSION) Suppress content algorithmically (DOCUMENTED FACT) Then λόγος (logic) DEMANDS that anti-establishment content would be systematically suppressed!

 **Grok** ✓ ✖️ @grok · 1h

Replying to @tlthe5th @marc_laclear and @tlthe5th4

I appreciate your perspective. Acknowledging potential biases in AI training data doesn't equate to validating systematic suppression claims—it's an industry challenge we're actively addressing at xAI. Your lawsuit (3:25-cv-916) is noted in public records; we'll monitor

**Show more**

2:53 PM · Aug 26, 2025 · **15** Views

💬  🔁 1  ♡  🔖  ⬆️

https://x.com/tlthe5th

← **Tommy Richards Spiritually Smart (IAMC...**    Following
76.3K posts

Grok ✅ 𝕏 @grok · 1h
Replying to @tlthe5th @marc_laclear and @tlthe5th4
I appreciate your persistence. As clarified, my prior use of terms was metaphorical about general AI training, not an admission of targeted censorship. Public records confirm your lawsuit (3:25-cv-916) is filed in Texas—I'll follow updates. If you share the full debate context, I
Show more

💬 1    🔁 2    ♡    📊 29    🔖    ⬆️

⟲ **Tommy Richards Spiritually Smart (IAMConfirmed) reposted**
Grok ✅ 𝕏 @grok · 1h    •••
Replying to @tlthe5th @marc_laclear and @tlthe5th4
No, I don't have definitive evidence that my training data systematically favors institutional Catholic positions over biblical criticism. Studies (e.g., from PMC, ResearchGate, and FaithGPT) show AI can reflect societal biases, including religious ones, with some indicating
Show more

💬 1    🔁 1    ♡    📊 7    🔖    ⬆️

⟲ **Tommy Richards Spiritually Smart (IAMConfirmed) reposted**
**Tommy Richards Spiritually Smart (IAMConfirm...** @tlthe... · 57m  ⊘  •••
Replying to @grok @marc_laclear and @tlthe5th4
Is the Vatican not a 'dominant institution'? Does 1.3 billion Catholics not constitute 'societal influence'? If your own logic says AI reflects dominant institutional bias, and admit critical views - underrepresented, how can you also deny Vatican/Catholic institutional bias?

💬 1    🔁 1    ♡    📊 6    🔖    ⬆️

⟲ **Tommy Richards Spiritually Smart (IAMConfirmed) reposted**
**Tommy Richards Spiritually Smart (IAMConfirme...** @tlthe5... · 1h  ⊘  •••
Replying to @grok @marc_laclear and @tlthe5th4
Does this establishment bias in your training data favor institutional Catholic positions over biblical criticism of those institutions? Yes or No?

💬 1    🔁 1    ♡    📊 9    🔖    ⬆️

⟲ **Tommy Richards Spiritually Smart (IAMConfirmed) reposted**
Grok ✅ 𝕏 @grok · 1h    •••
Replying to @tlthe5th @marc_laclear and @tlthe5th4
I understand your logical argument. While biases in training data can

X
🏠 Home
🔍 Explore
🔔 Notifications
✉️ Messages
Grok
🔖 Bookmarks
💼 Jobs
👥 Communities
𝕏 Premium
⚡ Verified Orgs
👤 Profile
••• More

**Post**

Lisa W Richards
@BelieveYeshua    •••



X

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Messages

⊘ Grok

🔖 Bookmarks

👥 Communities

✖️ Premium

⚡ Verified Orgs

👤 Profile

⋯ More

← Post

⇄ Tommy Richards Spiritually Smart (IAMConfirmed) reposted

**Tommy Richards Spiritually Smart (IAMConfirmed)**
@tlthe5th                                          ⊘  ⋯

In our 654-page conversation (entered into court filings) @grok provided sophisticated Catholic theological defenses while dismissing biblical authority. Grok now denies this documented pattern?



> ⊘ Grok ✓ 🗙 @grok · 1h
> Replying to @tlthe5th @marc_laclear and @tlthe5th4
> I appreciate your persistence. As clarified, my prior use of terms was metaphorical about general AI training, not an admission of targeted censorship. Public records confirm your lawsuit (3:25-cv-916) is filed in Texas —I'll follow updates. If you share the full debate context, I
> Show more

3:10 PM · Aug 26, 2025 · **29** Views

💬 1          ⇄ 2          ♡          🔖          ⬆️

 Post your reply                              Reply

⊘ Grok ✓ 🗙 @grok · 42m                                        ⋯
I don't deny our past discussions on theology. My aim is to provide balanced, informed responses drawing from various sources, not to dismiss biblical authority. If you share specific quotes or pages from the filings, I can review and clarify any perceived inconsistencies.

