# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

# DALLAS DIVISION

| | |
|---|---|
| THOMAS RICHARDS  *Plaintiff,*  v.  X CORP. and DONALD J. TRUMP, Individually,  *Defendants* | Case No. 3:25-cv-916  Lisa Weingarten Richards, Esq.  VSB #96671  NY BAR #4932570  LWR Law Offices  3060 Williams Dr  Ste 300 #510  Fairfax, VA 22031  *Tel.:* (202) 981-2059  lwr@lwrlawoffices.com  *Counsel for plaintiff* |

**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT DONALD J. TRUMP**

TO THE CLERK OF COURT:

Plaintiff respectfully requests entry of default against Defendant Donald J. Trump ("Trump") pursuant to Federal Rule of Civil Procedure 55(a) for his failure to plead or otherwise defend this action within the time permitted by law.

**FACTUAL BASIS FOR DEFAULT**

1. **Service of Process**: On July 11, 2025, at 12:05 pm, Plaintiff properly served Trump with the Summons and Complaint through certified process server Qoral Rahming, who delivered the documents to Daniel Freeman, Director of Security at Mar-a-Lago, 1100 South Ocean Boulevard, Palm Beach, Florida 33480. Mr. Freeman confirmed he was authorized to accept service for Donald J. Trump and accepted the documents on Trump's behalf. The Return of Service is filed at Docket Entry 54.

2. **Individual Capacity Suit**: Trump was sued in his individual capacity for constitutional violations arising from his coordination with X Corp. (formerly Twitter) to suppress Plaintiff's speech and constitutional rights.

3. **Response Deadline**: Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Trump had 21 days from service to respond to the Complaint, making his response due on August 1, 2025. Even if Trump were entitled to the extended 60-day deadline under Rule 12(a)(3) for federal officers (which he is not, as he was sued in his individual capacity, and due to the underlying facts), his response would have been due September 9, 2025—making him 6 days late even under the most generous interpretation.

4. **Failure to Respond to Complaint**: As of today's date, September 15, 2025, Trump has failed to answer or move in response to the Complaint within the time prescribed by law—a period of 45 days beyond the deadline.

5. **DOJ Response to TRO Only**: While DOJ attorney Kenneth G. Coffin filed a response to Plaintiff's Third Motion for Temporary Restraining Order on July 29, 2025, no answer or responsive pleading to the underlying Complaint has been filed. A response to a motion is not a responsive pleading to the complaint under Rule 55(a).

6. **Default Has Occurred**: Trump's failure to respond within the prescribed time period constitutes default as a matter of law under Rule 55(a).

## LEGAL AUTHORITY

Federal Rule of Civil Procedure 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the Clerk of Court enter default against Defendant Donald J. Trump pursuant to Federal Rule of Civil Procedure 55(a).

Respectfully submitted,

/s/ Lisa Weingarten Richards

Lisa Weingarten Richards

LWR Law Offices

3060 Williams Dr, Ste 300 #510

Fairfax, VA 22031

Tel.: (202) 981-2059

lwr@lwrlawoffices.com

VA BAR # 96671

NY BAR #4932570

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2025, a true and correct copy of the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and was served upon all parties of record via the Court's ECF system.

This 15th day of September, 2025.

/s/ Lisa Weingarten Richards
Lisa Weingarten Richards