IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| THOMAS RICHARDS, | |
| Plaintiff, | |
| v. | Civil Action No. 3:25-cv-916-X |
| X CORP., *et al.*, | |
| Defendants. | |

## NOTICE REGARDING DEFICIENT SERVICE OF PROCESS

Defendant, President Donald J. Trump files this notice to inform the Court, the Clerk, and Plaintiff Thomas Richards of the status of service of process in this case. Richards has filed a lawsuit against President Trump in his individual capacity. *See* ECF No. 44, at 1. Richards has requested that the clerk issue a default judgment against President Trump. ECF No. 86.

The Clerk's Office should decline to enter a default judgment because service is improper. To serve any federal agency or employee named as a defendant (including in the employee's individual capacity), Richards is required to (among other things) arrange for service of a summons and complaint (i.e., a summons for each defendant as well as the complaint on the U.S. Attorney for the Northern District of Texas) in the manner prescribed by Federal Rule of Civil Procedure 4(*i*). *See* Fed. R. Civ. P. 4(*i*)(3) (requiring service on the United States when "a United States officer or employee [is] sued in an individual capacity for an act or omission occurring in connection with duties performed

on the United States' behalf (whether or not the officer or employee is also sued in an official capacity)"); Fed. R. Civ. P. 4(*i*)(1)(A) (specifying the requirements for serving the United States, which include serving the U.S. Attorney). To serve the United States under Rule 4(*i*)(A), a plaintiff may either (i) personally deliver a copy of the summons and the complaint to the United States attorney, an assistant United States attorney, or a properly designated clerical employee or (ii) "send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office."

The undersigned notifies the Court, the Clerk, and Richards that service has *not* been effected on the U.S. attorney for the Northern District of Texas as required by Rule 4(*i*)(1)(A).  The U.S. Attorney's Office has no record of having received service from Richards related to this action. Nor does Richards claim to have served (or even attempted to serve) the U.S. Attorney's office.  *See generally* ECF No. 86.  Under Rule 12, a "United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf" must respond "60 days after service on the officer or employee or service on the United States attorney, whichever is later."  Fed. R. Civ. P. 12(a)(3). Thus, because the United States Attorney has never been served with process in this case, President Trump does not currently have any deadline to respond to the complaint.

Dated:  September 15, 2025

*Signature block on following page*

Notice Regarding Deficient Service of Process – Page 2

Respectfully submitted,

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

/s/ *Najib H. Gazi*
NAJIB H. GAZI
Texas Bar No. 24131329
Kenneth G. Coffin
Texas Bar No. 24076986
Assistant United States Attorneys
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:   214-659-8672
Facsimile:    214-659-8811
najib.gazi@usdoj.gov
Kenneth.coffin@usdoj.gov

*Attorneys for Defendant President Donald J. Trump*

## Certificate of Service

I hereby certify that on this 15th day of September 2025, a true and correct copy of the foregoing was electronically filed with the Court's CM/ECF system, and I served all parties electronically or by another means authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Najib H. Gazi*
Najib H. Gazi