# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

# DALLAS DIVISION

| | |
|---|---|
| THOMAS RICHARDS<br><br>*Plaintiff,*<br><br>v.<br><br>X CORP. and<br>DONALD J. TRUMP, Individually,<br><br>*Defendants* | Case No. 3:25-cv-916<br><br><br><br><br>Lisa Weingarten Richards, Esq.<br>VSB #96671<br>NY BAR #4932570<br>LWR Law Offices<br>3060 Williams Dr<br>Ste 300 #510<br>Fairfax, VA 22031<br>*Tel.:* (202) 981-2059<br>lwr@lwrlawoffices.com<br>*Counsel for plaintiff* |

**<u>MOTION FOR ENTRY OF DEFAULT UNDER RULE 55(a)</u>**

Plaintiff Thomas Richards respectfully moves this Court for entry of default against Defendant Donald J. Trump under Federal Rule of Civil Procedure 55(a).

**PROCEDURAL BACKGROUND**

Defendant Trump was served with the Summons and Complaint on July 11, 2025 (Docket Entry 54).

**Under either applicable deadline, Defendant is in default:**

- **If individual defendant**: Rule 12(a)(1)(A)(i) required response within 21 days of service (by August 1, 2025) - **47 days late**

- **If government defendant**: Rule 12(a)(2) required response within 60 days of service (by September 9, 2025) - **8 days late** as of this filing

Defendant Trump has failed to file any responsive pleading under either timeline.

**LEGAL STANDARD**

Rule 55(a) provides: "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

Entry of default under Rule 55(a) is ministerial when: (1) defendant was properly served; (2) defendant failed to timely respond; and (3) the time for response has expired.

**APPLICATION**

All three requirements are satisfied:

1. **Proper Service**: Defendant was served on July 11, 2025 (Docket Entry 54, filed 7/11/2025)

2. **Failure to Respond**: No answer or responsive pleading has been filed by Defendant Trump

3. **Expired Deadline**: Under either the 21-day or 60-day timeline, Defendant has failed to timely respond

**PROCEDURAL HISTORY**

The Court's docket reflects the following relevant entries regarding this default:

- **Entry 86**: Plaintiff's Request for Clerk to Issue Default (September 15, 2025)

- **Entry 87**: Trump's Notice of Deficient Service of Process (September 15, 2025)

- **Entry 88**: Plaintiff's Response and Objection (September 16, 2025)

- **Entry 89**: Trump's Reply (September 16, 2025)

- **Entry 90**: Plaintiff's Reply (September 16, 2025)

- **Unnumbered Entry**: Clerk's decline to issue default "due to an attempt to defend being made by the defendant" (September 17, 2025)

These docket entries contain the complete procedural record and arguments regarding Defendant's failure to timely respond. The substance of these filings demonstrates that Defendant missed the applicable deadline regardless of which timeline applies.

**CONCLUSION**

Defendant Trump failed to timely respond under either applicable deadline. The Court should enter default against Defendant Trump under Rule 55(a). This is a ministerial determination based on objective deadline compliance, as detailed in the referenced docket entries.

**Dated: September 17, 2025**

**Respectfully submitted,**

/s/ Lisa Weingarten Richards

Lisa Weingarten Richards
LWR Law Offices
3060 Williams Dr, Ste 300 #510
Fairfax, VA 22031
Tel.: (202) 981-2059
lwr@lwrlawoffices.com
VA BAR # 96671
NY BAR #4932570
Counsel for Plaintiff

---

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2025, a true and correct copy of the foregoing document was served upon all parties of record via the Court's ECF system.

/s/ Lisa Weingarten Richards
Lisa Weingarten Richards