Case 3:25-cv-00916-X     Document 93-1     Filed 09/21/25     Page 1 of 3     PageID 1924

The Wayback Machine - https://web.archive.org/web/20091027002839/http://twitter.com/

- Skip past navigation
- On a mobile phone? Check out m.twitter.com!
- Skip to navigation
- Skip to sign in form

New to Twitter? Sign up now
Have an account? Sign in

Username or email

Password

Sign in    ☐ Remember me

Forgot your password?

Forgot your username?

Already using Twitter on your phone?

# Share and discover what's happening right now, anywhere in the world.



Join the conversation Sign up now
See what people are saying about…                                    Search
POPULAR TOPICS BY THE MINUTE, DAY, AND WEEK ⓘ
ⓘ

- #whenwewereyoung*People are tweeting about their youth.*
- #Musicmonday
- Halloween*People are tweeting about their costume ideas or parties they will attend (Oct. 31).*
- #itshouldbeillegal*People are tweeting about things they would like to outlaw.*
- #lettertomyex*People are tweeting what they would say in a letter to their ex-boy/girlfriend.*
- #mm
- Bad Romance*The title of Lady Gaga's new single.*
- Paranormal Activity*An ultra low-budget horror film about a couple experiencing demonic forces at night. The film opened US-wide (after a limited release on Sept. 29, 2009) on Oct. 16, 2009.*
- Bounce*The Jonas Brothers, Demi Lovato, and the Camp Rock 2 movie cast released a music video called "Bounce."*
- #cdrestart*The Brazilian alternative pop/rock band, Restart, has a new CD.*

- #itshouldbeillegal*People are tweeting about things they would like to outlaw.*
- Paranormal Activity*An ultra low-budget horror film about a couple experiencing demonic forces at night. The film opened US-wide (after a limited release on Sept. 29, 2009) on Oct. 16, 2009.*
- Halloween*People are tweeting about their costume ideas or parties they will attend (Oct. 31).*
- #musicmonday*A meme for tweeting what you're listening to each Monday.*
- #lettertomyex*People are tweeting what they would say in a letter to their ex-boy/girlfriend.*
- #MM*The shorter tag for #musicmonday, where people tweet about their current tunes.*
- Yankees*The New York Yankees (MLB) made it to the World Series, where they will play the Philadelphia Phillies.*
- #U2webcast
- World Series
- #whenwewereyoung*People are tweeting about their youth.*
- #oktaecyeonsteeth
- #LetterToMyNext

- Paranormal Activity*An ultra low-budget horror film about a couple experiencing demonic forces at night. The film opened US-wide (after a limited release on Sept. 29, 2009) on Oct. 16, 2009.*
- Halloween*People are tweeting about their costume ideas or parties they will attend (Oct. 31).*
- Balloon Boy*Trending again because people are applying the Kanye West VMA meme to the RIP Kanye West hoax: "Whoever started the RIP Kanye West hoax...Imma let you finish, but Balloon Boy had the best hoax of all time."*
- Windows 7*Microsoft Windows 7, the latest version of Windows, was released Oct. 22, 2009.*
- RIP Kanye West*Kanye West is not dead, but he did pull a surreal Spike Jonze directed-video off of his website.*
- #yamamaever*People are discussing what their mothers have done in the past. Started by @myfabolouslife.*
- #mylasttweetonearth*People are practicing their end of the world tweets.*
- #musicmonday*A meme for tweeting what you're listening to each Monday.*
- No God*People were RTing @revrunwisdom: "Know God... Know Peace. No God.. No Peace!." The trend has sparked some other discussion about whether there is a god or not.*
- Glee*This Fox TV series about a high school glee club often trends when fans are tweeting about the latest episode.*
- Follow Friday*People tweet suggested users to follow on Friday.*
- #oneletteroffmovies

## Trending topics

- #whenwewereyoung
- #Musicmonday
- Halloween
- #itshouldbeillegal
- #lettertomyex
- #mm
- Bad Romance
- Paranormal Activity
- Bounce
- #cdrestart

## Search tip

Case 3:25-cv-00916-X     Document 93-1     Filed 09/21/25     Page 3 of 3     PageID 1926

Use a hash (#) sign immediately before a word to search for that hashtag. Example: #haiku will find tweets containing the hashtag "haiku".

# Join the conversation

Sign up now to contribute what's going on in your world and to filter your view of Twitter down to the people and topics that interest you most.

## Footer

- Language:
- English ▼

1. English
2. Japanese - 日本語

- © 2009 Twitter
- About Us
- Contact
- Blog
- Status
- Goodies
- API
- Business
- Help
- Jobs
- Terms
- Privacy