KAPLAN HECKER & FINK LLP 350 Fifth Avenue, 63rd Floor, New York, NY 10118

Client's File No.:

## AFFIDAVIT OF SERVICE

Case Number: 1:22-cv-10016
Date Filed: November 24, 2022
Court Date:

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

E. JEAN CARROLL,

*Plaintiff*

vs

DONALD J. TRUMP,

*Defendant*

STATE OF FLORIDA   COUNTY OF   PALM BEACH   SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Florida

That on the following date: November 30, 2022, at the following time: 10:34 AM,
at MAR-A-LAGO CLUB, 1100 SOUTH OCEAN BLVD., PALM BEACH, FL 33480   deponent served the within

Summons in a Civil Action, Complaint and Demand for a Jury Trial, Related Case Statement, Notice of Appearance of Shawn G. Crowley, Notice of Appearance of Joshua Matz, Notice of Appearance of Matthew J. Craig, Electronic Case Filing Rules & Instructions, Judge Lewis A. Kaplan's Individual Rules and Civil Cover Sheet.

[X] Papers so served were properly endorsed with the Case Number and date of filing.

Upon: **DONALD J. TRUMP**.

[ ] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[X] **Responsible Person** By delivering to and leaving with "John Doe" (Refused Name), Federal Law Enforcement Agent
*Relationship*
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place   [ ] place of business/employment   [ ] last known address within the State.   [X] usual place of abode

[X] **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U.S.P.S. and mailed First Class mail to the above address   November 30, 2022.
on

[ ] **Corporation LLC / LLP** By delivering to and leaving with   said individual to be
who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place   [ ] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:

**Description of Recipient** Sex: Male   Color of skin: White   Color of hair: Bald   Age: 35 - 50 Yrs.   Height: 5ft 4inch - 5ft 8inch
Weight: 161-200 Lbs.   Other Features: Sunglasses

[ ] **WITNESS FEES** Subpoena Fee Tendered in the amount of $.

[X] **MILITARY SERVICE** I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[X] **Other** Wearing sunglasses and a flack jacket identifying him as a federal agent, I spoke with an African American male employee of Mar-a-Lago working the gate. I asked for security and he gestured to a male sitting inside of a black Jeep Cherokee. The male approached and I showed him my credentials, and stated my purpose. He refused to make the Subject available or cooperate in any way. He refused to accept the document t in hand before I was able to ask him to. He refused to provide his name and badge number. I informed him that I was serving him a lawsuit for the Subject and I would leave it on the ground since he refused to cooperate. He walked back to the vehicle and went inside. I did as I said and left said document and took a photo of it. The African American security guard that I first spoke with witnessed all events from less than 20 feet away.

Sworn to before me on Dec. 1st, 2022

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Michael R. Meyer, CPS2016/SPS1460
PROCESS SERVER LICENSE #

COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542

Work Order # 1466698

DANIELLE MYRTER
Notary Public, State Of Florida
Commission No. HH 235449
My Commission Expires: 3/3/2026

State OF )
Florida )
)  SS:
COUNTY OF )
Palm Beach )

The undersigned, __Danielle Myrter__, does hereby certify that he/she is a notary public licensed by the __State__ of __Florida__, and that he/she witnessed the signature of __Michael Meyer__, as applied to the foregoing Affidavit of Service, which was signed on __Dec. 1st__, 20__22__. The manner in which same was signed was and is in conformity with the laws of the __State__ of __Florida__, which is the place where same was signed.

IN WITNESS OF, I have hereunto set my hand this __1st__ day of __Dec.__, 2022.

_____
Notary Public
Commission No.



DANIELLE MYRTER
Notary Public, State Of Florida
Commission No. HH 235449
My Commission Expires: 3/3/2026