# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

# DALLAS DIVISION

| | |
|---|---|
| THOMAS RICHARDS<br><br>*Plaintiff,*<br><br>v.<br><br>Linda Yaccarino<br><br>*Defendant* | Case No. 3:25-cv-01863<br><br><br><br><br><br>Lisa Weingarten Richards, Esq.<br>VSB #96671<br>NY BAR #4932570<br>3060 Williams Dr<br>Ste 300 #510<br>Fairfax, VA 22031<br>*Tel.:* (202) 981-2059<br>lwr@lwrlawoffices.com<br>*Counsel for plaintiff* |

**<u>NOTICE OF PENDING MOTION REQUIRING RESOLUTION</u>**

Plaintiff respectfully notifies the Court that Document 17 in consolidated member case 3:25-cv-01863 (Motion for Reconsideration of Order Denying Remote Appearance) remains pending and requires the Court's ruling prior to the November 12, 2025 default judgment hearing.

The motion was filed on October 7, 2025, three days before consolidation. With the hearing 23 days away, Plaintiff requires the Court's decision.

Dated: October 20, 2025

Respectfully submitted,

/s/ Lisa Weingarten Richards
Lisa Weingarten Richards, Esq.
VSB #96671
NY BAR #4932570
LWR Law Offices
3060 Williams Dr
Ste 300 #510
Fairfax, VA 22031
Tel.: (202) 981-2059
lwr@lwrlawoffices.com
Counsel for Plaintiff