UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS RICHARDS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-0916-X |
| | § | |
| X CORP. *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

## MEMORANDUM OPINION AND ORDER

Before the Court in this consolidated action are Plaintiff Thomas Richards's Motion for Default Judgment Against Defendant Linda Yaccarino (Doc. 12 in former action 3:25-cv-1863-X) and Motion for Default Judgment Against Donald J. Trump (Doc. 91 in this consolidated action). Because Richards never obtained a clerk's default against Trump and Trump has now appeared by filing a motion to dismiss, default judgment is inappropriate. The Court **DENIES** the motion for default judgment against Trump. As to the motion against Yaccarino, the Court concludes that the motion is premature because the Court cannot issue a default judgment while other parties are still litigating the case. The Court **DENIES** the motion for default judgment against Yaccarino.

When "one of multiple defendants has defaulted, judgment should generally not be entered against the defaulting defendant until the matter has been adjudicated as to all defendants, especially in situations where several defendants are alleged to

be jointly liable."[1]  Richards alleges a conspiracy amongst X Corp., Trump, and Yaccarino to shadow ban his X account.  The Court consolidated *Richards v. Yaccarino*, Case No. 3:25-cv-1863 with *Richards v. X Corp, et al.*, Case No. 3:25-cv-0916 at Richards's request.[2]  And both X Corp. and Trump have appeared and remain in the case.  Therefore, the Court must refuse to enter judgment against Yaccarino until the claims against X Corp. and Trump are resolved.

Accordingly, the Court **DENIES** the motion for default judgment against Trump (Doc. 91 in this consolidated action), **DENIES** the motion for default judgment against Yaccarino (Doc. 12 in former action 3:25-cv-1863-X), **VACATES** the upcoming hearing on the motion for default judgment set for November 12, 2025 (Doc. 14 in former action 3:25-cv-1863-X), and **DENIES AS MOOT** Richards's motion for reconsideration (Doc. 17 in former action 3:25-cv-1863-X).  The Court also sets X Corp.'s motion to dismiss (Doc. 80) and associated filings for an in-person oral argument on November 12, 2025.

**IT IS SO ORDERED** this 22nd day of October 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[1] *GFRS Equip. Leasing Fund II LLC v. Diane Trang Nguyen*, 2019 WL 3530421, at *3 (N.D. Tex. Aug. 1, 2019) (Lindsay, J.) (cleaned up); *see also Bank of America, NA v. Vandenburg*, 2020 WL 1640344, at *2 (N.D. Tex. Apr. 2, 2020) (Starr, J.).

[2] Docs. 3, 18 in former action 3:25-cv-1863-X.