# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 4, 2025
Lyle W. Cayce
Clerk

No. 25-11213

IN RE THOMAS RICHARDS,

*Petitioner.*

Petition for a Writ of Mandamus
to the United States District Court
for the Northern District of Texas
USDC No. 3:25-CV-916

## UNPUBLISHED ORDER

Before SMITH, HAYNES, and OLDHAM, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that the petition for writ of mandamus is DENIED.[1]

IT IS FURTHER ORDERED that Petitioner's motion to stay district court proceedings pending the ruling on this mandamus and reassignment is DENIED as moot.

IT IS FURTHER ORDERED that Petitioner's motion to direct the district court to vacate its orders is DISMISSED.

---

[1] We are not ruling on the ultimate appeal upon the end of the underlying case.



Certified as a true copy and issued
as the mandate on Nov 04, 2025
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 04, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 25-11213   In re: Thomas Richards
                       USDC No. 3:25-CV-916

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____
                       Mary Frances Yeager, Deputy Clerk
                       504-310-7686

cc w/encl:
    Ms. Norma N. Bennett
    Mr. Alex More
    Ms. Kimberly C. Priest Johnson
    Ms. Lisa Weingarten Richards
    Mr. Brian Walters Stoltz