UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS RICHARDS, | § | |
| *Plaintiff,* | § § | |
| v. | § § § | Civil Action No. 3:25-CV-0916-X |
| X CORP. et al., | § § | |
| *Defendants.* | § § § | |

# ORDER

Before the Court is Plaintiff Thomas Richards's purported response to Defendant Donald Trump's motion to dismiss (the "Response"). (Doc. 117). Having reviewed the Response, the record, and the applicable law, the Court **STRIKES** the Response. (Doc. 117).

In the Court's October 30, 2025 Order (Doc. 113), the Court noted that Lisa Richards—who purports to be lead counsel for Plaintiff Thomas Richards—may not practice before the Court until she obtains *pro hac vice* status. The Court again notes that an attorney admitted to practice in this matter must file all future filings.

Because Lisa Richards is not admitted to practice in the Court, the Court **STRIKES** Plaintiff Thomas Richards's response to Defendant Trump's motion to dismiss. (Doc. 117). The Court **GRANTS** Plaintiff Thomas Richards leave for an attorney admitted in this matter to re-file his response within seven days of this order's issuance.

**IT IS SO ORDERED** this 7th day of November, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE