UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THOMAS RICHARDS,<br><br>    *Plaintiff,*<br><br>v.<br><br>X CORP. et al.,<br><br>    *Defendants.* | Civil Action No. 3:25-CV-0916-X |

# **ORDER**

Before the Court is Sharon K. Campbell's Motion to Withdraw as Counsel for Plaintiff Thomas Richards. (Doc. 120). The Court **GRANTS** the Motion to Withdraw. However, because Richards terminated the only authorized counsel admitted to represent him in this matter on the eve of the November 12, 2025 hearing that he was given 44 days' notice of, Richards is **ORDERED** to appear in person at the November 12, 2025 hearing to represent himself or obtain authorized counsel to represent him and appear in person at the November 12, 2025 hearing.

The Court **ORDERS** Sharon K. Campbell to send a copy of this Order to Plaintiff Thomas Richards no later than 7:00 PM tonight, November 10, 2025. The Court also **ORDERS** Plaintiff Thomas Richards to register for ECF no later than 12:00PM tomorrow, November 11, 2025.

1

**IT IS SO ORDERED** this 10th day of November, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE