UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS RICHARDS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-0916-X |
| | § | |
| X CORP. et al., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Lisa W. Richards's Motion to Withdraw as Counsel for Plaintiff Thomas Richards. (Doc. 121). The Court **DENIES AS MOOT** the Motion to Withdraw. The Court reiterates that Lisa Richards is not admitted to practice before the Court in this matter and currently Plaintiff Thomas Richards is proceeding *pro se*.

Pursuant to the Court's previous November 10, 2025 Order (Doc. 122), the Court reminds Thomas Richards that he is **ORDERED** to appear in person at the November 12, 2025 hearing to represent himself *pro se* or obtain authorized counsel to represent him and appear in person at the November 12, 2025 hearing.

**IT IS SO ORDERED** this 10th day of November, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1