UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS RICHARDS, | § § § | |
| *Plaintiff,* | § § | |
| v. | § | Civil Action No. 3:25-cv-0916-x |
| X CORP. et al., | § § § | |
| *Defendants.* | § § | |

# **ORDER**

Before the Court is Defendant Linda Yaccarino's motion to set aside the clerk's entry of default (Doc. 13 in former action 3:25-cv-1863-X) and for leave to file a motion to dismiss. Having reviewed the Motion, the record, and the applicable law, the Court **GRANTS** the motion to set aside the entry of default and **GRANTS** the motion for leave to file a motion to dismiss.

**IT IS SO ORDERED** this __ day of _____, 2025

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1