UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THOMAS RICHARDS, § § *Plaintiff* § vs. § § X CORP., et al, § § *Defendants* § | Civil Action No. 3:25-CV-0916-X |

## NOTICE OF APPEARANCE

The undersigned hereby gives notice of his appearance as attorney of record for Plaintiff, THOMAS RICHARDS.

Respectfully submitted,

*/s/ Charles F. Holmans*
CHARLES F. HOLMANS, III
State Bar ID No. 09904300
2271 E Continental Blvd.
Southlake, TX 76092
cholmans@holmanslaw.com
Telephone -  214/ 855-0585
ATTORNEY FOR PLAINTIFF
THOMAS RICHARDS

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of November, 2025, a true and correct copy of the foregoing is being served via the Court's CM/ECF system on all counsel of record.

*/s/ Charles F. Holmans*
CHARLES F. HOLMANS, III