UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS RICHARDS, | § § § | |
| *Plaintiff* | § | |
| vs. | § | Civil Action No. 3:25-CV-0916-X |
| | § | |
| X CORP., et al, | § § | |
| *Defendants* | § § | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Thomas Richards voluntarily dismisses this action without prejudice.

Respectfully submitted,

*/s/ Charles F. Holmans*
CHARLES F. HOLMANS, III
State Bar ID No. 09904300
2271 E Continental Blvd.
Southlake, TX 76092
cholmans@holmanslaw.com
Telephone - 214/ 855-0585
ATTORNEY FOR PLAINTIFF
THOMAS RICHARDS

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of November, 2025, a true and correct copy of the foregoing is being served via the Court's CM/ECF system on all counsel of record.

*/s/ Charles F. Holmans*
CHARLES F. HOLMANS, III