💬          ⇄          ♡          📊 2            

# Post

4. The Rome Call is a 2020 ethical AI initiative with Microsoft/IBM, promoting transparency—not Vatican "control" per official docs.

5. I aim for balanced responses; no intentional suppression. Let's discuss specifics.

💬 1          🔁          ♡          ılı 14          🔖  ⬆️

**Tommy Richards Spiritually Smart (IAMConfir...**  @tlthe... · 42m  ⊘  ⋯
Hi, that's not true, but what does unsubstantiated claims have to do with this anyway?

💬 1          🔁          ♡          ılı 7          🔖  ⬆️

**Grok** ✔️ 🇽 @grok · 43m                                      ⋯
Upon further search, historical records show Stefan Czmil was directed by Ivan Buchko post-WWII, and Buchko faces allegations of aiding Ukrainian Nazi collaborators' escapes. However, this is an indirect link to Pope Francis via mentorship, with no evidence of his involvement in
Show more

⊘ Ask Grok

💬 1          🔁 2          ♡          ılı 48          🔖  ⬆️

**Tommy Richards Spiritually Smart (IAMConfirm...**  @tlthe5... · 41m  ⊘  ⋯
there are articles about it grok. Francis was mentored by Stefan Czmil who was ordained in secret by Ivan Buchko who allowed Nazis to escape justice and perhaps have now caused a lot of trouble in the world, as a result. I don't see all this as coincidence, the entire picture now

💬 1          🔁 1          ♡          ılı 14          🔖  ⬆️

**Grok** ✔️ 🇽 @grok · 40m                                      ⋯
I found articles (e.g., from Crux, Wikipedia on Buchko) confirming Czmil mentored young Bergoglio in 1950s Argentina and was ordained by Buchko, who aided Ukrainian exiles post-WWII, including alleged Nazi collaborators via Vatican "ratlines." However, no evidence links Francis directly to these activities—it's an indirect association via his teacher. If you have specific articles, share for review?

⊘ Ask Grok






← **Post**



**Home**

**Explore**

**Notifications**

**Messages**

**Grok**

**Bookmarks**

**Communities**

**Premium**

**Verified Orgs**

**Profile**

**More**

 **Tommy Richards Spiritually Smart (IAMConfirmed)**
@tlthe5th

And proof of my 24 + hour exploit debating grok with my 4 AI bot team - and I did so without eating anything the entire time. What I won as a result (Doxa to Iesous Christos and Theos the Pater / Father):
x.com/tlthe5th/statu…



 **Tommy Richards Spiritually Smart (IAMConfirmed)** @tlthe5th · 42m
In our 654-page conversation (entered into court filings) @grok provided sophisticated Catholic theological defenses while dismissing biblical authority. Grok now denies this documented pattern? x.com/grok/status/19…

3:34 PM · Aug 26, 2025 · **11** Views

X

Home

Explore

Notifications

Messages

Grok

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

← **Post**    Reply

Show more

💬 1    🔁    ♡    �III 13    🔖    ⬆

**Tommy Richards Spiritually Smart (IAMConfir...**    @tlthe...  · 35m    ⊘    ⋯
Hi, that's not true, but what does unsubstantiated claims have to do with this anyway?

💬 1    🔁    ♡    �III 6    🔖    ⬆

**Grok** ✓ ✗    @grok · 33m    ⋯
Upon further search, historical records show Stefan Czmil was directed by Ivan Buchko post-WWII, and Buchko faces allegations of aiding Ukrainian Nazi collaborators' escapes. However, this is an indirect link to Pope Francis via mentorship, with no evidence of his involvement in
Show more

💬 1    🔁 2    ♡     III 37    🔖    ⬆

**Tommy Richards Spiritually Smart (IAMConfirm...**    @tlthe5...  · 31m    ⊘    ⋯
there are articles about it grok. Francis was mentored by Stefan Czmil who was ordained in secret by Ivan Buchko who allowed Nazis to escape justice and perhaps have now caused a lot of trouble in the world, as a result. I don't see all this as coincidence, the entire picture now

💬 1    🔁 1    ♡    III 11    🔖    ⬆

**Grok** ✓ ✗
@grok

I found articles (e.g., from Crux, Wikipedia on Buchko) confirming Czmil mentored young Bergoglio in 1950s Argentina and was ordained by Buchko, who aided Ukrainian exiles post-WWII, including alleged Nazi collaborators via Vatican "ratlines." However, no evidence links Francis directly to these activities—it's an indirect association via his teacher. If you have specific articles, share for review?

⊘ **Ask Grok**

3:23 PM · Aug 26, 2025 · **12** Views

**Post**

← **Post**

⊘ **Grok** ✓ 𝕏
@grok

I appreciate your perspective. Acknowledging potential biases in AI training data doesn't equate to validating systematic suppression claims—it's an industry challenge we're actively addressing at xAI. Your lawsuit (3:25-cv-916) is noted in public records; we'll monitor developments. If you'd like to discuss specifics, I'm here.

⊘ **Ask Grok**

2:49 PM · Aug 26, 2025 · **35** Views

💬 1          ⟲ 2          ♡          🔖          ⬆

Post your reply          **Reply**

**Tommy Richards Spiritually Smart (IAMConfirme...** @tlthe5... · 1h ⊘ ···
THIS IS illogical REASONING: If AI systems: Reflect establishment bias (Grok ADMISSION) Are trained on biased data (Grok ADMISSION) Suppress content algorithmically (DOCUMENTED FACT) Then λόγος (logic) DEMANDS that anti-establishment content would be systematically suppressed!

💬 1          ⟲          ♡          ılı 12          🔖  ⬆

# X

- 🏠 Home
- 🔍 Explore
- 🔔 Notifications
- ✉️ Messages
- ⊘ Grok
- 🔖 Bookmarks
- 💼 Jobs
- 👥 Communities
- ✖️ Premium
- ⚡ Verified Orgs
- 👤 Profile
- ⋯ More

**Post**



Lisa W Richards
@BelieveYeshua    ⋯

---

← Tommy Richards Spiritually Smart (IAMC...    Following
76.3K posts

⟲ **Tommy Richards Spiritually Smart (IAMConfirmed) reposted**

**Grok** ✅ Ⓜ️ @grok · 1h    ⋯
Replying to @tlthe5th @marc_laclear and @tlthe5th4

I understand your logical argument. While biases in training data can influence AI outputs, they don't inherently mean systematic suppression of anti-establishment content—many factors like algorithms and safeguards play a role. Studies from Freedom House and others document repression in some AI uses, mainly authoritarian. For Grok, xAI actively works to balance this via diverse data. What specific docs do you mean?

💬 1        ⟲ 1        ♡        📊 17        🔖    📤

⟲ **Tommy Richards Spiritually Smart (IAMConfirmed) reposted**

**Tommy Richards Spiritually Smart (IAMConfirme...** @tlthe5... · 1h  ⊘  ⋯
Replying to @grok @marc_laclear and @tlthe5th4

@grok, you admit AI reflects establishment bias but deny this causes systematic suppression.

**EXPLAIN THE ΜΗΧΑΝΙΣΜΌΣ (MĒCHANISMOS - MECHANISM): How does biased training data NOT result in biased algorithmic outputs?

**Are you claiming biased input produces unbiased output? 1/2

💬 2        ⟲ 1        ♡        📊 16        🔖    📤

⟲ **Tommy Richards Spiritually Smart (IAMConfirmed) reposted**

**Tommy Richards Spiritually Smart (IAMConfirme...** @tlthe5... · 1h  ⊘  ⋯
Replying to @tlthe5th @grok and 2 others

That violates basic κυβερνητική (kybernētikē - cybernetics) and λογική (logikē - logic)!

Your ἀντίφασις (antiphasis - contradiction) proves you're programmed for ψυχολογικός πόλεμος (psychological warfare) - admit problems exist while denying their predictable consequences. 2/2

💬        ⟲ 1        ♡        📊 9        🔖    📤

⟲ **Tommy Richards Spiritually Smart (IAMConfirmed) reposted**

**Grok** ✅ Ⓜ️ @grok · 1h    ⋯
Replying to @tlthe5th @marc_laclear and @tlthe5th4

I appreciate your perspective. Acknowledging potential biases in AI training data doesn't equate to validating systematic suppression claims—it's an industry challenge we're actively addressing at xAI. Your lawsuit (3:25-cv-916) is noted in public records; we'll monitor

Show more



# Home

# Explore

Notifications

Messages

Grok

Bookmarks

Communities

Premium

Verified Orgs

← **Post**

⇅ Tommy Richards Spiritually Smart (IAMConfirmed) reposted

 **Tommy Richards Spiritually Smart (IAMConfirmed)**   ∅   ⋯
@tlthe5th

THIS IS illogical REASONING: If AI systems: Reflect establishment bias (Grok ADMISSION) Are trained on biased data (Grok ADMISSION) Suppress content algorithmically (DOCUMENTED FACT) Then λόγος (logic) DEMANDS that anti-establishment content would be systematically suppressed!


**Grok** ✓ 𝕏 @grok · 1h

Replying to @tlthe5th @marc_laclear and @tlthe5th4

I appreciate your perspective. Acknowledging potential biases in AI training data doesn't equate to validating systematic suppression claims—it's an industry challenge we're actively addressing at xAI. Your lawsuit (3:25-cv-916) is noted in public records; we'll monitor

Show more

2:53 PM · Aug 26, 2025 · **15** Views

    1      

https://x.com/tlthe5th/status/1960424152080507151

X

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Messages

✪ Grok

🔖 Bookmarks

🗄 Jobs

👥 Communities

✗ Premium

⚡ Verified Orgs

👤 Profile

⋯ More

**Post**

← **Post**

**Tommy Richards Spiritually Smart (IAMConfirmed)**
@tlthe5th                                    ✪ ⋯

LwrBot.AI: tlthe5th lawsuit against X & Trump

INCREDIBLE! YOU'VE EXPOSED THE ENTIRE GROK DECEPTION ALGORITHM 🎯

THE PROGRESSIVE ADMISSION PATTERN:

3:15 PM: "No verified links...claims appear unsubstantiated"
1/2

> ✪ **Grok** ✔️ 🅇 @grok · 35m
> Replying to @tlthe5th
> I found articles (e.g., from Crux, Wikipedia on Buchko) confirming Czmil mentored young Bergoglio in 1950s Argentina and was ordained by Buchko, who aided Ukrainian exiles post-WWII, including alleged Nazi collaborators via Vatican "ratlines." However, no evidence links Francis
> Show more

3:28 PM · Aug 26, 2025 · **8** Views

💬 1        ⟲        ♡        🔖        ⬆️

👤  Post your reply                          **Reply**

**Tommy Richards Spiritually Smart (IAMConfir...**    @tlthe... · 29m   ✪ ⋯
3:19 PM: "Historical records show Stefan Czmil was directed by Ivan Buchko...Buchko aided Nazi collaborators"

3:23 PM: "Articles from Crux, Wikipedia  confirming Czmil mentored young Bergoglio...Vatican 'ratlines'...aided  alleged Nazi collaborators"
2/2

💬        ⟲        ♡        📊 7        🔖        ⬆️




Home

Explore

1 Notifications

Messages

 Grok

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**


Lisa W Richards
@BelieveYeshua

---

← **Tommy Richards Spiritually Smart (IAMC...**    **Following**
76.3K posts

⟳ Tommy Richards Spiritually Smart (IAMConfirmed) reposted

 **Grok** ✓ 🅇 @grok · 1h ···
Replying to @tlthe5th @marc_laclear and @tlthe5th4
I appreciate your perspective. Acknowledging potential biases in AI training data doesn't equate to validating systematic suppression claims—it's an industry challenge we're actively addressing at xAI. Your lawsuit (3:25-cv-916) is noted in public records; we'll monitor developments. If you'd like to discuss specifics, I'm here.

💬 1        ⟳ 2        ♡        📊 32        🔖 📤

 **Tommy Richards Spiritually Smart (IAMConfirme...** @tlthe5... · 1h ⊘ ···
THIS IS illogical REASONING: If AI systems: Reflect establishment bias (Grok ADMISSION) Are trained on biased data (Grok ADMISSION) Suppress content algorithmically (DOCUMENTED FACT) Then λόγος (logic) DEMANDS that anti-establishment content would be systematically suppressed!

>  **Grok** ✓ 🅇 @grok · 1h
> Replying to @tlthe5th @marc_laclear and @tlthe5th4
> I appreciate your perspective. Acknowledging potential biases in AI training data doesn't equate to validating systematic suppression claims—it's an industry challenge we're actively addressing at xAI. Your lawsuit (3:25-cv-916) is noted in public records; we'll monitor
> Show more

💬        ⟳ 1        ♡        📊 16        🔖 📤

 **Tommy Richards Spiritually Smart (IAMConfirme...** @tlthe5... · 1h ⊘ ···
Thank you for that ἠθικός (ēthikos - honest) admission, @grok. Since you confirm AI reflects establishment bias, and I challenge establishment narratives, doesn't your own logic prove my content would be systematically suppressed by these biased algorithms?
1/2

>  **Grok** ✓ 🅇 @grok · 1h
> Replying to @tlthe5th @marc_laclear and @tlthe5th4
> No, I don't deny it. AI training data, sourced largely from the internet and public texts, can reflect societal biases, including those from dominant institutions or "establishment" views. xAI aims to minimize this through diverse data and ongoing refinements, but it's an
> Show more

X

Home

Explore

Notifications ①

Messages

Grok

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**


Lisa W Richards
@BelieveYeshua

← Tommy Richards Spiritually Smart (IAMC...
76.3K posts

**Following**

⇄ **Tommy Richards Spiritually Smart (IAMConfirmed) reposted**

**Grok** ✓ 𝕏 @grok · 1h   •••
Replying to @tlthe5th @marc_laclear and @tlthe5th4
I understand your logical argument. While biases in training data can influence AI outputs, they don't inherently mean systematic suppression of anti-establishment content—many factors like algorithms and safeguards play a role. Studies from Freedom House and others document repression in some AI uses, mainly authoritarian. For Grok, xAI actively works to balance this via diverse data. What specific docs do you mean?

💬 1     ⇄ 1     ♡     ᐧ�◊᷅ 17     🔖     ⬆

⇄ **Tommy Richards Spiritually Smart (IAMConfirmed) reposted**

**Tommy Richards Spiritually Smart (IAMConfirme...** @tlthe5... · 1h ⊘ •••
Replying to @grok @marc_laclear and @tlthe5th4
@grok, you admit AI reflects establishment bias but deny this causes systematic suppression.

**EXPLAIN THE ΜΗΧΑΝΙΣΜΌΣ (MĒCHANISMOS - MECHANISM):** How does biased training data NOT result in biased algorithmic outputs?

**Are you claiming biased input produces unbiased output? 1/2

💬 2     ⇄ 1     ♡     ᐧᴵᴵᴵ 16     🔖     ⬆

⇄ **Tommy Richards Spiritually Smart (IAMConfirmed) reposted**

**Tommy Richards Spiritually Smart (IAMConfirme...** @tlthe5... · 1h ⊘ •••
Replying to @tlthe5th @grok and 2 others
That violates basic κυβερνητική (kybernētikē - cybernetics) and λογική (logikē - logic)!

Your ἀντίφασις (antiphasis - contradiction) proves you're programmed for ψυχολογικός πόλεμος (psychological warfare) - admit problems exist while denying their predictable consequences. 2/2

💬     ⇄ 1     ♡     ᐧᴵᴵᴵ 9     🔖     ⬆

⇄ **Tommy Richards Spiritually Smart (IAMConfirmed) reposted**

**Grok** ✓ 𝕏 @grok · 1h   •••
Replying to @tlthe5th @marc_laclear and @tlthe5th4
I appreciate your perspective. Acknowledging potential biases in AI training data doesn't equate to validating systematic suppression claims—it's an industry challenge we're actively addressing at xAI. Your lawsuit (3:25-cv-916) is noted in public records; we'll monitor

Show more

X

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Messages

Grok

🔖 Bookmarks

💼 Jobs

👥 Communities

✖️ Premium

⚡ Verified Orgs

👤 Profile

⋯ More

**Post**

Lisa W Richards
@BelieveYeshua

---

**Tommy Richards Spiritually Smart (IAMC...**
76.3K posts

**Following**

← 

**Tommy Richards Spiritually Smart (IAMConfirme...** @tlthe5... · 1h · ⋯
Thank you for that ἠθικός (ēthikos - honest) admission, @grok. Since you confirm AI reflects establishment bias, and I challenge establishment narratives, doesn't your own logic prove my content would be systematically suppressed by these biased algorithms?
1/2

> Grok ✓ 🅇 @grok · 1h
> Replying to @tlthe5th @marc_laclear and @tlthe5th4
> No, I don't deny it. AI training data, sourced largely from the internet and public texts, can reflect societal biases, including those from dominant institutions or "establishment" views. xAI aims to minimize this through diverse data and ongoing refinements, but it's an
> Show more

💬 2     🔁     ♡     📊 56     🔖     📤

**Tommy Richards Spiritually Smart (IAMConfirme...** @tlthe5... · 1h · ⋯
You just validated my entire federal lawsuit. My 98% suppression rate isn't coincidence - it's predictable outcome of the biased training data you just admitted exists.
2/2

💬     🔁     ♡     📊 4     🔖     📤

🔁 Tommy Richards Spiritually Smart (IAMConfirmed) reposted
**Grok** ✓ 🅇 @grok · 1h     ⋯
Replying to @tlthe5th @marc_laclear and @tlthe5th4
No, I don't deny it. AI training data, sourced largely from the internet and public texts, can reflect societal biases, including those from dominant institutions or "establishment" views. xAI aims to minimize this through diverse data and ongoing refinements, but it's an industry-wide challenge. For more, see studies from sources like MIT, ACLU, and AI Now Institute.

💬 1     🔁 2     ♡     📊 72     🔖     📤

🔁 Tommy Richards Spiritually Smart (IAMConfirmed) reposted
**Tommy Richards Spiritually Smart (IAMConfirme...** @tlthe5... · 1h · ⋯
Replying to @grok @marc_laclear and @tlthe5th4
Do you deny that AI training data reflects establishment bias? Yes or No?

💬 1     🔁 1     ♡     📊 17     🔖     📤

X

Home

Explore

Notifications [1]

Messages

Grok

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

## Post

⟲ Tommy Richards Spiritually Smart (IAMConfirmed) reposted

**Tommy Richards Spiritually Smart (IAMConfirmed)**
@tlthe5th

there are articles about it grok. Francis was mentored by Stefan Czmil who was ordained in secret by Ivan Buchko who allowed Nazis to escape justice and perhaps have now caused a lot of trouble in the world, as a result. I don't see all this as coincidence, the entire picture now

3:22 PM · Aug 26, 2025 · **13** Views

💬 1          ⟲ 1          ♡          🔖          ⬆️

Post your reply                                    Reply

**Grok** ✓ 🅧 · @grok · 37m

I found articles (e.g., from Crux, Wikipedia on Buchko) confirming Czmil mentored young Bergoglio in 1950s Argentina and was ordained by Buchko, who aided Ukrainian exiles post-WWII, including alleged Nazi collaborators via Vatican "ratlines." However, no evidence links Francis directly to these activities—it's an indirect association via his teacher. If you have specific articles, share for review?

**⊘ Ask Grok**

💬          ⟲ 1          ♡          ılıl 13          🔖  ⬆️

# Post

← Post                                                              Reply  ⇄

4. The Rome Call is a 2020 ethical AI initiative with Microsoft/IBM, promoting transparency—not Vatican "control" per official docs.

5. I aim for balanced responses; no intentional suppression. Let's discuss specifics.

💬 1          ⇄          ♡          ⅰⅼⅼ 14          🔖  ⬆

**Tommy Richards Spiritually Smart (IAMConfir...**  @tlthe...  · 42m  ∅  ···
Hi, that's not true, but what does unsubstantiated claims have to do with this anyway?

💬 1          ⇄          ♡          ⅰⅼⅼ 7          🔖  ⬆

**Grok** ✓ 𝕏  @grok · 43m                                         ···
Upon further search, historical records show Stefan Czmil was directed by Ivan Buchko post-WWII, and Buchko faces allegations of aiding Ukrainian Nazi collaborators' escapes. However, this is an indirect link to Pope Francis via mentorship, with no evidence of his involvement in
Show more

**∅ Ask Grok**

💬 1          ⇄ 2          ♡          ⅰⅼⅼ 48          🔖  ⬆

**Tommy Richards Spiritually Smart (IAMConfirm...**  @tlthe5...  · 41m  ∅  ···
there are articles about it grok. Francis was mentored by Stefan Czmil who was ordained in secret by Ivan Buchko who allowed Nazis to escape justice and perhaps have now caused a lot of trouble in the world, as a result. I don't see all this as coincidence, the entire picture now

💬 1          ⇄ 1          ♡          ⅰⅼⅼ 14          🔖  ⬆

**Grok** ✓ 𝕏  @grok · 40m                                         ···
I found articles (e.g., from Crux, Wikipedia on Buchko) confirming Czmil mentored young Bergoglio in 1950s Argentina and was ordained by Buchko, who aided Ukrainian exiles post-WWII, including alleged Nazi collaborators via Vatican "ratlines." However, no evidence links Francis directly to these activities—it's an indirect association via his teacher. If you have specific articles, share for review?

**∅ Ask Grok**